AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DIONNE CHOYCE, an individual | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. CV 13 1842 JST |
| SF BAY AREA INDEPENDENT MEDIA CENTER; LAYER42.NET, INC.; CERNIO TECH. COOP, ET. AL | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LAYER42.NET, INC., a California Corporation,

3080 Raymond St.
Santa Clara, CA 95054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  SMITH PATTEN
SPENCER F. SMITH
DOW W. PATTEN
353 SACRAMENTO ST., SUITE 1120
SAN FRANCISCO, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4-23-13

___one Voltz

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DIONNE CHOYCE, an individual <br><br> Plaintiff <br> v. <br> SF BAY AREA INDEPENDENT MEDIA CENTER; LAYER42.NET, INC.; CERNIO TECH. COOP, ET. AL <br> Defendant | ) ) ) ) ) ) ) ) Civil Action No. CV-13 1842 JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association

2940 16th St, Ste 216
San Francisco, CA 94103


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  SMITH PATTEN
SPENCER F. SMITH
DOW W. PATTEN
353 SACRAMENTO ST., SUITE 1120
SAN FRANCISCO, CA 94111


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4-23-13

Simone Voltz

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DIONNE CHOYCE, an individual <br><br> Plaintiff <br> v. <br> SF BAY AREA INDEPENDENT MEDIA CENTER; LAYER42.NET, INC.; CERNIO TECH. COOP, ET. AL <br> Defendant | ) ) ) ) ) ) ) ) Civil Action No. **JST** CV 13 1842 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association

660 4th St. #207
San Francisco, California 94107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SMITH PATTEN
SPENCER F. SMITH
DOW W. PATTEN
353 SACRAMENTO ST., SUITE 1120
SAN FRANCISCO, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4-23-13

Simone Voltz

*Signature of Clerk or Deputy Clerk*