| | |
|---|---|
| 1 | SMITH PATTEN |
| | SPENCER F. SMITH, ESQ. (SBN: 236587) |
| 2 | DOW W. PATTEN, ESQ., (SBN:135931) |
| | 353 Sacramento St., Suite 1120 |
| 3 | San Francisco, California 94111 |
| | Telephone (415) 402-0084 |
| 4 | Facsimile (415) 520-0104 |

Attorneys for Plaintiff
DIONNE CHOYCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE CHOYCE, an individual, | Case No.: 3:13-cv-01842-JST |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10, | |
| Defendants. | |

Attached hereto as Exhibit "A" is a true and correct copy of the Certificate of Service upon Defendant Layer42.net, Inc.

Dated: August 21, 2013

SMITH PATTEN
   */s/ Dow W. Patten*
DOW W. PATTEN
Attorneys for Plaintiff
DIONNE CHOYCE

1

PROOF OF SERVICE            Case No.: 3:13-cv-01842-JST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "A"

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Dow W. Patten, 135931<br>SMITH PATTEN<br>353 Sacramento St., Suite 1120<br>San Francisco, CA 94111<br>TELEPHONE NO.: (415) 402-0084<br>ATTORNEY FOR *(Name):* Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court, Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: DEON CHOYCE<br>DEFENDANT/RESPONDENT: SF Bay Area Independent Media Center et al. | CASE NUMBER:<br>3:13-cv-01842-JST |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Deon Choyce |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Complaint, Summons, Report on the Filing or Determination of An Action of Appeal Regarding a Copyright, ECF Registration Information Handout, Order Setting Initial Case Mgt. Conference & ADR Deadlines

3. a. Party served: LAYER42.NET, INC., a California Corporation

   BY FAX

   b. Person Served: Steven E. Rubin - Person authorized to accept service of process

4. Address where the party was served: 1555 Plymouth Street
   Mountain View, CA 94043

5. I served the party
   b. **by substituted service.** On (date): 8/2/2013 at (time): 10:52 AM I left the documents listed in item 2 with or in the presence of: Dave Silva

   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   LAYER42.NET, INC., a California Corporation

   under:

7. **Person who served papers**
   a. Name: Thomas J. Bowman, Jr
   b. Address: One Legal - 194-Marin
   504 Redwood Blvd #223
   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 82.90
   e. I am:
   (3) registered California process server.
   (i) Employee or independent contractor.
   (ii) Registration No. SCC #25
   (iii) County SANTA CLARA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 8/19/2013

Thomas J. Bowman, Jr
(NAME OF PERSON WHO SERVED PAPERS) (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 7319235

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Dow W. Patten, 135931<br>SMITH PATTEN<br>353 Sacramento St., Suite 1120<br>San Francisco, CA 94111 | (415) 402-0084 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Deon Choyce | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

DEON CHOYCE

DEFENDANT:

SF Bay Area Independent Media Center et al.

| PROOF OF SERVICE BY MAIL | | | CASE NUMBER:<br>3:13-cv-01842-JST |
|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 8/10/2013, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made, I mailed copies of the:

BY FAX

Complaint, Summons, Report on the Filing or Determination of An Action of Appeal Regarding a Copyright, ECF Registration Information Handout, Order Setting Initial Case Mgt. Conference & ADR Deadlines

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

LAYER42.NET, INC., a California Corporation
Steven E. Rubin
1555 Plymouth Street
Mountain View, CA 94043

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 82.90

Solomon Rodriguez
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 8/19/2013 at Los Angeles, California.

Solomon Rodriguez

OL# 7319235