Daniel L. Casas, Esq. (SBN 116528)
Anthony F. Basile, Esq. (SBN 247409)
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX

Attorneys for Defendant
LAYER42.NET, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>Plaintiff<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10,<br><br>Defendants. | Case No.: CV-13-01842<br><br>**STIPULATION TO EXTEND TIME FOR FILING RESPONSE TO COMPLAINT** |

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Stipulation to Extend Time for Filing Response to Complaint
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
1

1  IT IS HEREBY STIPULATED by and between the parties hereto through their
2 respective attorneys of record that plaintiff DIONNE CHOYCE grants an additional thirty
3 (30) days for defendant LAYER42.NET, INC. to file its response to the Complaint.

SMITH PATTEN

Dated: August 23, 2013        By _____/s/_____
                                     Spencer F. Smith, Esq.
                                     Dow W. Patten, Esq.
                                     Attorneys for Plaintiff,
                                     DIONNE CHOYCE

CASAS RILEY & SIMONIAN, LLP

Dated: August 23, 2013        By _____/s/_____
                                     Daniel L. Casas, Esq.
                                     Anthony F. Basile, Esq.
                                     Attorneys for Defendant,
                                     LAYER42.NET, INC.

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Stipulation to Extend Time for Filing Response to Complaint
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this 23rd day of August, 2013. I declare under penalty of perjury that the foregoing is true and correct.

*Attorneys for Plaintiff, Dionne Choyce*

Dow W. Patten, Esq.
SMITH PATTEN
355 Sacramento St., Suite 1120
San Francisco, CA 94111
dow@smithpatten.com


Dated: August 23, 2013

                                              /s/ Nicole Svoboda