UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: August 28, 2013　　　　　　　　　　　　　　　　　　　　　　Judge: Jon S. Tigar

Time: 7 minutes (2:08 to 2:15 p.m.)

Case No.　　**3:13-cv-01842-JST**
Case Name　　**Dionne Choyce v. SF Bay Area Independent Media Center et al.**

Attorney for Plaintiff:　　　Dow W. Patten
Attorney for Defendant:　　Daniel L. Casas (for Layer42.net, Inc.)

Deputy Clerk: William Noble　　　　　　　　　　　　　Court Reporter: Joan Columbini

## PROCEEDINGS

- Initial Case Management Conference
- Order to Show Cause Why Plaintiff Should Not Be Sanctioned for Failing to Follow Court's Pretrial Order (docket 5)

## RESULT OF HEARING

Order to show cause hearing held.  Order to show cause vacated.

Initial case management conference held.

Deadline to complete service or dismiss remaining defendants is extended 90 days.

A further case management conference is set for December 4, 2013 at 2:00 p.m.  A joint case management conference statement is due two weeks prior to the hearing (November 27, 2013).