1  Daniel L. Casas, Esq. (SBN 116528)
   dcasas@legalteam.com
2  Anthony F. Basile, Esq. (SBN 247409)
   abasile@legalteam.com
3  CASAS RILEY & SIMONIAN, LLP
   One First Street, Suite 2
4  Los Altos, CA 94022
   (650) 948-7200
5  (650) 948-7220 FAX

6  Attorneys for Defendant
   LAYER42.NET, INC.
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO

11

12 | DIONNE CHOYCE, an individual,          | Case No.: CV-13-01842

13 |              Plaintiff

14 |       v.                                 | DECLARATION OF DANIEL L. CASAS,
                                              | ESQ. IN SUPPORT OF LAYER42.NET,
15 | SF BAY AREA INDEPENDENT MEDIA            | INC.'S MOTION TO DISMISS
   | CENTER, aka IMC, SF BAY AREA, aka SF
16 | BAY AREA IMC, an unincorporated          | Date: October 31, 2013
   | association; LAYER42.NET, INC., a        | Time: 2:00pm
17 | California Corporation; CERNIO           | Courtroom: 9 (19th Floor)
   | TECHNOLOGY COOPERATIVE, an
18 | unincorporated association; and Does 1-10, | Action Filed: April 23, 2013
19 |
   |              Defendants.
20

21

22

23

24

25

26

27

28

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

1    I, Daniel L. Casas, declare:

2        1.  I am an attorney licensed to practice before all courts of the State of California

3    and before the United States District Court for the Northern District of California.  I am a

4    partner with the law firm of Casas Riley & Simonian, LLP, counsel of record for defendant

5    LAYER42.NET, INC. (Layer42).  I have personal knowledge of the matters set forth herein

6    and if called upon, I could and would testify thereto.  As to the following matters stated on

7    information and belief, I believe them to be true.

8        2.  On or about August 22, 2013, my law firm on behalf of Layer42 served a Notice

9    of Breach to Layer42's customer, IO Cooperative, Inc., citing among the grounds for IO's

10   breach of its Customer Subscriber Agreement with Layer42 the alleged defamatory articles

11   described in Choyce's Complaint.  Per contract, IO had fifteen days to cure the breaches

12   cited in the Notice.

13       3.  On or about August 23, 2013, plaintiff's counsel stipulated to continue Layer42's

14   deadline to respond to the Complaint by 30 days.  Attached as **Exhibit A** is a true and

15   correct copy of the filed Stipulation.

16       4.  On August 28, 2013, I appeared before The Honorable Jon S. Tigar, District

17   Judge, on behalf of Layer42 at the initial Case Management Conference.  Due to Choyce's

18   failure to timely file a Case Management Statement or to serve any of the defendants

19   named in his Complaint, the Court on July 29 issued an Order to Show Cause as to why

20   sanctions should not be imposed, or the Complaint dismissed.  At the August 28 hearing,

21   Choyce's counsel failed to explain any specific steps he had taken to locate and serve

22   named defendants Cernio Technology Cooperative and SF Bay Area Independent Media

23   Center.  The Court continued the Case Management Conference to December 4, 2013,

24   and granted Choyce an additional 90 days to serve the remaining defendants.

25       5.  On September 5, I learned that the articles located at the URLs specified in

26   Paragraphs 16 and 19 of Choyce's Complaint were removed in response to our firm's

27   Notice of Breach.  Attached as **Exhibit B** are true and correct copies of the pages as

28   retrieved online on September 18, 2013.

Declaration of Daniel L. Casas, Esq. ISO Motion to Dismiss
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER. et al.

6.   Also on September 5, Anthony Basile, as associate attorney at our firm, sent an email to plaintiff's counsel Dow Patten, informing him that the articles at issue had been removed from indybay.org and requesting that Layer42 be dismissed from the action.  A true and correct copy of Mr. Basile's email to Mr. Patten is attached hereto as **Exhibit C**.

