Daniel L. Casas, Esq. (SBN 116528)
dcasas@legalteam.com
Anthony F. Basile, Esq. (SBN 247409)
abasile@legalteam.com
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX

Attorneys for Defendant
LAYER42.NET, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DIONNE CHOYNCE, an individual,<br><br>Plaintiff<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10,<br><br>Defendants. | Case No.: CV-13-01842<br><br>**DECLARATION OF STEVEN E. RUBIN IN SUPPORT OF LAYER42.NET, INC.'S MOTION TO DISMISS**<br><br>**Date:**<br>**Time:**<br>**Courtroom: 9 (19th Floor)**<br><br>Action Filed: April 23, 2013 |

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Declaration of Steven E. Rubin ISO Motion to Dismiss
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
1

I, Steven E. Rubin, declare:

1. I am President of defendant LAYER42.NET, INC. (Layer42). I have personal knowledge of the matters set forth herein and if called upon, I could and would testify thereto. As to the following matters stated on information and belief, I believe them to be true.

2. Layer42 was founded in 1999, and incorporated in the State of California in 2002.

3. Layer42 provides datacenter, colocation, and network services to its customers. Layer42 leases physical space to customers for storing their computer servers in a climate-controlled environment with a power circuit and connection to the Internet. Customers provide their own servers, and Layer42 ensures that the servers remain powered and connected to the Internet.

4. Layer42 provides its customers with a connection to the Internet, and does not modify the material sent or received over said Internet connection.

5. Internet traffic conducted over the Internet connection provided by Layer42 to its customers is routed through an automatic process, without selection or review and approval of the material by Layer42.

6. Layer42 does not select the recipients of Internet traffic routed over the connection provided to its customers.

7. Layer42 does not maintain on its system or network any copies of materials made in the course of providing Internet connections to its customers.

8. Layer42 has registered with the U.S. Copyright Office to receive notices of claimed copyright infringement. Attached as **Exhibit A** is a true and correct copy of Layer42's Interim Designation of Agent to Receive Notification of Claimed Infringement, on file with the U.S. Copyright Office and available for public inspection.

9. In or about March 2011, Layer42 entered a contract with Cernio Technology Cooperative (Cernio) to provide a cabinet colocation package. Cernio installed its own server in a Layer42 physical cabinet, and Layer42 provided a power circuit and connection

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Declaration of Steven E. Rubin ISO Motion to Dismiss
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
2

to the Internet. Cernio and its users transmitted Internet traffic through Cernio's server via the Internet connection provided by Layer42.

10. Layer42 did not create, develop, review, or approve any information content that was posted to the Internet by Cernio or its customers, such as San Francisco Bay Area Independent Media Center.

11. In or about February 2013, IO Cooperative, Inc. assumed Cernio's contractual obligations with Layer42. Layer42 entered a contract with IO to provide a cabinet colocation package, providing services similar to those previously performed for Cernio. IO installed its own server in a Layer42 physical cabinet, and Layer42 provided a power circuit and connection to the Internet. IO and its users transmitted Internet traffic through IO's server via the Internet connection provided by Layer42.

12. Layer42 did not create, develop, review, or approve any information content that was posted to the Internet by IO or its customers, such as SF Bay Area IMC. Layer42 does not maintain on its system or network copies of the "dionne_choyce.jpg" file described in Choyce's Complaint.

13. On or about February 23, 2013, Layer42 received a DMCA Takedown Notice from attorney Dow Patten. A true and correct copy of the Notice is attached as **Exhibit B**.

14. Although the Notice refers to three earlier notices, the February 23, 2013 Notice was the first received at Layer42.

15. Upon reviewing the Notice, I determined that the alleged infringing URLs described in the Notice, originating at indybay.org, were hosted on IO's servers. I forwarded the Notice to IO for appropriate response.

16. I am informed and believe that the image file cited in the Notice was removed from the two URLs described in the Notice and Complaint in or about March 2013, based on discussions with representatives from IO.

//

//

//

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Declaration of Steven E. Rubin ISO Motion to Dismiss
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
3

17. Layer42 was served with a copy of plaintiff Dionne Choyce's Complaint on August 2, 2013.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 20, 2013 in Mountain View, CA.

Steven E. Rubin

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Declaration of Steven E. Rubin ISO Motion to Dismiss
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
4

# Exhibit A

# Interim Designation of Agent to Receive Notification of Claimed Infringement

Full Legal Name of Service Provider: LAYER42.NET, INC.

Alternative Name(s) of Service Provider (including all names under which the service provider is doing business): LAYER42, LAYER42 NETWORKS

Address of Service Provider: 3080 Raymond Street, Santa Clara, CA 95054

Name of Agent Designated to Receive Notification of Claimed Infringement: Steven E. Rubin

Full Address of Designated Agent to which Notification Should be Sent (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 3080 Raymond Street, Santa Clara, CA 95054

Telephone Number of Designated Agent: 408-450-5740

Facsimile Number of Designated Agent: 408-450-5741

Email Address of Designated Agent: info@layer42.net

Signature of Officer or Representative of the Designating Service Provider: _____ Date: 4-30-09

Typed or Printed Name and Title: Steven Eric Rubin, President

SCANNED 05 19-2009

Note: This Interim Designation Must be Accompanied by a $80 Filing Fee Made Payable to the Register of Copyrights.





RECEIVED
COPYRIGHT OFFICE

# Exhibit B



353 Sacramento St. Suite 1120
San Francisco, CA 94111
v 415-402-0084
f 415-520-0104

February 22, 2012

*VIA FACSIMILE NO.: 408-450-5741*

Steven E. Rubin
LAYER42.NET, INC.
3080 Raymond St.
Santa Clara, CA 95054

      RE:    DMCA Takedown Notice
               Date of First Notice: 09/20/12
               Date of Second Notice 10/02/12
               Date of Third Notice 12/13/12

Dear Mr. Rubin:

We provide Notice pursuant to the Digital Millenium Copyright Act as follows:

My **contact information** is as follows:

    Dow W. Patten, Esq.
    SMITH PATTEN
    353 Sacramento St., Suite 1120
    San Francisco, CA 94111
    voice: 415-402-0084
    fax: 415-520-0104

**The offending digital asset is**

    "dionne_choyce.jpg"

1

**The addressess of the hosted site where the offending digital asset is located is:**

    http://www.indybay.org/uploads/2012/04/25/dionne_choyce.jpg
    http://www.indybay.org/uploads/2012/05/24/dionne_choyce.jpg

The foregoing address resolves to the following server, which is registered to Layer42.Net, Inc.:

    j0.ramona.indybay.org (66.109.99.74)

The **origin** of the offending digital asset is a .jpg file, located on our client law firm's webpage:

    "http://www.choycelawfirm.com/images/admin_img.jpg"

It is my good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

The information contained in this notification is true, correct, and accurate.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that I am authorized to act for the copyright holder of the digital asset described above.

Very truly yours,

Dow W. Patten, Esq.

2

```
                    TRANSMISSION VERIFICATION REPORT

                                           TIME   : 02/23/2013 12:04
                                           NAME   : SMITH PATTEN
                                           FAX    : 4155200104
                                           TEL    : 4154020084
                                           SER.#  : U62702J1N925790


    DATE,TIME               02/23  12:04
    FAX NO./NAME            14084505741
    DURATION                00:00:26
    PAGE(S)                 02
    RESULT                  OK
    MODE                    STANDARD
                            ECM
```