Daniel L. Casas, Esq. (SBN 116528)
*dcasas@legalteam.com*
Anthony F. Basile, Esq. (SBN 247409)
*abasile@legalteam.com*
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX

Attorneys for Defendant
LAYER42.NET, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>Plaintiff<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10,<br><br>Defendants. | Case No.: CV-13-01842<br><br>**PROOF OF SERVICE**<br><br>**Date: October 31, 2013**<br>**Time: 2:00pm**<br>**Courtroom: 9 (19th Floor)**<br><br>**Action Filed: April 23, 2013** |

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Proof of Service
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following documents were served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this 23rd day of September, 2013.  I declare under penalty of perjury that the foregoing is true and correct.

1. Notice of Motion and Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted/Special Motion to Strike (Anti-SLAPP); Memorandum of Points and Authorities in Support Thereof;
2. Declaration of Daniel L. Casas, Esq. in Support of Layer42.Net, Inc.'s Motion to Dismiss;
3. Declaration of Steven E. Rubin in Support of Layer42.Net, Inc.'s Motion to Dismiss;
4. [Proposed] Order Granting Motion to Dismiss/Special Motion to Strike.

*Attorneys for Plaintiff, Dionne Choyce*

Dow W. Patten, Esq.
SMITH PATTEN
355 Sacramento St., Suite 1120
San Francisco, CA 94111
dow@smithpatten.com


Dated: September 23, 2013

　　　　　　　　　　　　　　　　　　/s/ Nicole Svoboda

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Proof of Service
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
2