SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ., (SBN:135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
DIONNE CHOYCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE CHOYCE , an individual,<br><br>Plaintiff,<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association;  LAYER42.NET, INC., a California Corporation,  CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association,  and DOES 1-10,<br><br>Defendants. | Case No.:  3:13-cv-01842-JST<br><br>**DECLARATION OF DIONNE CHOYCE IN OPPOSITION TO MOTION TO DISMISS**<br><br>Date:  October 31, 2013<br>Time: 2:00 p.m.<br>Location: Courtroom 9, 19th Floor, 350 Golden Gate Ave., San Francisco, CA |

I, DIONNE CHOYCE, declare and state as follows:

1.     I am Plaintiff in the above-captioned action, and have personal knowledge of the facts set forth herein; if called as a witness I would testify competently thereto.

2.     When I started my own practice as an attorney in or about 2005,  I had a professional photograph taken of me for use on my website, a digital version of which is entitled

1

DECLARATION OF DIONNE CHOYCE                                              Case No.:  3:13-cv-01842-JST

"dionne_choyce.jpg".  I have used that image in the marketing of my professional services as an attorney since approximately 2005, in advertisements, newspaper ads, telephone book ads, and the like.  That image has been used in approximately ninety percent 90% of my marketing materials since 2005.

3.     In or about May of 2012, a potential client contacted me for representation, and asked me about information published about me using my image on the indybay.org website.  I informed the potential client that the statements made on the indybay.org website were false.  Thereafter, I visited the indybay.org website and reviewed the information to which the potential client had referred, and utilized the email address for the site administrator of indybay.org to request that the false information be removed from the website.  I never received a response to my request.

4.     In or about May of 2012, I noticed that Internet searches on my name were returning the website "indbay.org", where the posting entitled, "Attorney Dionne choyce who embezzled from homeless may serve prison time", was located that was using my image ("dionne_choyce.jpg") without my consent or permission.

5.     Around the same time I noticed another page on the "indbay.org" website with a page, story, or posting entitled, "Attorney Dionne choyce who embezzled from homeless may serve prison time", which also displayed my image  ("dionne_choyce.jpg") without my consent or permission.

6.     The "indbay.org" page, story, or posting entitled, "Attorney Dionne choyce who embezzled from homeless may serve prison time",  contained the following text, "The Federal Complaint that was filed against Jubilee Restoration has been stepped up to another level as the alleged Criminal Ringleader Dionne Choyce has had charges filed against him as a conspirator after his brother Reverend Gordon Choyce passed away. Mr. Choyce had no comment as his

offices were contacted in Fairfield, however, if convicted he could face a total of 17 years in prison. Dionne choyce had the complaint served on him by the Department of justice on May 13, 2009."

7. I have never had a complaint or indictment served upon me by the Department of Justice or any law enforcement entity in 2009 or at any other time.

8. In or about May or June, 2012, I became aware of another "indbay.org" page, story, or posting entitled, "The Choyce Law Firm evicted from building", which continued to use my visage ("dionne_choyce.jpg") without my permission or consent.

9. Neither I, nor my law firm, have ever been evicted from an office.

10. I have maintained my office at the same location in Fairfield, California since in or about 2007, and have never been evicted from that office nor any other office. I have never been served with a notice pay or quit from any office.

11. The statements on the indbay.org website included the statement of fact that I "embezzled from the homeless." That statement is false, as I have never engaged in, nor been charged with any crime of misappropriation, embezzlement, or a crime of moral turpitude.

12. The statements on indybay.org website included the statement that I "may serve prison time."

13. The indybay.org website contained the statement "Criminal Ringleader Dionne Choyce has had charges filed against him as a conspirator after his brother Reverend Gordon Choyce passed away".

14. I have never had charges filed against me.

15. I have never been charged a crime wherein I faced the possibility of prison time.

1 I declare under penalty of perjury of the laws of the United States of America that the foregoing
2 is true and correct.
3 Executed this __ day of October, 2013 at _____, California

_____
Declarant

DECLARATION OF DIONNE CHOYCE                             Case No.: 3:13-cv-01842-JST

1
2
3
4   ORIGINAL SIGNATURE TO FOLLOW
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF DIONNE CHOYCE                    Case No.: 3:13-cv-01842-JST