SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ., (SBN:135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
DIONNE CHOYCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE CHOYCE , an individual,<br><br>Plaintiff,<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association;  LAYER42.NET, INC., a California Corporation,  CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association,  and DOES 1-10,<br><br>Defendants. | Case No.:  3:13-cv-01842-JST<br><br>DECLARATION OF DOW W. PATTEN IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND PARTIAL MOTION TO STRIKE DEFENDANT LAYER42.NET, INC.'S MOTION TO DISMISS (ANTI-SLAPP MOTION)<br><br>Date:  November 12, 2013<br>Time: 2:00 p.m.<br>Location: Courtroom 9, 19th Floor, 350 Golden Gate Ave., San Francisco, CA |

I, DOW W. PATTEN, declare and state as follows:

1.      I am attorney of record for Plaintiff herein and have personal knowledge of the facts set forth herein; if called as a witness I would testify competently thereto.

1

DECLARATION OF DOW W. PATTEN                    Case No.:  3:13-cv-01842-JST

2.  At no time prior to the filing of Defendant's Motion to Dismiss For Failure to State a Claim Upon Which Relief May be Granted/Special Motion to Strike (ANTI-SLAPP)" (Dkt # 9) did counsel for Defendant call or request that Plaintiff stipulate, pursuant to Local Rule 6-1, to shorten the time for hearing of that motion so that it could be compliant with the provisions of Cal. Code. Civ. P. §425.16(f).

3.  Shortly after Defendant filed its Motion Motion to Dismiss For Failure to State a Claim Upon Which Relief May be Granted/Special Motion to Strike (ANTI-SLAPP) on September 26, 2013, Spencer Smith and I called counsel for Defendant to inform him that the Motion was procedurally defective, and that it would beehove the parties to meet and confer in that regard.

4.  Defendant did not respond to that offer and did not cure its failure to take any effort to have the Clerk of the Northern District of California calendar the Motion in a fashion so that Defendant could comply with Cal. Code. Civ. P. § 425.16(f).

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this this 8th day of October, 2013

                                                                                */s/ Dow W. Patten*
                                                                                Declarant