SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ., (SBN:135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
DIONNE CHOYCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association;  LAYER42.NET, INC., a California Corporation,  CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association,  and DOES 1-10,<br><br>Defendants. | Case No.:  3:13-cv-01842-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S PARTIAL MOTION TO STRIKE DEFENDANT LAYER42.NET, INC.'S MOTION TO DISMISS (ANTI-SLAPP MOTION)**<br><br>Date:  November 12, 2013<br>Time: 2:00 p.m.<br>Location: Courtroom 9, 19th Floor, 350 Golden Gate Ave., San Francisco, CA |

Plaintiff's Partial Motion to Strike Defendant Layer42.Net, Inc.'s Motion to Dismiss (Anti-SLAPP Motion) came on regularly for hearing on November 12, 2013.  Have considered the memoranda and papers submitted in support and opposition and the arguments of counsel, the Court hereby finds and ORDERS as follows:

1

```
```

The following portions of Defendant's "Motion to Dismiss For Failure to State a Claim Upon Which Relief May be Granted/Special Motion to Strike (ANTI-SLAPP)" (Dkt # 9) are hereby STRCIKEN:

(1) Page 2, lines 10 and 11, "LAYER42.NET, INC. with further move the court to strike the action pursuant to California Code of Civil Procedure Section 425.16."

(2) Page 11, line 24 through Page 15, line 8 " E.

(3) Page 15, lines 17 through 22, commencing with the line "Furthermore, this Court should strike Choyce's state law claims against Layer42 pursuant to California's statute against strategic lawsuits against public participation."

Defendant Layer42.Net, Inc. took no efforts to ensure its compliance with Cal. Code. Civ. P. §425.16(f) by noticing the motion for hearing within 30 days of the filing of the motion. As such the foregoing portions of Defendant's Motion to Dismiss For Failure to State a Claim Upon Which Relief May be Granted/Special Motion to Strike (ANTI-SLAPP) (Dkt #9) are impertinent and immaterial pursuant to Fed. R. Civ. P. 12(f).

SO ORDERED, this ___ day of November, 2013

_____
Hon. Jon S. Tigar
U.S. District Court Judge