SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ., (SBN:135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
DIONNE CHOYCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE CHOYCE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10, <br><br> Defendants. | Case No.: 3:13-cv-01842-JST <br><br> **SUPPLEMENTAL DECLARATION OF DOW W. PATTEN IN OPPOSITION TO DEFENDANT LAYER42.NET'S MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE.** <br><br> Date: November 14, 2013 <br> Time: 2:00 p.m. <br> Location: Courtroom 9, 19th Floor, 350 Golden Gate Ave., San Francisco, CA |

I, DOW W. PATTEN, declare and state as follows:

1. I am attorney of record for Plaintiff herein and have personal knowledge of the facts set forth herein; if called as a witness I would testify competently thereto.

2. Attached hereto as Exhibit "A" is a true and correct copy of the copyright issued by the United States Copyright Office to Plaintiff Dionne Choyce for the work entitled "Dionne Choyce Portrait". That portrait is the same image as the image referred to in the Complaint herein as "dionne_choyce.jpg" and is the same images referenced in Plaintiff's multiple DMCA takedown notices issued prior to this litigation.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this this 7th day of November, 2013

                                                                                                 */s/ Dow W. Patten*
                                                                                                  Declarant

SUPPLEMENTAL DECLARATION OF DOW W. PATTEN         Case No.: 3:13-cv-01842-JST

EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-878-066**

Effective date of registration:

October 23, 2013

---

## Title
- **Title of Work:** Dionne Choyce Attorney Portrait

## Completion/Publication
- **Year of Completion:** 2005
- **Date of 1st Publication:** January 1, 2005
- **Nation of 1st Publication:** United States

## Author
- **Author:** DIONNE CHOYCE
- **Author Created:** photograph(s)
- **Citizen of:** United States
- **Year Born:** 1975

## Copyright claimant
- **Copyright Claimant:** DIONNE CHOYCE
  711 Jefferson, Suite 204, Fairfield, CA, 94533, United States

## Rights and Permissions
- **Organization Name:** SMITH PATTEN
- **Name:** DOW PATTEN
- **Email:** dow.patten@gmail.com
- **Telephone:** 415-402-0084
- **Address:** 353 Sacramento St.
  Suite 1120
  San Francisco, CA 94111 United States

## Certification
- **Name:** Dow W. Patten
- **Date:** October 23, 2013