1    Dow W. Patten, Bar No: 135931      (415) 402-0084

SMITH PATTEN

2    353 Sacramento St., Suite 1120

San Francisco, CA  94111

3

4    Representing: Plaintiff       File No.Deon Choyce

5

6

7

8            United States District Court, Northern District of California

9            Northern District of California - District - San Francisco

10

11

12    CHOYCE                        Case No: 3:13-cv-01842-JST

13

14        Plaintiff/Petitioner          Proof of Service of:

15            vs.                See Attached List    By Fax

16    SF Bay Area Independent Media Center, et al.

17

18        Defendant/Respondent

19                             Service on:

SF Bay Area Independent Media Center, a.k.a. IMC,

20                              SF Bay Area, a.k.a. SF Bay Area IMC; an

unincorporated association

21

22                              Hearing Date:

23                              Hearing Time:

24                              Div/Dept:

25

26

27

28

PROOF OF SERVICE

OL# 7328424

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Dow W. Patten, 135931<br>SMITH PATTEN<br>353 Sacramento St., Suite 1120<br>San Francisco, CA 94111 | (415) 402-0084 | |

Ref. No. or File No.

ATTORNEY FOR (Name) Plaintiff — Deon Choyce

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

CHOYCE

DEFENDANT:

SF Bay Area Independent Media Center, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:13-cv-01842-JST |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

See Attached List      By Fax

2. Party Served: SF Bay Area Independent Media Center, a.k.a. IMC, SF Bay Area, a.k.a. SF Bay Area IMC; an unincorporated association

3. Person Served: Ben Terrall - Person authorized to accept service of process

a. Left with: Ben Terrall- Person in Charge of Office

4. Date & Time of Delivery: 10/31/2013      3:20 PM

5. Address, City and State: 2940 16th Street 216
San Francisco, CA 94103

6. Manner of Service: By leaving the copies with or in the presence of Ben Terrall, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $130.65

Registered California process server.
County: SAN FRANCISCO
Registration No.: 2012-0001180

Nate Freed One Legal - 194-Marin 504 Redwood
Blvd #223 Novato, CA 94947 415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/5/2013 at Los Angeles, California.

Signature: _____
Nate Freed

OL# 7328424

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Dow W. Patten, 135931<br>SMITH PATTEN<br>353 Sacramento St., Suite 1120 | | (415) 402-0084 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Deon Choyce | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

CHOYCE

DEFENDANT:

SF Bay Area Independent Media Center, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:13-cv-01842-JST |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 11/4/2013, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

See Attached List **By Fax**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

SF Bay Area Independent Media Center, a.k.a. IMC, SF Bay Area, a.k.a. SF Bay Area IMC; an unincorporated association
Ben Terrall
2940 16th Street, 216

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $130.65

---

Sarah Jung
Nate Freed
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/5/2013 at Los Angeles, California.

Sarah Jung

OL# 7328424

Attached List

Summons,

Complaint,

Standing Order for All Civil Cases Before District Judge Jon S. Tigar,

Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement,

ECF Registration Information Handout,

Notice-Welcome to the U.S. District Court,

Notice of Availability of Magistrate Judge to Exercise Jurisdiction,

Notice of Lawsuit and Request for Waiver of Service of Summons,

Waiver of Service of Summons,