# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: November 14, 2013                                             Judge:  Jon S. Tigar

Time: 27 minutes

Case No.        **3:13-cv-01842-JST**
Case Name       **Dionne Choyce v. SF Bay Area Independent Media Center, et al.**

Attorneys for Plaintiff:          Spencer F. Smith; Dow W. Patten
Attorney for Defendant:           Daniel L. Casas (for Layer42.net, Inc.)

Deputy Clerk:  William Noble                      Court Reporter:  FTR: 2:18-2:45 p.m.

### PROCEEDINGS

- Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted / Special Motion to Strike (Anti-SLAPP) (docket 9)
- Plaintiff's Partial Motion to Strike Defendant Layer42.Net, Inc.'s Motion to Dismiss (docket 12)

### RESULT OF HEARING

Motion hearings held.  Motions taken under submission.  Court will issue an order.