1   Roger Myers (CA State Bar No. 146164)
    roger.myers@bryancave.com
2   Leila Knox (CA State Bar No. 245999)
    leila.knox@bryancave.com
3   Katherine Harrison (CA State Bar No. 285561)
    katherine.harrison@bryancave.com
4   **BRYAN CAVE LLP**
    560 Mission Street, 25th Floor
5   San Francisco, CA  94105-2994
    Telephone:     (415) 675-3400
6   Facsimile:     (415) 675-3434

7

    Attorneys for Defendant
8   SF BAY AREA INDEPENDENT MEDIA CENTER

9                    IN THE UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13   DIONNE CHOYCE,                         Case No. CV 13 1842 JST

14           Plaintiff,                      **[PROPOSED] ORDER GRANTING
                                             DEFENDANT SF BAY AREA
15       v.                                  INDEPENDENT MEDIA CENTER'S
                                             MOTION FOR EXTENSION OF TIME
16                                           TO ANSWER OR OTHERWISE
     SF BAY AREA INDEPENDENT MEDIA           RESPOND TO COMPLAINT**
17   CENTER, a.k.a. IMC, SF BAY AREA, a.k.a.
     SF BAY AREA IMC; an unincorporated
18   association; LAYER42.NET, INC., a California
     Corporation, CERNIO TECHNOLOGY
19   COOPERATIVE, an unincorporated
     association, and DOES 1-10,
20
             Defendants.
21

22

23

24

25

26

27

28

*(left margin, vertical text)* BRYAN CAVE LLP  560 MISSION STREET, 25TH FLOOR  SAN FRANCISCO, CA  94105-2994

1    This matter comes before the Court on Defendant SF Bay Area Independent Media

2    Center's Motion for Extension of Time to Answer or Otherwise Respond to Complaint.  The

3    Court, being fully advised and good cause appearing, hereby GRANTS the Motion.  Defendant SF

4    Bay Area Independent Media Center now has until and including January 6, 2014 to file its answer

5    or otherwise respond to the Complaint in this action.

6         Dated this _____ day of December, 2013.

7

8

9                                           _____

                                            THE HONORABLE JON S. TIGAR

10                                          United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994