1  Daniel L. Casas, Esq. (SBN 116528)
   *dcasas@legalteam.com*
2  Anthony F. Basile, Esq. (SBN 247409)
   *abasile@legalteam.com*
3  CASAS RILEY & SIMONIAN, LLP
   One First Street, Suite 2
4  Los Altos, CA 94022
   (650) 948-7200
5  (650) 948-7220 FAX

6  Attorneys for Defendant
   LAYER42.NET, INC.
7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO

11

12  DIONNE CHOYCE, an individual,          Case No.: CV-13-01842

13              Plaintiff

14        v.                                **DECLARATION OF DANIEL L. CASAS,
                                            ESQ. IN SUPPORT OF LAYER42.NET,
15  SF BAY AREA INDEPENDENT MEDIA           INC.'S MOTION FOR RECOVERY OF
    CENTER, aka IMC, SF BAY AREA, aka SF    ATTORNEY'S FEES**
16  BAY AREA IMC, an unincorporated
    association; LAYER42.NET, INC., a
17  California Corporation; CERNIO          **Date: January 23, 2014
    TECHNOLOGY COOPERATIVE, an             Time: 2:00pm
18  unincorporated association; and Does 1-10,   Courtroom: 9 (19th Floor)**

19              Defendants.                 **Action Filed: April 23, 2013**
20

21

22

23

24

25

26

27

28

Declaration of Daniel L. Casas, Esq. ISO Motion for Attorney's Fees
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
1

I, Daniel L. Casas, declare:

1.  I am an attorney licensed to practice before all courts of the State of California and before the United States District Court for the Northern District of California.  I am a partner with the law firm of Casas Riley & Simonian, LLP (CRS), counsel of record for defendant LAYER42.NET, INC. (Layer42).  I have personal knowledge of the matters set forth herein and if called upon, I could and would testify thereto.  As to the following matters stated on information and belief, I believe them to be true.

2.  Attached as **Exhibit A** is a true and correct redacted copy of the billing records documenting the time through November 25, 2013 that attorneys at CRS spent related to Layer42's successful special motion to strike pursuant to California Code of Civil Procedure § 425.16.

3.  CRS uses the computer software program Sage Timeslips to record its billing. As CRS's regular business practice, each attorney enters his or her time into the networked program identifying the client and matter, time spent, and a brief description of the services provided.  CRS attorneys bill their time to the nearest one-tenth of an hour.  CRS attorneys enter their time into the software program at or near the time that the services were rendered.  The partner supervising each client matter reviews the billing statements before they are served on clients for adjustments as warranted under the circumstances.  I am the supervising partner in this matter.

4.  Three CRS attorneys billed time related to the Anti-SLAPP motion as reflected in **Exhibit A** as follows:

| Attorney | Hourly Billing Rate | Hours | Fees |
|---|---|---|---|
| Daniel L. Casas | $415.00 | 20.55 | $8,528.25 |
| Sam K. Kiamanesh | $315.00 | 0.3 | $94.50 |
| Anthony F. Basile | $295.00 | 46.46 | $13,706.75 |

5.  I am a partner with CRS.  I earned my undergraduate degree from the California State University at Fresno in 1981, and my Juris Doctorate degree from the Santa Clara University School of Law in 1984.  I was admitted to the bar of the State of California in

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Declaration of Daniel L. Casas, Esq. ISO Motion for Attorney's Fees
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
2

1   1984, and have continuously been licensed and have maintained active status in good

2   standing with the California State Bar since that time.  I am also admitted to practice before

3   numerous Federal District Courts, including the United States District Court for the Northern

4   District of California.  I have worked in the field of civil litigation since the inception of my

5   practice.  My hourly billing rate in this matter is $415.00.

6          6.   Sam K. Kiamanesh is an associate with CRS.  Mr. Kiamanesh earned his

7   undergraduate degree from the University of Toronto in 1997, and his Juris Doctorate

8   degree from the Santa Clara University School of Law in 2000.  Mr. Kiamanesh was

9   admitted to the bar of the State of California in 2000, and has continuously been licensed

10  and has maintained active status in good standing with the California State Bar since that

11  time.  Mr. Kiamanesh's hourly billing rate in this matter is $315.00.

