IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>Plaintiff<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10,<br><br>Defendants. | Case No.: CV-13-01842<br><br>**[proposed] ORDER GRANTING MOTION FOR ATTORNEY'S FEES** |

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Order
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
1

1   The motion of Defendant LAYER42.NET, INC. for an award of attorney's fees
2   pursuant to California Code of Civil Procedure Section 425.16(c) came on for hearing in
3   Courtroom 9 of this Court on [DATE] at [TIME].  Daniel L. Casas, Esquire appeared on
4   behalf of Defendant and moving party Layer42.Net, Inc.  Dow Patten, Esquire appeared on
5   behalf of Plaintiff Dionne Choyce.

6   In its Order Denying Plaintiff's Motion to Strike; Granting in Part and Denying in Part
7   Defendant's Motion to Dismiss; and Granting Defendant's Motion to Specially Strike (ECF
8   No. 22), this Court previously held that Defendant Layer42.Net, Inc. is entitled to recover
9   attorney fees and costs incurred in successfully moving to strike Plaintiff's claims pursuant
10  to California's anti-SLAPP statute, California Code of Civil Procedure Section 425.16.  See
11  Order at 15:24-16:05.

12  Having read and considered the motion, the memoranda and declarations filed by
13  the parties, and having heard argument of counsel, the Court finds as follows:

14  The Court concludes that the rates at which services are billed by Layer42.Net, Inc's
15  counsel are reasonable.

16  The Court determines that the amount of $_____.__ is reasonable and
17  constitutes the amount which Plaintiff DIONNE CHOYCE shall pay to counsel for
18  Layer42.Net, Inc. by noon on _____, 2014.

19
20  IT IS SO ORDERED.
21
22  Dated: _____          _____
23                                      United States District Court Judge

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Order
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
2