1  Daniel L. Casas, Esq. (SBN 116528)
   *dcasas@legalteam.com*
2  Anthony F. Basile, Esq. (SBN 247409)
   *abasile@legalteam.com*
3  CASAS RILEY & SIMONIAN, LLP
   One First Street, Suite 2
4  Los Altos, CA 94022
   (650) 948-7200
5  (650) 948-7220 FAX

6  Attorneys for Defendant
   LAYER42.NET, INC.
7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO

11

| 12 | DIONNE CHOYCE, an individual, | Case No.: CV-13-01842 |
|---|---|---|
| 13 | Plaintiff | |
| 14 | v. | **PROOF OF SERVICE** |
| 15 | SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10, | **Date: January 23, 2014**<br>**Time: 2:00pm**<br>**Courtroom: 9 (19th Floor)** |
| 16-19 | | **Action Filed: April 23, 2013** |
| 20 | Defendants. | |

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Proof of Service
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following documents were served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this 16th day of December, 2013.  I declare under penalty of perjury that the foregoing is true and correct.

1. **NOTICE OF MOTION AND MOTION FOR RECOVERY OF ATTORNEY'S FEES FOLLOWING ORDER ON SPECIAL MOTION TO STRIKE**

2. **DECLARATION OF DANIEL L. CASAS, ESQ. IN SUPPORT OF LAYER42.NET, INC.'S MOTION FOR RECOVERY OF ATTORNEY'S FEES**

3. **[proposed] ORDER GRANTING MOTION FOR ATTORNEY'S FEES**

*Attorneys for Plaintiff, Dionne Choyce*

Dow W. Patten, Esq.
SMITH PATTEN
355 Sacramento St., Suite 1120
San Francisco, CA 94111
dow@smithpatten.com

*Attorneys for SF Bay Area Independent Media Center*

Leila Christine Knox
Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
leila.knox@bryancave.com

Dated: December 16, 2013

/s/ Nicole Svoboda

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Proof of Service
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
2