# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>Plaintiff<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10,<br><br>Defendants. | Case No.: CV-13-01842<br><br>**[proposed] ORDER GRANTING MOTION TO DISMISS/SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT** |

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Order
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
1

1    The motion of Defendant LAYER42.NET, INC. to dismiss Plaintiff DIONNE
2 CHOYCE's First Amended Complaint, and special motion to strike Choyce's state law
3 claims, came on for hearing in Courtroom 9 of this Court on [DATE] at [TIME].  Daniel L.
4 Casas, Esquire appeared on behalf of Defendant and moving party Layer42.net, Inc.  Dow
5 Patten, Esquire appeared on behalf of Plaintiff Dionne Choyce.
6    Having read and considered the motion, the memoranda and declarations filed by
7 the parties, and having heard argument of counsel, the Court finds as follows:
8    Layer42.net, Inc.'s motion to dismiss Dionne Choyce's cause of action for copyright
9 infringement is GRANTED WITHOUT LEAVE TO AMEND.
10    Layer42.net, Inc.'s motion to dismiss Dionne Choyce's cause of action for
11 defamation is GRANTED WITHOUT LEAVE TO AMEND.
12    Layer42.net, Inc.'s special motion to strike Dionne Choyce's causes of action for
13 defamation and libel is GRANTED WITHOUT LEAVE TO AMEND pursuant to California
14 Code of Civil Procedure Section 425.16.
15
16    Layer42.net, Inc.'s request for an award of attorney's fees and costs pursuant to
17 California Code of Civil Procedure Section 425.16(c) is GRANTED in an amount to be
18 determined upon motion and hearing.
19
20
21 IT IS SO ORDERED.
22
23 Dated: _____                    _____
24                                                United States District Court Judge

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Order
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
2