Daniel L. Casas, Esq. (SBN 116528)
Anthony F. Basile, Esq. (SBN 247409)
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX

Attorneys for Defendant
LAYER42.NET, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>Plaintiff<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10,<br><br>Defendants. | Case No.: CV-13-01842<br><br>**PROOF OF SERVICE**<br><br>**Date: February 13, 2014**<br>**Time: 2:00pm**<br>**Courtroom: 9 (19th Floor)**<br><br>**Action Filed: April 23, 2013** |

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Proof of Service
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
1

## PROOF OF SERVICE

The undersigned hereby certifies that a true copy of the following documents were served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this 6th day of January, 2014. I declare under penalty of perjury that the foregoing is true and correct.

1. **NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED/SPECIAL MOTION TO STRIKE (ANTI-SLAPP) PLAINTIFF'S FIRST AMENDED COMPLAINT**

2. **[proposed] ORDER GRANTING MOTION TO DISMISS/SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

| | |
|---|---|
| *Attorneys for Plaintiff, Dionne Choyce* | *Attorneys for SF Bay Area Independent Media Center* |
| Dow W. Patten, Esq.<br>SMITH PATTEN<br>355 Sacramento St., Suite 1120<br>San Francisco, CA 94111<br>dow@smithpatten.com | Leila Christine Knox<br>Bryan Cave LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>leila.knox@bryancave.com |

Dated: January 6, 2014

_/s/ Nicole Svoboda_

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Proof of Service
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
2