Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Katherine Harrison (CA State Bar No. 285561)
katherine.harrison@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:	(415) 675-3400
Facsimile:	(415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE,<br><br>           Plaintiff,<br><br>     v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>           Defendants. | Case No. CV-13-1842-JST<br><br>**DECLARATION OF DAVID MORSE IN SUPPORT OF DEFENDANT SF BAY AREA INDEPENDENT MEDIA CENTER'S SPECIAL MOTION TO STRIKE PLAINTIFF'S STATE LAW CAUSE OF ACTION PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE, CODE OF CIVIL PROCEDURE § 425.16** |

I, David Morse, declare as follows:

1.     I am a member of a collective known as SF Bay Area Independent Media Center ("Indybay").  I have personal knowledge of the facts set forth in this Declaration.

2.     Indybay is an unincorporated association, or collective, of volunteers who operate the www.indybay.org website, an "open-publishing" non-commercial news website supported through donations.  The www.indybay.org website resides on a server owned by Indybay, and is

1  housed in a server storage facility operated by co-defendant Layer42.net, Inc.  In order to rent the
2  server space at an affordable monthly rate, Indybay belongs to IO Cooperative, which took over
3  the contract that Cernio Technology Cooperative, also named as a co-defendant in this lawsuit,
4  had with Layer42 in order to lease the server storage space on behalf of the cooperative's
5  members.

6  3. The purpose of the www.indybay.org website is to give those connected to the San
7  Francisco Bay Area a platform through which to share local, national and international news and
8  stories.  As an open-source news website, most of the content on the Indybay website is
9  contributed by third-party users.  As stated in a disclaimer that appears on the bottom of every
10 page of the Indybay website, "Opinions are those of the contributors and are not necessarily
11 endorsed by the SF Bay Area IMC."

12 4. Any member of the public may post to www.indybay.org by filling out the "Publish
13 to Indybay" form, available on the website, and typing or pasting text into the appropriate box on
14 the form.  Other than the actual article text, the only required information that the author of a post
15 must submit is a title for the post, the author's name (although Indybay has no way to verify
16 whether the author is publishing under his or her legal name), and a short summary of the article.
17 An author may also choose, but is not required, to categorize the post according to "Topic" and
18 "Region."  Categories under the "Topic" dropdown box range from "Animal Liberation" to
19 "Afghanistan" to "Health, Housing, and Public Services," and categories under the "Region"
20 dropdown box range from "International" to "California" to "East Bay Area."

21 5. After filling in the required information on the "Publish to Indybay" page and
22 previewing the article, which shows the author how the post will appear on the Indybay website,
23 the author may then publish the article by clicking the appropriate button at the bottom of the
24 "Publish" web page.  Posts instantaneously appear on the www.indybay.org home page, typically
25 in the right-hand column under "Other/Breaking News," without any review or editing by any
26 member of the Indybay collective.  A true and correct copy of Indybay's "Publish to Indybay"
27 form, available at https://www.indybay.org/publish.php?page_id=12, is attached as Exhibit A.
28

6. Indybay does not solicit or encourage any particular type of content, or request that members of the public write or report on a particular topic. Rather, the user-generated content on Indybay's website is diverse. Posts cover topics ranging from homelessness and poverty to conservation and ecology to arts and entertainment. Indybay urges members of the public to "become the media" and "use their own skills and abilities of observation, writing, and creativity in posting" to www.indybay.org, as also explained on the website.

7. Once stories are published to the website, they may be reviewed and classified by Indybay's editorial collective, which currently numbers 13 members. Some posts are left in the "Other/Breaking News" section of the website, although most are reclassified as either "Local News" or "Global News." As a rule of thumb, posts specific to Northern California are reclassified as "Local News," while everything else is reclassified as "Global News."

8. Members of the collective may also edit posts, but only do so for purposes of correcting typographical, spelling and grammatical errors. In practice, very few stories receive any sort of editing. Indybay collective members may also delete posts that are abusive or otherwise violate Indybay's editorial policy and have occasionally done so upon learning there was a problem. But because the website is run entirely by volunteers, the collective lacks the resources to investigate disputes of fact.

9. The April 25, 2012 and May 24, 2012 posts referenced in Plaintiff's First Amended Complaint, which were posted under the titles "Attorney Dionne choice who embezzled from homeless may serve prison time" and "The Choyce Law Firm evicted from building," respectively, were not authored or posted to the website by any member of the Indybay collective.

10. In accordance with the Indybay publishing procedures, the April 25 and May 24 posts were automatically posted to the "Other/Breaking News" section of the Indybay website. However, because the posts concerned people and events from Northern California, they were reclassified to the "Local News" portion of the website. None of the members of the editorial collective made any changes, either in terms of substance, grammar or punctuation, to the April 25 and May 24 posts or their titles.

11. In or about March 2013 – approximately 10 and 11 months after the April 25 and May 24 items were posted to the www.indybay.org website, respectively – Indybay was told by Cernio Technology Cooperative that co-defendant Layer42 had received a Digital Millennium Copyright Act take-down demand from Plaintiff, demanding that a photo that was uploaded to the Indybay website along with each of the two posts be removed from the website. Indybay promptly removed the photo from both posts.

12. As far as Indybay is aware, Plaintiff did not attempt to serve Indybay with a summons and complaint until November 2013. Before Plaintiff attempted to serve Indybay, however, the April 25 and May 24 posts were removed from the website. Indybay removed the posts because of threats by Layer42 – which had been served – that it would disconnect Indybay's servers, thereby causing the entire website to go dark, unless Indybay removed the posts.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 9th day of January, 2014, at San Francisco, California.

*David Morse*

# EXHIBIT A