7.   Having received no response to the September 5 email, on September 9 Mr. Basile sent a follow-up email to Mr. Patten, requesting a response to the September 5 email.  A true and correct copy of Mr. Basile's September 9 email is attached hereto as **Exhibit D**.

8.   Nearly a week after the September 5 email, Mr. Patten made a substantive response to Mr. Basile's email on September 11, 2013.  A true and correct copy of Mr. Patten's September 11 email is attached as **Exhibit E**.  In his response, Mr. Patten refused to dismiss Layer42, instead proposing that Layer42 assist Choyce in his duty to serve the remaining named defendants in order to promote a so-called "global resolution to this matter."

9.   A June 2013 search of copyrights registered with the U.S. Copyright Office turned up no registered work containing the name "Dionne Choyce" or any combination thereof.

10. Attached as **Exhibit F** is a true and correct copy of the "About Us" page for indybay.org, retrieved online on September 18, 2013.

11. A true and correct copy of the SF Bay Area Indymedia Editorial Policy for indybay.org, retrieved online on September 18, 2013, is attached as **Exhibit G**.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 2?2013 in Los Altos CA.

_____
Daniel L. Casas

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

# Exhibit A

Daniel L. Casas, Esq. (SBN 116528)
Anthony F. Basile, Esq. (SBN 247409)
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX

Attorneys for Defendant
LAYER42.NET, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>Plaintiff<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10,<br><br>Defendants. | Case No.: CV-13-01842<br><br>**STIPULATION TO EXTEND TIME FOR FILING RESPONSE TO COMPLAINT** |

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Stipulation to Extend Time for Filing Response to Complaint
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
1

1    IT IS HEREBY STIPULATED by and between the parties hereto through their

2  respective attorneys of record that plaintiff DIONNE CHOYCE grants an additional thirty

3  (30) days for defendant LAYER42.NET, INC. to file its response to the Complaint.

4

5                                              SMITH PATTEN

6

7  Dated: August 23, 2013              By _____/s/_____
                                          Spencer F. Smith, Esq.
8                                         Dow W. Patten, Esq.
                                          Attorneys for Plaintiff,
9                                         DIONNE CHOYCE

10                                         CASAS RILEY & SIMONIAN, LLP

11

12  Dated: August 23, 2013              By _____/s/_____
                                          Daniel L. Casas, Esq.
13                                        Anthony F. Basile, Esq.
                                          Attorneys for Defendant,
14                                        LAYER42.NET, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Stipulation to Extend Time for Filing Response to Complaint
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this 23rd day of August, 2013.   I declare under penalty of perjury that the foregoing is true and correct.

*Attorneys for Plaintiff, Dionne Choyce*

Dow W. Patten, Esq.
SMITH PATTEN
355 Sacramento St., Suite 1120
San Francisco, CA 94111
dow@smithpatten.com

Dated:  August 23, 2013

_____/s/ Nicole Svoboda_____

# Exhibit B

xxxxxxxxx : Indybay

https://www.indybay.org/newsitems/2012/04/25/18712101.php



| About | Contact | Subscribe | Calendar | Publish | Print | Donate |

**Regions**

north coast

central valley

north bay

east bay

south bay

san francisco

peninsula

santa cruz

california

us

international

**Topics**

animal lib

anti-war

arts + action

drug war

education

en español

environment

global justice

government

health/housing

immigrant

media

labor

lgbti / queer

police state

racial justice

womyn

**International**

americas

haiti

iraq

palestine

afghanistan

**More**

**make media**

**get involved**

**calendar**

**gallery**

**archives**

**chat**

**links**

[ Search ]

**Donate**

Help support
grassroots
independent

**East Bay | Health, Housing, and Public Services**

## HIDDEN

*The following post may have been a test post, a duplicate, or could have been hidden if it violated this site's Points of Unity. If you think this item should not have been hidden, first make sure it wasn't posted twice and you were just unable to find the other copy of the post. If that was not the case, you can contact the editorial collective by e-mailing* sfbay-web@lists.indymedia.org.

**xxxxxxxxx**
by xxxxxxxxx *Wednesday Apr 25th, 2012 3:00 PM*

xxxxxxxxx

http://xxxxxxxxx

media.