12         7.   Anthony F. Basile is an associate with CRS.  Mr. Basile earned his

13  undergraduate degree from Stanford University in 2000, and his Juris Doctorate degree

14  from the Santa Clara University School of Law in 2006.  Mr. Basile was admitted to the bar

15  of the State of California in 2006, and has continuously been licensed and has maintained

16  active status in good standing with the California State Bar since that time.  Mr. Basile is

17  admitted to practice before the United States District Court for the Northern District of

18  California.  Mr. Basile has worked in the field of civil litigation since 2008.  Mr. Basile's

19  hourly billing rate in this matter is $295.

20         8.   The billing rates identified for the attorneys above fall within the range of rates

21  charged in Santa Clara County for attorneys with comparable experience in similar practice

22  areas.

23         9.   The billing records attached as Exhibit A capture all time that CRS attorneys

24  billed on behalf of Layer42 in the above-captioned action.  CRS attorneys have billed a total

25  of $39,589.25 in this matter through November 25, 2013.  In calculating fees related to the

26  Anti-SLAPP motion, I reviewed the attached exhibit and consulted with the attorneys who

27  recorded time to the account.  I have redacted and excluded entries unrelated to the

28  preparation of the Anti-SLAPP motion.  However, I included in the billing work that was

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Declaration of Daniel L. Casas, Esq. ISO Motion for Attorney's Fees
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
3

1  necessary both to the Anti-SLAPP motion and other activities, such as the Motion to

2  Dismiss and opposition to Choyce's Motion to Strike, where the work was inextricably

3  intertwined, with the understanding that the ultimate Lodestar amount will be adjusted to

4  limit an award to work performed in preparing the Anti-SLAPP motion.  After reviewing the

5  billing records and consulting with the CRS attorneys involved in the case, I have identified

6  $22,329.50 in attorneys' fees related to the Anti-SLAPP motion.

7        10. I have further redacted certain descriptions of service in order to preserve the

8  attorney client privilege and attorney work product doctrine with respect to the work of CRS

9  in this matter and communications with our clients, and in submitting this declaration and

10  other support for the present motion, do not intend to waive such privileges and protections.

11        11. I anticipate that my office will expend an additional $7,500 in fees bringing the

12  current motion, which fees include preparing these moving papers, preparing reply papers,

13  and appearing at the hearing on the present motion.

14        12. On December 9, 2013, I emailed plaintiff counsel Dow Patten to initiate a meet

15  and confer conference pursuant to Local Rule 54-5(a).  I informed counsel that our

16  preliminary estimated attorney's fees for purposes of the present motion was $22,000, with

17  the understanding that this Lodestar amount would be adjusted and subject to additional

18  fees in preparing the present motion.  I asked that Mr. Patten share his availability to

19  discuss the motion.

20        13. Shortly after sending the email to Mr. Patten, I received an emailed response

21  from attorney Spencer Smith.  Mr. Smith threatened that if Layer42 brought the present

22  motion, plaintiff would move for sanctions under 28 USC 1927 and Rule 11 "as the Court

23  has not awarded fees to your client."  Mr. Smith further demanded that I personally appear

24  at his office in San Francisco so that our conference could be held in the presence of a

25  court reporter and transcribed.

26        14. I responded to Mr. Smith's email on December 11, 2013.  I directed his attention

27  to the portion of the Court's Order expressing holding that Layer42 is entitled to recover

28  attorney fees.  I declined to drive from Los Altos to San Francisco for a recorded meet and

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Declaration of Daniel L. Casas, Esq. ISO Motion for Attorney's Fees
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.

4

1   confer conference at Mr. Smith's office, but nonetheless invited Mr. Smith to share any

2   concerns he may have about our hourly rates or the estimated lodestar amount.

3       15. I received an email from Mr. Patten on Thursday, December 12, 2013. Mr.

4   Patten appeared not to be aware of my December 11 response to Mr. Smith. Mr. Patten

5   took the position that a motion for fees was premature, and therefore "designed to multiply

6   the proceedings in this matter," and reiterated the threat of sanctions under 28 U.S.C.