**Donate**

$32.00 donated in
past month

**IMC Network**

© 2000–2013 San Francisco Bay Area Independent Media Center. Unless otherwise stated by the author, all content is free for non-commercial reuse, reprint, and rebroadcast, on the net and elsewhere. Opinions are those of the contributors and are not necessarily endorsed by the SF Bay Area IMC. Disclaimer | Privacy | Contact

| About | Contact | Subscribe | Calendar | Publish | Print | Donate |

**Regions**

north coast
central valley
north bay
east bay
south bay
san francisco
peninsula
santa cruz
california
us
international

**Topics**

animal lib
anti-war
arts + action
drug war
education
en español
environment
global justice
government
health/housing
immigrant
media
labor
lgbti / queer
police state
racial justice
womyn

**International**

americas
haiti
iraq
palestine
afghanistan

**More**

**make media**
**get involved**
**calendar**
**gallery**
**archives**
**chat**
**links**

[ Search ]

**Donate**

Help support
grassroots
independent

## East Bay | Global Justice and Anti-Capitalism

# HIDDEN

*The following post may have been a test post, a duplicate, or could have been hidden if it violated this site's Points of Unity. If you think this item should not have been hidden, first make sure it wasn't posted twice and you were just unable to find the other copy of the post. If that was not the case, you can contact the editorial collective by e-mailing sfbay-web@lists.indymedia.org.*

**xxxxxxxxx**
by xxxxxxxxx *Thursday May 24th, 2012 6:27 PM*

xxxxxxxxx

http://xxxxxxxxx

xxxxxxxxx : Indybay

media.

Donate

$32.00 donated in
past month

**IMC Network**

© 2000–2013 San Francisco Bay Area Independent Media Center. Unless otherwise stated by the author, all content is free for non-commercial reuse, reprint, and rebroadcast, on the net and elsewhere. Opinions are those of the contributors and are not necessarily endorsed by the SF Bay Area IMC. Disclaimer | Privacy | Contact

Exhibit C

## Anthony Basile

| | |
|---|---|
| **From:** | Anthony Basile |
| **Sent:** | Thursday, September 05, 2013 10:59 AM |
| **To:** | 'Dow Patten' |
| **Cc:** | Dan Casas; Nicole Svoboda |
| **Subject:** | Choyce v. SF IMC, et al. |

Mr. Patten,

Indybay has now removed the two articles cited in Mr. Choyce's lawsuit. Please confirm your client will dismiss his claims against Layer42.

Thank you,

Anthony

_____

ANTHONY F. BASILE

**CRS The Legalteam**
CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA 94022
tel 650 . 948 . 7200
fax 650 . 948 . 7220
www.legalteam.com

_____

Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

# Exhibit D

## Anthony Basile

| | |
|---|---|
| **From:** | Anthony Basile |
| **Sent:** | Monday, September 09, 2013 11:01 AM |
| **To:** | 'Dow Patten' |
| **Cc:** | Dan Casas; Nicole Svoboda |
| **Subject:** | RE: Choyce v. SF IMC, et al. |

| | |
|---|---|
| **Importance:** | High |

Mr. Patten,

We would appreciate a response to my email, below.  Now that the articles have been removed, please dismiss Mr. Choyce's claims against Layer42.

Regards,

Anthony

––––––––––––––––––––––––––––––––––

ANTHONY F. BASILE

**CRS The Legalteam**
CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA  94022
tel  650 . 948 . 7200
fax  650 . 948 . 7220
www.legalteam.com
––––––––––––––––––––––––––––––––––

Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Anthony Basile
**Sent:** Thursday, September 05, 2013 10:59 AM
**To:** 'Dow Patten'
**Cc:** Dan Casas; Nicole Svoboda
**Subject:** Choyce v. SF IMC, et al.

Mr. Patten,

Indybay has now removed the two articles cited in Mr. Choyce's lawsuit.  Please confirm your client will dismiss his claims against Layer42.