7   1927. Mr. Patten contended that an in-person meeting was required under Local Rule 30-1

8   (which pertains to the scheduling of depositions, and which appears to be silent as to in-

9   person meet and confer conferences). I forwarded Mr. Patten my earlier response to Mr.

10  Smith, and again invited comments as to the reasonableness of our hourly billable rates

11  and preliminary lodestar figure.

12      16. On Friday, December 13, 2013, I forwarded to Mr. Patten a copy of the redacted

13  invoices forming the basis of this Motion. As of this writing, I have seen no further

14  response from Mr. Patten.

15

16      I declare under penalty of perjury under the laws of the State of California that the

17  foregoing is true and correct and that this declaration was executed on December 16th,

18  2013 in Los Altos CA.

19                                      _____/s/_____

20                                      Daniel L. Casas

21

22

23

24

25

26

27

28

Declaration of Daniel L. Casas, Esq. ISO Motion for Attorney's Fees
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.

**EXHIBIT A**

# Casas Riley & Simonian, LLP

One First Street, Suite 2
Los Altos, CA 94022
650.948.7200   FAX 650.948.7220
email:  cgraviano@legalteam.com

Tax ID #94-2494577

Layer42 Networks, Inc.
1555 Plymouth Street
Mountain View, CA 94043

August 25, 2013

In Reference To: Choyce Litigation

LAYER/CHOYC/DLC

REDACTED

## PROFESSIONAL SERVICES

|  |  | Hours | Amount |
|---|---|---|---|
| 8/2/2013 | Attention to e-mail from client regarding Complaint; attention to Complaint; draft e-mail to client regarding indemnification and defense | 0.90 | 283.50 |
| 8/7/2013 | Attention to motion to dismiss lawsuit based on federal statutes; draft e-mail to client regarding service of process | 0.30 | 94.50 |
|  | Receive and review civil complaint for copyright infringement and defamation | 0.60 | 177.00 |
|  | Research online case docket and case prosecution history; review trial court's order to show cause regarding sanctioning plaintiff for failure to serve complaint | 0.20 | 59.00 |
|  | Online investigation of plaintiff Dionne Choyce, Choyce Law Firm, and allegedly defamatory online postings | 1.00 | 295.00 |

Layer42 Networks, Inc.                                                    LAYER/CHOYC/DLC

                                                                         Page  2

|  | | Hours | Amount |
|---|---|---|---|
| REDACTED | | | |
| | Legal research regarding affirmative defenses provided by 17 USC 512 (Online Copyright Liability Limitation Act) and 47 USC 230 (Communications Decency Act's immunity provision for providers of interactive computer services) | 2.00 | 590.00 |
| 8/8/2013 | Review online case docket to confirm whether plaintiff has filed a proof of service of summons and complaint | 0.10 | 29.50 |
| 8/12/2013 | Attention to lawsuit service status | 0.25 | 103.75 |
| 8/13/2013 | REDACTED | | |
| | Telephone conversations with counsel for SF Bay Area IMC regarding potential service of complaint | 0.20 | 59.00 |
| | Prepare email to client requesting information | 1.00 | 295.00 |

ATTORNEY-CLIENT PRIVILIGED
COMMUNICATION

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

Page  3

|  |  | Hours | Amount |
|---|---|---|---|
| 8/13/2013 | REDACTED |  |  |
|  | Review online case docket for proof of service of the complaint on any named defendants | 0.20 | 59.00 |
| 8/14/2013 | REDACTED |  |  |
| 8/15/2013 |  |  |  |
|  | Conference with Dan Casas regarding potential responses to Choyce complaint | 0.60 | 177.00 |
|  | Telephone conversation with plaintiff counsel regarding service of civil complaint and impressions of case; prepare follow-up email to counsel requesting copies of takedown notices and proof of service | 0.60 | 177.00 |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                          Page  4

|            |                                                                                    | Hours | Amount |
|------------|------------------------------------------------------------------------------------|-------|--------|
| 8/15/2013  | Further prepare email to client with questions regarding Choyce lawsuit            | 0.50  | 147.50 |
|            | Receive and review client email responses regarding Choyce lawsuit                 | 0.40  | 118.00 |