Thank you,

Anthony

––––––––––––––––––––––––––––––––––

ANTHONY F. BASILE

**CRS The Legalteam**
CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA  94022
tel   650 . 948 . 7200
fax  650 . 948 . 7220
www.legalteam.com

---

Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

# Exhibit E

**Anthony Basile**

| | |
|---|---|
| **From:** | dow.patten@gmail.com on behalf of Dow Patten [dow@smithpatten.com] |
| **Sent:** | Wednesday, September 11, 2013 5:18 PM |
| **To:** | Anthony Basile |
| **Cc:** | Dan Casas; Nicole Svoboda; spencer@smithpatten.com |
| **Subject:** | Re: Choyce v. SF IMC, et al. |

Mr. Basile,

I have spoken with our client concerning settlement and dismissal.  While we appreciate the fact that defamatory content is no longer available on the Internet concerning our client, we are of the belief that a global resolution to this matter would be best, and that we can resolve all claims and all parties at the same time.  Of course, if Layer42.net needs another extension to respond to the complaint we can make sure that happens so that we can exhaust the possibility of informal resolution first to reduce costs for all parties.

In order to do that, we believe it is in everyone's interest to have all parties at the table.  As you know, we have had issues locating and serving Cernio and Indymedia.  If you could provide us with whatever contact information your client has on these entities so that we can have these entities served appropriately, we can get everyone to the table and have a global resolution.  Please let us know if you will share the information your client has concerning these entities as soon as possible.

Regards,
Dow W. Patten


On Mon, Sep 9, 2013 at 11:01 AM, Anthony Basile <ABasile@legalteam.com> wrote:

Mr. Patten,


We would appreciate a response to my email, below.  Now that the articles have been removed, please dismiss Mr. Choyce's claims against Layer42.


Regards,


Anthony


_____


ANTHONY F. BASILE

**CRS The Legalteam**

CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA  94022
tel   650 . 948 . 7200
fax  650 . 948 . 7220

www.legalteam.com

_____

Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

_____

**From:** Anthony Basile
**Sent:** Thursday, September 05, 2013 10:59 AM
**To:** 'Dow Patten'
**Cc:** Dan Casas; Nicole Svoboda
**Subject:** Choyce v. SF IMC, et al.

Mr. Patten,

Indybay has now removed the two articles cited in Mr. Choyce's lawsuit.  Please confirm your client will dismiss his claims against Layer42.

Thank you,

Anthony

_____

ANTHONY F. BASILE

**CRS The Legalteam**

CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA  94022
tel  650 . 948 . 7200
fax  650 . 948 . 7220

www.legalteam.com

_____

Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

--

--
Dow W. Patten, Esq.
SMITH PATTEN
355 Sacramento St., Suite 1120
San Francisco, CA 94111
v - 415-402-0084
f - 415-520-0104
dow@smithpatten.com

•••This e-mail message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited.  If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.•••

# Exhibit F

About Us : Indybay



| About | Contact | Subscribe | Calendar | Publish | Print | Donate |

**Regions**

north coast
central valley
north bay
east bay
south bay
san francisco
peninsula
santa cruz
california
us
international

**Topics**

animal lib
anti-war
arts + action
drug war
education
en español
environment
global justice
government
health/housing
immigrant
media
labor
lgbti / queer
police state
racial justice
womyn

**International**

americas
haiti
iraq
palestine
afghanistan

**More**

**make media**
**get involved**
**calendar**
**gallery**
**archives**
**chat**
**links**

[ Search ]

**Donate**

Help support
grassroots
independent

printable version - fixed-width version

# Indymedia

## About Us
by sfbay volunteers ( sfbay [at] lists.indymedia.org )
*Monday Dec 8th, 2003 7:34 PM*

The San Francisco Bay Area Independent Media Center is a non-commercial,
democratic collective of bay area independent media makers and media outlets, and
serves as the local organizing unit of the global Indymedia network.

Web hosting provided by ~~Transbay.net~~ ~~Communitycolo.net~~ Cernio Technology Cooperative.