REDACTED

|            |                                                                                    | Hours | Amount |
|------------|------------------------------------------------------------------------------------|-------|--------|
| 8/16/2013  | Attend to litigation defenses, takedown notices, etc.                              | 1.25  | 518.75 |
|            | Attention to e-mail from Plaintiff's counsel regarding prior take down notices; attention to notice; attention to defenses | 0.70  | 220.50 |

REDACTED

Layer42 Networks, Inc.                                    LAYER/CH0YC/DLC

                                                         Page  5

|            |                                                              | Hours | Amount |
|------------|--------------------------------------------------------------|-------|--------|
| 8/16/2013  | Legal research to evaluate whether defamation defense under Communications Decency Act is undermined by multiple unanswered DMCA takedown notices | 0.40  | 118.00 |

8/19/2013   REDACTED

8/20/2013

8/22/2013

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                          Page  6

                                                          <u>Hours</u>    <u>Amount</u>

8/22/2013   REDACTED

            Begin to prepare 12(b)(6) motion to dismiss Complaint        0.90     265.50

8/23/2013   REDACTED

REDACTED

Layer42 Networks, Inc.                                          LAYER/CHOYC/DLC

Page  7

REDACTED

# Casas Riley & Simonian, LLP

One First Street, Suite 2
Los Altos, CA 94022
650.948.7200   FAX 650.948.7220
email:  cgraviano@legalteam.com

Tax ID #94-2494577

Layer42 Networks, Inc.
1555 Plymouth Street
Mountain View, CA 94043

September 25, 2013

In Reference To: Choyce Litigation

LAYER/CHOYC/DLC

REDACTED

## PROFESSIONAL SERVICES

|  |  | Hours | Amount |
|---|---|---|---|
| 8/27/2013 | REDACTED |  |  |
| 8/28/2013 |  |  |  |
| 8/29/2013 |  |  |  |
|  | Attention to strategy to dismiss client from lawsuit and recover fees from I/O | 1.00 | 415.00 |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

Page  2

|  | | Hours | Amount |
|---|---|---|---|
| 8/29/2013 | REDACTED | | |
| 8/30/2013 | | | |
| 9/3/2013 | | | |
| 9/4/2013 | | | |
| 9/5/2013 | | | |
| Prepare email to Choyce counsel regarding removal of articles and demanding dismissal of action | | 0.10 | 29.50 |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                          Page  3

|  |  | Hours | Amount |
|---|---|---|---|
| 9/5/2013 | REDACTED |  |  |
| 9/6/2013 |  |  |  |
| 9/9/2013 | Emails regarding: take down of offending content and dismissal demand of Choyce | 0.75 | 311.25 |
|  | Prepare email to opposing counsel regarding article takedown | 0.10 | 29.50 |
| 9/11/2013 | REDACTED |  |  |
|  | Receive and review plaintiff counsel's email responding to request for dismissal of claims | 0.20 | 59.00 |
| 9/12/2013 | REDACTED |  |  |

Layer42 Networks, Inc.                                          LAYER/CHOYC/DLC

                                                               Page   4

|  |  | Hours | Amount |
|---|---|---|---|
| 9/12/2013 | Prepare report to client regarding ATTORNEY-CLIENT PRIVILEGE | 1.40 | 413.00 |
|  | Review anti-SLAPP motion to strike filed in Streisand action to evaluate application to Choyce litigation | 0.40 | 118.00 |
|  | Attention to indybay's copyright search for registration of Choyce's image file identified in Complaint | 0.20 | 59.00 |
| 9/16/2013 | Legal research regarding application of California's anti-SLAPP statute in federal courts and to state-law defamation claims | 2.90 | 855.50 |
| 9/17/2013 | Attention to motion to dismiss; emails with client | 1.20 | 498.00 |
|  | Telephone conversation with Steve Rubin regarding declaration in support of motion to dismiss/special motion to strike | 0.30 | 88.50 |
|  | Review Northern District's local rules regarding timing requirements for hearing motion to dismiss/special motion to strike | 0.40 | 118.00 |
|  | Prepare memorandum of points and authorities in support of motion to dismiss/special motion to strike | 2.50 | 737.50 |
| 9/18/2013 | REDACTED | | |
|  | Prepare declaration of Dan Casas in support of motion to dismiss/special motion to strike (anti-SLAPP) | 1.50 | 442.50 |