## Principles of Unity: San Francisco Bay Area Indymedia

1. We strive to provide an information infrastructure for people and opinions who do not have access
   to the airwaves, tools and resources of corporate media. This includes audio, video, photography,
   internet distribution and any other communication medium.
2. We support local, regional and global struggles against exploitation and oppression.
3. We function as a non-commercial, non-corporate, anti-capitalist collective.

San Francisco Bay Area Indymedia involves volunteer participants and allied collectives organized
along anti-authoritarian principles of open and transparent decision-making processes, including
open public meetings; a form of modified consensus; and the elimination of hierarchies.

San Francisco Bay Area Indymedia participants shall not act in a manner that endangers,
intimidates, or physically harms any member of the group, including by sexual harassment or
acts of violence. Indymedia members shall strive to act in a respectful manner to other members
of the collective as well as the public.

## Mission Statement

- To encourage a world where globalization is not about homogeneity and exploitation, but rather,
  about diversity and cooperation.
- To cover local events that are ignored or poorly covered by corporate media.
- To provide edited audio, video, and print stories of the above on the internet for independent
  media outlets and the general public.
- To facilitate the networking and coordination for the coverage of local events as well as gather
  information about events to cover.
- To provide links to alternative media, activist, and research groups.
- To seek out and provide coverage underscoring the global nature of people's struggles for social,
  economic, and environmental justice directly from their perspective.
- To offer community classes for training in internet and media skills.
- To encourage, facilitate, and support the creation of independent news gathering and
  organizations.

## See also the Indybay.org Editorial Policy

Indybay's processes and policies for maintaining the open-publishing site.

## Get Involved

This is *your* independent media center. As an all-volunteer organization, we need **you** to get
involved! Check our get involved page for info on meetings and e-mail lists.

## Indybay Overview Video

About Us : Indybay

media.

Donate

$32.00 donated in
past month

**IMC Network**

## Indymedia And Indybay History

<u>Add Your Comments</u>

**LATEST COMMENTS ABOUT THIS ARTICLE**
Listed below are the latest comments posted about this article.
These comments are anonymously submitted by website visitors.

| TITLE | AUTHOR | DATE |
|---|---|---|
| <u>Citizen</u> | <u>Rich Jeffery</u> | <u>Friday Oct 26th, 2007 2:01 PM</u> |
| <u>Posted for a laugh!</u> | <u>Catholic League for Religious & Civil Rights</u> | <u>Friday Jan 13th, 2006 3:52 PM</u> |
| <u>Change sucks</u> | <u>change sucks</u> | <u>Thursday Dec 29th, 2005 8:49 AM</u> |
| <u>How to submit articles for the center column</u> | <u>website editorial collective</u> | <u>Friday Mar 25th, 2005 9:16 AM</u> |
| <u>proposing a new category ANTIFASCISM</u> | <u>presuming of course</u> | <u>Tuesday Nov 9th, 2004 12:15 AM</u> |
| <u>Proposing a new category Energy</u> | <u>Maurice Campbell</u> | <u>Thursday Oct 14th, 2004 6:22 PM</u> |
| <u>Re: Let Every voice be heard</u> | <u>your stuff is always published</u> | <u>Friday Sep 3rd, 2004 8:57 PM</u> |
| <u>in a nutshell</u> | <u>short answer</u> | <u>Wednesday Jul 21st, 2004 5:20 AM</u> |
| <u>SFBay vs. SF???</u> | <u>chi lai</u> | <u>Friday Jul 9th, 2004 11:08 AM</u> |
| <u>let every voice be heard</u> | <u>missesyaya</u> | <u>Friday May 28th, 2004 11:20 AM</u> |

© 2000–2013 San Francisco Bay Area Independent Media Center. Unless otherwise stated by the author, all content is free for non-commercial reuse, reprint, and rebroadcast, on the net and elsewhere. Opinions are those of the contributors and are not necessarily endorsed by the SF Bay Area IMC. <u>Disclaimer</u> | <u>Privacy</u> | <u>Contact</u>