Layer42 Networks, Inc.                                          LAYER/CHOYC/DLC

Page  5

|  |  | Hours | Amount |
|---|---|---|---|
| 9/18/2013 | Prepare declaration of Steve Rubin in support of motion to dismiss/special motion to strike | 1.00 | 295.00 |
|  | Further prepare memorandum of points and authorities in support of  motion to dismiss/special motion to strike (anti-SLAPP) | 5.50 | 1,622.50 |
| 9/19/2013 | Work on Motion to Dismiss Choyce's Federal lawsuit | 3.60 | 1,494.00 |
|  | Further prepare motion to dismiss/special motion to strike | 1.50 | 442.50 |
|  | Prepare email to Steve Rubin regarding draft declaration in support of motion to dismiss/special motion to strike | 0.20 | 59.00 |
|  | Prepare draft proposed order regarding motion to dismiss/special motion to strike | 0.30 | 88.50 |
| 9/20/2013 | Finalize motion to dismiss/special motion to strike; receive and review executed Steve Rubin declaration | 0.60 | 177.00 |
| 9/24/2013 | Receive and review fax from Choyce counsel requesting telephone conference to discuss motion to dismiss/special motion to strike | 0.20 | 59.00 |
| 9/25/2013 | Review requirements to notify California Judicial Council upon filing of special motion to strike | 0.20 | 59.00 |
|  | Legal research regarding restrictions on amending pleadings after special motion to strike is filed, as well as court's continued authority to rule on request for attorney fees and costs | 2.50 | 737.50 |
|  | Telephone conference with Choyce counsel regarding motion to dismiss/special motion to strike | 0.30 | 88.50 |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                          Page  6

                                                   Hours      Amount

9/25/2013  Prepare report to client regarding motion to          1.50      442.50
           dismiss/special motion to strike, conference with
           Choyce counsel, and possibility of settlement of
           Choyce's claims

REDACTED

REDACTED

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

Page  7


**Please reference the client matter on your check.  Payment is due within 30 days.**

# Casas Riley & Simonian, LLP

One First Street, Suite 2
Los Altos, CA 94022
650.948.7200   FAX 650.948.7220
email:  cgraviano@legalteam.com

Tax ID #94-2494577

Layer42 Networks, Inc.
1555 Plymouth Street
Mountain View, CA 94043

October 25, 2013

In Reference To: Choyce Litigation

LAYER/CHOYC/DLC

REDACTED

### PROFESSIONAL SERVICES

|  |  | Hours | Amount |
|---|---|---|---|
| 9/26/2013 | Telephone conversation with Steve Rubin regarding ATTORNEY-CLIENT PRIVILEGE | 0.60 | 177.00 |
| 9/30/2013 | REDACTED |  |  |
| 10/1/2013 |  |  |  |
| 10/3/2013 | Telephone conversation with opposing counsel regarding motion to dismiss/special motion to strike; prepare report to client regarding same | 0.30 | 88.50 |
| 10/4/2013 | Attention to status of motion to dismiss, negotiations with Choyce and client's decision to press on | 1.25 | 518.75 |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