Exhibit G



| About | Contact | Subscribe | Calendar | Publish | Print | Donate |

**Regions**
north coast
central valley
north bay
east bay
south bay
san francisco
peninsula
santa cruz
california
us
international

**Topics**
animal lib
anti-war
arts + action
drug war
education
en español
environment
global justice
government
health/housing
immigrant
media
labor
lgbti / queer
police state
racial justice
womyn

**International**
americas
haiti
iraq
palestine
afghanistan

**More**
**make media**
**get involved**
**calendar**
**gallery**
**archives**
**chat**
**links**

Search

**Donate**
Help support
grassroots
independent

printable version - fixed-width version

## Indymedia

**SF Bay Area Indymedia Editorial Policy**
by SF Bay Area IMC Web Collective ( sfbay-web [at] lists.indymedia.org )
*Sunday Aug 4th, 2002 2:22 AM*

After months of discussion and debate, the SF Bay Area Indymedia Web Collective has consented upon the following editorial policy. Your thoughts, comments and suggestions are as always welcome. Updated: January 2004.

## Fundamentals

The SF Bay Area IMC newswire operates on the principle of Open Publishing, an element essential to the global IMC network. Simply put, Open Publishing is to news and information what open source code is to software. In practice, the Open Publishing newswire allows anyone to instantaneously self-publish their work on http://bayarea.indymedia.org, a web site accessible from around the world.

People are encouraged to "become the media," to use their own skills and abilities of observation, writing, and creativity in posting text, analysis, videos, audio clips, photos and artwork directly to the website. The post is then viewable at the top of the Breaking newswire, and will move down the list as more people post news.

The use of, and belief in, Open Publishing rests on several central assumptions:

- People who post to the newswire will present their information in a thorough, honest, and accurate manner.
- Readers are intelligent and aware, skeptical and inquisitive of the posts they read and videos they watch, and are able to distinguish for themselves what is content of value and what is not.
- The means to an end is as important as the end itself.

## Our Philosophy and Your Responsibility

We hide and classify in a way that we think helps promote the usefulness of the site. If you have any suggestions on how we could make the site more useful (e.g. by hiding more or less things) we are open to hear your suggestions.

Please be civil in your posts; if an editor sees a flamewar starting that seems to be overly personal or to just contain insults, the comments may be hidden. We want to keep this site a friendly place for people to post news and discuss issues and our goal is to facilitate that. Feel free to email us any suggestions. This site is here to serve your needs and we would love to hear from you.

## Administration Overview

The editorial collective is responsible for updating and maintaining the various "center-column" feature pages and the "right-column" newswires. While the center columns are compiled and edited by the editorial collective, the right-hand, open-publishing newswire is designated as an open space for publication of news, media, and commentary by SF Bay Area IMC reporters, participants, and readers.

## Classifying

The newswire is divided into three separate sections:

- Local News: This section contains posts that are substantially local in nature, and that the editorial collective reasonably believes to be accurate and newsworthy stories fitted for syndication.

media.

Donate

$32.00 donated in
past month

**IMC Network**

- Global News: This section contains posts that are not locally focused, and that the editorial collective reasonably believes to be accurate and newsworthy stories fitted for syndication.
- Other/Breaking News (Open Publishing Newswire): This section is where a post will appear immediately after being published. Items that remain in this category will have been deemed unworthy of promotion to any of the above wires. Items targeted to remain here include, but are not limited to, articles which are not news stories, likely or factually inaccurate stories, unverified stories, postings of very poor writing quality, repostings of corporate media articles, and bulletin board type posts.

The process for the classification of a posting is quite simple: Any participant in the editorial collective may do so based upon her/his understanding of the SF Bay Area IMC Principles of Unity, this policy, and her/his personal judgement. Editors will not promote (syndicate) articles which could undermine the newswire service, e.g., articles containing (not reporting) hate speech, etc. A classification of a post is contestable and subject to review by members of the editorial collective. Challenges must be based on our Principles of Unity.