Page  2

| | | Hours | Amount |
|---|---|---|---|
| 10/7/2013 | REDACTED | | |
| 10/8/2013 | Receive and review Opposition to Motion to Dismiss | 1.50 | 622.50 |
| | Work on Reply Brief in support of Motion to Dismiss | 0.50 | 207.50 |
| | Receive and review Choyce's motion to strike motion to dismiss; exchange emails with client regarding same | 0.40 | 118.00 |
| | Receive and review Choyce's opposition to motion to dismiss/special motion to strike | 1.00 | 295.00 |
| | Receive and review corrected declaration of Dionne Choyce | 0.20 | 59.00 |
| | Attention to status of Copyright Office during federal government shutdown in light of Choyce's opposition | 0.20 | 59.00 |
| | Prepare report to client evaluating Choyce's opposition to motion to strike/special motion to dismiss | 0.40 | 118.00 |
| | Research federal authorities regarding timing for hearing special motion to strike in federal district courts | 0.30 | 88.50 |
| 10/9/2013 | REDACTED | | |
| | Legal research regarding Northern District's dismissal of cases based on immunity under Section 230 of the Communications Decency Act | 1.00 | 295.00 |
| | Draft reply brief in support of motion to dismiss/special motion to strike | 2.50 | 737.50 |

Layer42 Networks, Inc.                                LAYER/CHOYC/DLC

                                                      Page  3

|            |                                                                                 | Hours | Amount |
|------------|---------------------------------------------------------------------------------|-------|--------|
| 10/10/2013 | Attention to law governing timeliness of special motion to strike in Federal Court | 0.75  | 311.25 |
|            | Work on draft Reply brief                                                       | 1.40  | 581.00 |
|            | Further prepare reply brief in support of  motion to dismiss/motion to strike   | 1.50  | 442.50 |
|            | Further legal research regarding motion to dismiss procedure                    | 0.50  | 147.50 |
| 10/15/2013 | Finalize for serving and filing Layer42's Reply Brief                           | 1.50  | 622.50 |
|            | Finalize reply brief for filing                                                 | 0.40  | 118.00 |
| 10/17/2013 | REDACTED                                                                        |       |        |
| 10/21/2013 | Work on and finalize Opposition to Choyce's motion to strike Layer42's special motion to strike (anti-slapp motion) | 1.50  | 622.50 |
|            | Prepare opposition to Choyce's motion to dismiss Layer42's special motion to strike | 1.30  | 383.50 |
| 10/23/2013 | REDACTED                                                                        |       |        |
| 10/25/2013 |                                                                                 |       |        |

Layer42 Networks, Inc.

LAYER/CHOYC/DLC

Page  4

REDACTED

Layer42 Networks, Inc.

LAYER/CH0YC/DLC

Page 5

REDACTED

# Casas Riley & Simonian, LLP

One First Street, Suite 2
Los Altos, CA 94022
650.948.7200   FAX 650.948.7220
email:  cgraviano@legalteam.com

Tax ID #94-2494577

Layer42 Networks, Inc.
1555 Plymouth Street
Mountain View, CA 94043

November 25, 2013

In Reference To: Choyce Litigation

LAYER/CHOYC/DLC

REDACTED

## PROFESSIONAL SERVICES

|  |  | Hours | Amount |
|---|---|---|---|
| 10/28/2013 | REDACTED |  |  |
| 10/29/2013 |  |  |  |
| 10/30/2013 | Attention to file to confirm whether Choyce filed reply in support of his motion to dismiss | 0.10 | 29.50 |
| 11/6/2013 | REDACTED |  |  |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                         Page  2

|            |                                                                                                                                                          | Hours | Amount |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/6/2013  | REDACTED                                                                                                                                                  |       |        |
| 11/7/2013  | Receive and review plaintiff counsel's declaration regarding copyright registration                                                                      | 0.10  | 29.50  |
| 11/11/2013 | Attention to opposition to motion to dismiss                                                                                                              | 0.60  | 249.00 |
| 11/14/2013 | Prepare for and attend and argue at hearings on Layer42's motion to dismiss/anti-slapp and Choyce's motion to dismiss [RESULT: COURT TAKES UNDER SUBMISSION]; emails with client regarding: results | 4.25  | 1,763.75 |
|            | Conference with Dan Casas regarding hearing on motion to strike                                                                                           | 0.40  | 118.00 |
| 11/25/2013 | REDACTED                                                                                                                                                  |       |        |
| 11/19/2013 |                                                                                                                                                          |       |        |

Layer42 Networks, Inc.                                           LAYER/CHOYC/DLC

                                                                Page  3

REDACTED

Please reference the client matter on your check.  Payment is due within 30 days.