## Linking and Editing

Editors may link related posts together in order to occupy less space on the newswire. Editors may also make typographical, spelling or grammar corrections and formatting improvements and may remove extraneous, false, illegal (threatening, libelous, etc.), or abusive (pornographic, etc.) material and hate speech, and particularly with regards to syndicated articles, are encouraged to do so. As appropriate, explanation of any modification may be inserted.

At any time another Editorial Collective member may dispute the editing of a post or comment, based on our Principles of Unity or this policy.

## Hiding

SF Bay Area IMC is founded on the principle of open publishing. Reality dictates that the editorial collective will at times decide to hide posts and comments. This is not a decision that is taken lightly, however, and the editorial collective does its best refrain from hiding. Our vision for the function of the newswire, and the general framework in which all decisions to hide will be made, are as follows:

- The newswire is intended to be a community media resource, a space free from spam and abuse in general; and
- That space will not contribute to the oppression of traditionally oppressed and marginalized groups.

Members of the Editorial Collective are permitted to hide posts or comments as long as that person's decision is based on at least one of the following three points:

- The post or comment constitutes abuse of the newswire (see note below);
- The post or comment undermines the Principles of Unity of the SF Bay Area IMC; e.g., right-wing propaganda or hate speech; or
- The post or comment constitutes a spam attack (see below) on the newswire.

The editorial collective may remove copyrighted material on request of the copyright owner. At any time another Editorial Collective member may dispute the hiding of a post or comment, based on our Principles of Unity or this policy.

Comments, questions, and feedback regarding this policy are highly encouraged. Please write us at sfbay-web@lists.indymedia.org.

## Comments

Commenting on posts is an essential feature to the democratic nature of Indymedia. It allows points to be refuted, ideas to be expounded upon, arguments to be had, and discussions to be hashed out. If you disagree with the content of a particular post that someone has posted or can provide further relevant information, you can say so by commenting via the "add your own comments" link at the bottom of each post.

The process for hiding and editing comments will be the same as that for posts. Special care will

be taken to not stifle rational debate and dialogue. To be clear, flame wars are not generally considered debate and/or dialogue, while cogent arguments and analyses are.

## Spam Attacks

A spam attack is defined as a pattern of abuse of the newswire by a particular poster or posters. If the editorial collective reaches consensus (at a meeting or on the mailing list) that an individual is launching a spam attack on the SF Bay Area IMC newswire, the spammer's posts and/or comments may be hidden from the newswire by a member of the editorial collective. Alternately, the posts may be linked together so as to occupy only one spot on the newswire.

Each instance of recognized spam will be considered individually. In cases of recognized spam, editorial collective members are empowered to immediately hide the post or comment.

## Contact

Contact the SF Bay Area IMC editorial collective if you have any questions or comments: sfbay-web@lists.indymedia.org.

## Notes

As of the latest update of this document, the current Principles of Unity can be found here: http://bayarea.indymedia.org/news/2003/12/1664397.php

The phrase "abuse of the newswire" is necessarily vague. Editorial collective participants each have different conceptions of what this means, so each proposal to hide/edit posts or comments will be taken on a case-by-case basis.

The term "post" refers to anything that is self-published by a reader/participant and which appears on the newswire in the right hand column of the front page and feature pages.

This document, as are all SF Bay Area IMC policies, is constantly up for review and debate. The editorial collective invites suggestions, comments, criticisms and ideas to improve this editorial policy.

Add Your Comments

**LATEST COMMENTS ABOUT THIS ARTICLE**
Listed below are the latest comments posted about this article.
These comments are anonymously submitted by website visitors.

| TITLE | AUTHOR | DATE |
|---|---|---|
| I Miss the Bay Area So Much! | David H. Bradshaw | Sunday Mar 3rd, 2013 4:48 AM |

© 2000–2013 San Francisco Bay Area Independent Media Center. Unless otherwise stated by the author, all content is free for non-commercial reuse, reprint, and rebroadcast, on the net and elsewhere. Opinions are those of the contributors and are not necessarily endorsed by the SF Bay Area IMC. Disclaimer | Privacy | Contact