Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Katherine Harrison (CA State Bar No. 285561)
katherine.harrison@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE,<br><br>                Plaintiff,<br><br>        v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>                Defendants. | Case No. CV-13-1842-JST<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SF BAY AREA INDEPENDENT MEDIA CENTER'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Hearing Date: February 13, 2014<br>Time:              2 p.m.<br>Judge:             Hon. Jon S. Tigar<br>Courtroom:    9 |

Pursuant to Federal Rule of Evidence 201, defendant SF Bay Area Independent Media Center ("Indybay") hereby requests the Court take judicial notice of the following matter in support of its motion to dismiss under Federal Rule of Civil Procedure 12(b)(6):

The disclaimer that appears on the home page of the Indybay website, available at https://www.indybay.org/, which reads:  "Opinions are those of the contributors and are not necessarily endorsed by the SF Bay Area IMC."  A true and correct copy of the home page, as

viewed and printed on January 8, 2014, is attached as Exhibit A. The disclaimer is located on page 9 of Exhibit A.

On a Rule 12(b)(6) motion to dismiss for failure to state a claim, the Court "'must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice.'" *In re LDK Solar Sec. Litig.*, 584 F. Supp. 2d 1230, 1240 (N.D. Cal. 2008) (quoting *Tellabs, Inc. v. Makor Issues & Rights, Ltd.,* 551 U.S. 308 (2007)). This Court may take judicial notice of a web page printed from Indybay's website because it is not "subject to reasonable dispute" in that it is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Indeed, the printout is from "Defendant's own website, which [is] judicially noticeable." *Datel Holdings Ltd. v. Microsoft Corp.*, 712 F. Supp. 2d 974, 985 (N.D. Cal. 2010) (citing *Blue Lake Rancheria v. United States,* 2010 U.S. Dist. LEXIS 1428, *7-8 n. 4 (N.D. Cal. 2010) (taking judicial notice of printout from tribe's website in part because it was reliable because it was maintained by the tribe)).

Dated: January 9, 2014                                Respectfully submitted,

**BRYAN CAVE LLP**

By:  _____/s/_____
         Leila Knox

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

# EXHIBIT A

# Indybay

About | Contact | Subscribe | Calendar | Publish | Print | Donate

**Topics**
- animal lib
- anti-war
- arts + action
- drug war
- education
- en español
- environment
- global justice
- government
- health/housing
- immigrant
- media
- labor
- lgbti / queer
- police state
- racial justice
- womyn

**More**
- make media
- get involved
- calendar
- gallery
- archives
- chat
- links

[ Search ]

**Donate**
Help support grassroots independent media.
$0.00 donated in past month

**IMC Network**

**Regional Pages**
North Coast, Central Valley, North Bay, East Bay, South Bay, SF • Peninsula, Santa Cruz IMC, California • US International: Americas • Haiti, Iraq • Palestine, Afghanistan

**Calendar Events**

Wednesday Jan 8
3PM Fracking & Extreme Extraction Rally at DOGGR...
7PM Contested Spaces: Anarchist Spaces in Dialogue and...
Thursday Jan 9
10:30AM Dan Siegel Candidacy for Mayor of Oakland Formal...
11AM Protest FCC Chair Wheeler
12PM Tenants to File Class Action Suit against Central...
Saturday Jan 11
12PM The African Revolution and the Weapon of Theory
2PM Public Forum to Organize Actions for March 15
Sunday Jan 12
2PM Multi-org Action Planning Meeting for 1/31 Intl...
Friday Jan 17
7PM Report from Haifa Conference on a Nuclear Free...
Saturday Jan 18
2PM Town Hall Meeting to Oppose the New SF Jail

More Events...

Indymedia.org | Indymedia.us · West Coast IMCs: Portland, Santa Cruz and L.A.

## "Bring Back Code Blue" Stickers Spotted in Downtown Santa Cruz

Phrase Printed on Stickers Brings Back Memories of 1980s SCPD Assaults on Street People — Wed Jan 1 2014 (Updated 01/03/14)



At the end of December, stickers printed with the statement "Bring Back Code Blue! Santa Cruz, CA" were spotted in downtown Santa Cruz. Many residents remember the phrase "code blue" as a reference to when officers within the Santa Cruz Police Department organized a pattern of violent assaults on homeless or "street" people in the 1980s.

 Read more on Indybay's Police State and Prisons or Santa Cruz Indymedia pages

## La Playa Carmel Holiday Rally Becomes Annual Tradition at Hotel

Workers Laid Off in 2011 Say They Will Continue to Fight Until They Win — Wed Jan 1 2014



Community members continue to protest La Playa Carmel owner Sam Grossman's refusal to rehire the workers who were laid off in 2011 when the hotel was closed for a remodel. La Playa Carmel re-opened in 2012 and only three of the former workers, who were all union members, were hired back. At the holiday rally held on December 20, a former worker named Sergio said, "I miss working here. I worked for 23 Christmases in this restaurant, and the last three I haven't worked."

Read more on Indybay's Labor & Workers or Santa Cruz Indymedia pages

## Christmas in Bethlehem

**Publish your news**
Add an event
- article   photo
- video   audio

**Local News**
Global | Breaking

Tenants to File Class Action Suit against Central Valley's Biggest Slumlord posted by Mike Rhodes
Wednesday Jan 8th 1:06 PM

City Bicycle Distribution Program to be Considered at City Council Jan 14th Steve Schnaar (1 comment)
Tuesday Jan 7th 2:33 PM

Frac ALERT for Coastal and Northern California Basin Aquifers Tomas DiFiore
Tuesday Jan 7th 2:22 PM

Time to Support the Bike Church Tool Collective Steve Pleich
Tuesday Jan 7th 1:03 PM

California legislators call for fracking moratorium Dan Bacher
Tuesday Jan 7th 11:07 AM

Fracking threatens imperiled Delta fish and Central Valley salmon Dan Bacher (3 comments)
Tuesday Jan 7th 8:37 AM

Andy Lopez Memorial Rebuilt Alex Darocy
Monday Jan 6th 11:57 PM

New Report: Logging Would Impede Rim Fire's Benefits for Wildlife, Water, Forest Center for Biological Diversity
Monday Jan 6th 5:25 PM

Activist/Attorney Bangs on the Barrister Barricade Ed Frey (with remarks by R. Norse) (3 comments)
Monday Jan 6th 3:43 AM

### Christian Palestinian Reflects on Life Under Israeli Occupation and Maintains Hope

Tue Dec 31 2013 (Updated 01/04/14)



*Mazin Qumsiyeh* writes: Christmas 2013 in Bethlehem is still a very special and meaningful time even under the brutal Israeli apartheid occupation. Nowhere is there an exhibit of "Occupation Art" shown in a "Peace Center" in front of a large Christmas tree in front of one of the holiest places in Christianity.... It is also a time to reflect on the real message of Jesus.... It is still a message of hope, peace, joy, justice, love, and harmony.... [Yet] on Christmas eve, Israeli forces also bombed Gaza killing at least two including a 3-year old girl and injuring others in her family.

🔊 **Read more** on Indybay's **International** or **Palestine** pages

### Anti-Gentrification Bus Blockades Spread to Both Sides of the Bay

Google Buses Blocked in Oakland, Apple Bus Blocked in SF to Protest Rising Costs of Living    Mon Dec 30 2013 (Updated 01/04/14)



San Francisco and Oakland residents are being evicted as a result of increasing housing costs caused in part by an influx of tech employees, many of whom are provided private buses by their employers to get to offices in the Silicon Valley. Activists first blocked a Google bus in the Mission District of San Francisco on December 9. On December 20, protesters blocked a Google bus at the MacArthur BART station and another at 7th and Adeline in West Oakland. In San Francisco, an Apple bus was blocked at 24th and Valencia Streets.

📷 📹 **Read more** on Indybay's **Health, Housing, and Public Services**, **Labor & Workers** or **Global Justice and Anti-Capitalism** pages

### Hundreds Served at Santa Cruz Food Not Bombs Holiday Meal

Food Not Bombs Co-Founder Helps Organize Santa Cruz Christmas Meal    Thu Dec 26 2013



On December 25, Christmas Day, Santa Cruz Food Not Bombs served a free vegan holiday meal to hundreds of community members outside of the downtown post office. Food Not Bombs co-founder Keith McHenry helped organize the meal, and he has reported that many of FNB groups across the country would be sharing vegan meals during the holidays this year in response to an increased need due to new cuts in food stamps and an extreme reduction of access to food during the holiday season.

📷 📹 **Read more** on Indybay's **Health, Housing, and Public Services** or **Santa Cruz Indymedia** pages

### Community Members Hope to Establish Warming Centers in Santa Cruz

Many People Caught Out in Sub-Freezing Weather Across Northern California    Thu Dec 12 2013 (Updated 12/28/13)



The recent sub-freezing weather has prompted community members in Santa Cruz to mobilize around the creation of "warming stations". Warming centers for the homeless could open during the overnight hours when temperatures drop drastically. An ad hoc group calling themselves Residents for a Coldest Nights Warming Center was formed, and

---

📷 **Stop Governor Brown's Plan to Frack California** Dan Bacher
Saturday Jan 4th 10:43 PM

📄 **One Night In San Francisco** Jean Moreau (1 comment)
Saturday Jan 4th 12:37 AM

🖨 **"Cops and Condos go Hand in Hand!" Video, Poster, and Photos from Jan 1st March** FireWorks (2 comments)
Friday Jan 3rd 11:55 AM

📹 **Andy Lopez Memorial Torched: Community will Rebuild** Justice for Andy Lopez Cruz!
Thursday Jan 2nd 11:49 PM

📷 **"We Are All Still Oscar Grant!" - Oakland Vigil Marks Five Years of Struggle** Jonathan Nack
Thursday Jan 2nd 6:16 PM

📄 **SF: Local's Corner restaurant smashed** BSC (2 comments)
Thursday Jan 2nd 10:54 AM

📄 **New Year's Eve Report** Becky Johnson & Robert Norse (4 comments)
Thursday Jan 2nd 5:19 AM

⏰ **Mothers in White - Madres en Blanco / Demand Answers & Action Now!**
Wednesday Jan 1st 9:03 PM

📷 **Stir it Up in Fresno** Mike Rhodes
Wednesday Jan 1st 8:22 PM

More Local News...

### Global News
Local | Breaking

📷 **The Myth of Turkish Secularism** David Boyajian
Tuesday Jan 7th 10:50 AM

📄 **Exonerate Edward Snowden Unconditionally!** Stephen Lendman
Monday Jan 6th 11:54 PM

📄 **Corporate Taxes in America** Stephen

they held a meeting to continue the discussion on December 22.

**Read more** on Indybay's **Health, Housing, and Public Services** or **Santa Cruz Indymedia** pages

### Eviction of Albany Bulb Begins

Albany Residents Lived and Created Art in Autonomous Wild Space for Decades     Thu Dec 19 2013



On December 9, which was one of the coldest days of the season, the eviction of the Albany Bulb began. Workers from the City of Albany's Department of Public Works used a backhoe to dismantle homes located at the autonomous wild space where people have lived and created art for decades. Bulb residents' belongings were thrown in dump trucks behind the lines of Albany police.

**Read more** on Indybay's **Health, Housing, and Public Services** page

### Hundreds Oppose Governor Brown's Massive Water Export Tunnels at State Capitol Rally

Environmental Groups, Indigenous Leaders Point Out "Fatal Flaws" of BDCP     Tue Dec 17 2013 (Updated 12/20/13)



Over 400 people organized by Californians for a Fair Water Policy, a statewide coalition opposing Gov. Brown's massive water export tunnels, attended a rally on December 13 at the State Capitol protesting the Bay Delta Conservation Plan as the 120 day comment period for the BDCP and environmental documents began. Tunnel opponents pointed out "fatal flaws" of the tunnels they said would be too costly, create no new water and do nothing to increase regional water self-reliance.

**Read more** on Indybay's **Environment & Forest Defense** or **Central Valley** pages

### Demonstrators Say "Low Pay is Not Okay" at Bay Area McDonald's

Nationwide Rallies Demand $15 an Hour Minimum Wage for Fast-Food Workers     Tue Dec 17 2013 (Updated 12/21/13)



Lively protests took over McDonald's restaurants in the Bay Area on December 5 as part of a nationwide series of actions organized by Fast Food Forward, a joint effort by community and labor groups. Young workers in Oakland celebrated and danced as much as they protested, and a raucous rally was held in San José. The rallies demanded a $15 an hour minimum wage for fast-food workers.

**Read more** on Indybay's **Labor & Workers** or **South Bay** pages

### Widened Panama Canal Threatens Environment and Public Health

North Atlantic Right Whale May Be Just One of the Casualties of Harbor Expansions     Tue Dec 17 2013 (Updated 12/19/13)

The Obama administration's push to modernize U.S. ports to accommodate huge new ships that can pass through the widened Panama Canal worries environmentalists who believe U.S. coastlines will be subjected to enormous damage and coastal residents will face increased health risks. For marine life already threatened by shipping traffic, like the majestic right whale, the odds are even tougher.

Sidebar:

Lendman
Monday Jan 6th 11:52 PM

📷 Amnesty USA statement on the eve of Albert Woodfox's Fifth Circuit Court oral arguments Amnesty USA, reprinted by Angola 3 Coalition (2 comments)
Monday Jan 6th 12:18 PM

🔊 "Mideast Migraines": "Goliath", chapters 14 & 15 Max Blumenthal
Sunday Jan 5th 3:49 PM

📷 Obama Backs Genocidal Government in South Sudan Steven Argue (3 comments)
Sunday Jan 5th 3:45 PM

📄 US Universities of Shame: Part II Stephen Lendman
Saturday Jan 4th 11:44 PM

📄 Kerry's Peace Plan: Worthless Stephen Lendman
Saturday Jan 4th 11:42 PM

📄 Atomic Fracking in New Mexico, Colorado Tomas DiFiore
Saturday Jan 4th 2:27 PM

📄 Palestinian Children in Cages Stephen Lendman
Friday Jan 3rd 11:43 PM

🔊 This Week in Palestine, January 3rd, 2014 IMEMC
Friday Jan 3rd 8:56 PM

📄 Are Lesbians Being Written Out of the LGBT Community? Joan Annsfire (1 comment)
Friday Jan 3rd 12:35 PM

📄 The False Model Elmar Altvater
Friday Jan 3rd 6:13 AM

📄 Lynne Stewart Arrives Home Stephen Lendman
Thursday Jan 2nd 11:49 PM

📄 Peace Process Hypocrisy Continues Stephen Lendman
Thursday Jan 2nd 11:48 PM

📄 The Shortwave Report 01/03/14 Listen



**Read more** on Indybay's **Environment & Forest Defense** or **International** pages

## Costs of OPD's Violence Against Protesters Mount: Settlement in the Kayvan Sabeghi Beating

Sabeghi Settlement Comes Just Months After $2 Million-Plus Paid for Other OPD Violence      Tue Dec 17 2013 (Updated 12/18/13)



The Oakland City Council has agreed to settle Kayvan Sabeghi's federal civil rights lawsuit for $645,000. Sabeghi's spleen was lacerated during an Occupy Oakland demonstration on November 2, 2011, when he was beaten by Oakland Police Officer Frank Uu Uu, now retired, who was part of a tight-knit group of SWAT/"Tango team" officers at the heart of OPD's violent misconduct toward Occupy Oakland demonstrators.

**Read more** on Indybay's **Police State and Prisons** or **Global Justice and Anti-Capitalism** pages

## Second Year of Black Friday Protests Against Walmart's Labor Practices

Walmart Protests in Northern California Include Arrests in Roseville & San Leandro      Tue Dec 17 2013



On November 29, Black Friday 2013, Walmart employees, family members, and allies protested at hundreds of Walmart stores across the U.S. to demand improved working conditions, including increased wages, full-time jobs, and an end to retaliatory practices against those who stand up for workers' rights. Among other Northern California outlets of the retail giant that were targeted, demonstrations were held in San Leandro, Roseville, and Fresno/Clovis. Fifteen people in Roseville and five people in San Leandro were arrested for civil disobedience.

**Read more** on Indybay's **Labor & Workers**, **Central Valley** or **California** pages

## Anthony Messer 1985-2013

Occupy Activist Sought to Educate Public to Governmental and Corporate Injustices      Mon Dec 16 2013 (Updated 12/17/13)



Friends and family from coast to coast are mourning the loss of 28-year-old Anthony Messer, who died in Santa Cruz on the evening of December 2. Anthony was well known across California as a veteran of the U.S. military, a political activist, a traveler, and a generally friendly person who exuded positivity. Funeral services were held for him on December 9 in Chipley, Florida.

**Read more** on Indybay's **Health, Housing, and Public Services**, **Global Justice and Anti-Capitalism** or **Santa Cruz Indymedia** pages

## Looking for Answers and Fighting Gentrification in Oakland

Evict This! The Landscape, History and the Battle Against Evictions in West Oakland      Mon Dec 9 2013 (Updated 12/15/13)

Gentrification is a growing issue in neighborhoods across the Bay Area.

---

### Sidebar

Globally! Dan Roberts
Thursday Jan 2nd 4:37 PM

📷 **National Lawyers Guild Applauds the Compassionate Release of Lynne Stewart** National Lawyers Guild
Thursday Jan 2nd 2:22 PM

📄 **ACLU Appeals Dismissal of Lawsuit Challenging NSA Call-Tracking Program** ACLU
Thursday Jan 2nd 2:07 PM

More Global News...

**Other/Breaking News**

Local | Global

📷 **28th Annual KPFA Grateful Dead 16 Hour Fundraising Marathon!** Tanya Pinkerton
Wednesday Jan 8th 1:49 PM

📄 **Criminal Unaccountability** Stephen Lendman
Wednesday Jan 8th 12:31 PM

📄 **A Great World can be achieved by Great States ensuring ethical human rights 'bottom-line'.** Anthony Ravlich
Wednesday Jan 8th 12:03 PM

📄 **Rogue State Accuses Victims of Incitement** Stephen Lendman
Tuesday Jan 7th 11:52 PM

📄 **A Century of War** Stephen Lendman
Tuesday Jan 7th 11:50 PM

📄 **Fukushima: Who Profits from a Cover-up?** Henry Shivley
Tuesday Jan 7th 6:48 PM

📷 **Seattle City Council Socialist Kshama Sawant's inauguration speech on January 6, 2014** reposted
Tuesday Jan 7th 11:24 AM

📄 **Free Internet Book: "Restoring Shared Prosperity," 211pp** Thomas Palley and Gustav Horn
Tuesday Jan 7th 3:55 AM



Many areas in San Francisco, Oakland, and other cities look completely different now than even ten years ago, and the process appears to be accelerating. The East Bay Solidarity Network has produced a 79-page pamphlet entitled *Evict This!* which breaks down the history of displacement in Oakland and the resources available to fight the ongoing gentrification.

Read more on Indybay's Health, Housing, and Public Services, Global Justice and Anti-Capitalism or Government & Elections pages

### Black Friday Mall Shoppers Informed of SodaStream's Connection to Occupied Palestine

Protesters at Capitola Mall Say: Boycott SodaStream, Stop Exploiting Palestinian Land!    Sat Nov 30 2013 (Updated 12/17/13)



On the shopping "holiday" known as Black Friday, protesters positioned themselves in various locations at the Capitola Mall to raise awareness about SodaStream, a company with a factory built on illegal Israeli settlements located on occupied Indigenous Palestinian lands. Santa Cruz community members wore black and held large banners that read "Boycott SodaStream."

Read more on Indybay's Labor & Workers, Palestine or Santa Cruz Indymedia pages

### "Thanksgiving" on the Rock

Over 3500 People Attend Indigenous Peoples Annual Sunrise Gathering    Sun Dec 8 2013 (Updated 12/11/13)



Thousands gathered in the pre-dawn hours for the Indigenous Peoples Annual Sunrise Gathering at Alcatraz Island sponsored by the International Indian Treaty Council (IITC) on November 28. This was the 44th year that the event was held to commemorate the American Indian occupation of Alcatraz from 1969 to 1971. "As we gather today to celebrate, we do not celebrate the re-write of history that has become Thanksgiving," said Andrea Carmen, Executive Director of the IITC. "We celebrate our survival as indigenous people."

Read more on Indybay's Racial Justice, Government & Elections or Americas pages

### Response to Santa Cruz Public Safety Task Force Recommendations

Problematic "Public Safety" Recommendations to be Presented to City Council    Sat Nov 30 2013 (Updated 12/11/13)



*Steve Schnaar* writes: "The Santa Cruz Public Safety Task Force has completed their work and is presenting their recommendations to City Council on Tuesday, December 3rd at 7pm. The recommendations include some positive, proven ideas like funding drug treatment and after-school youth programs. However the report also recommends ideas which are not evidence-based, such as misdemeanor charges for multiple infractions, restricting the needle exchange program, and increasing the size of the police force based on sloppy statistics."

Read more on Indybay's Government & Elections or Santa Cruz Indymedia pages

### Independent Truckers Continue to Make Their Voices Heard

Third Trucker Action at Port of Oakland Blocks Gates, Demands Costs Be Fairly Distributed  Sun Dec 1 2013 (Updated 12/02/13)



Independent truckers staged a job action that slowed work at the Port of Oakland on November 27. It was the truckers' third job action since August. The Port of Oakland Truckers Association (POTA) said the strike was "in protest of unsafe working conditions and unfair labor practices by terminal owners and Port of Oakland management." About a hundred independent truckers were joined by at least that many community and labor supporters at the entrances to the SSA terminal. Five people were arrested and at least two were injured by cars crossing the picket lines.

📷 🎥 **Read more** on Indybay's **Police State and Prisons** or **Labor & Workers** pages

### UC Santa Cruz Shut Down During Statewide Unfair Labor Practices Strike

Workers at All University of California Campuses and Medical Centers Participate in Strike  Mon Nov 25 2013 (Updated 12/16/13)



Students and workers at UC Santa Cruz blocked both entrances and shut the campus down in support of a University of California-wide unfair labor practices strike on November 20, called for by AFSCME 3299. The strike was called in response to a, "coordinated campaign of illegal intimidation, coercion, and threats," against UC Patient Care and Service Workers who participated in a walk out in May over unsafe staffing levels at UC supported hospitals.

📷 🎥 📄 **Read more** on Indybay's **Labor & Workers**, **Education & Student Activism** or **Santa Cruz Indymedia** pages

### Mission District Braces for Another Wave of Evictions and Development

Interview with Carmen of Eviction Free San Francisco  Fri Nov 22 2013 (Updated 11/26/13)



Since Cinco de Mayo, when local anarchists and housing advocates organized a block party in the Mission to call attention to the ongoing onslaught of Ellis Act evictions, a new ground swell of support has risen for direct action against displacement and gentrification in San Francisco. In June, a two week occupation began of the Hayes Valley Farm to block the construction of condos and in solidarity with the Turkish Uprising around Gezi Park. As the summer wore on, a new organization was formed, Eviction Free SF, which vowed to take on landlords that were evicting tenants to pave the way for converting homes into condos.

📷 🎥 **Read more** on Indybay's **Health, Housing, and Public Services** page

### Oakland's Vendor Pool to Complete the DAC Is Filled with Nuclear Weapons Contractors

Council Votes to Continue with Surveillance System Despite Opposition & Contractor Issues  Fri Nov 22 2013 (Updated 11/23/13)

In March of 2013, the city of Oakland signed a contract with Science Applications International Corporation (SAIC) for design and construction of the first of two phases of a city-wide surveillance system called the Domain Awareness Center, or DAC. Recently, however, the Oakland city



council learned that its prime contractor for the project is involved in the U.S. nuclear weapons program, a fact that violates Measure T, a city voter proposition that makes Oakland a nuclear free zone. Despite a second round of public comment against the DAC at the November 19 Oakland City Council meeting, as well as the ongoing controversy with finding non-nuclear contractors, council members voted yet again to continue with the city-wide surveillance project.

**Read more** on Indybay's **Police State and Prisons** page

### Vallejo High School to Remove Racist Mascot

Sacred Sites Protection & Rights of Indigenous Tribes Agitates for Mascot Change     Thu Nov 21 2013 (Updated 11/22/13)



Sacred Sites Protection & Rights of Indigenous Tribes (SSP&RIT) advised the Vallejo City Unified School District Board of Education on November 20 to remove its mascot as it is offensive to Native Americans. SSP&RIT stated, "Native mascots perpetuate the myth that Native America is purely historical and devoid of any contemporary relevance". After hearing SSP&RIT's appeal, the school board voted unanimously to abandon the high school's racist Apache mascot.

**Read more** on Indybay's **Racial Justice** page

### Dia de los Muertos and Speaking out Against Violence at the Peace and Unity March

For First Time in Years, Peace and Unity March Makes Way Through Pajaro     Tue Nov 12 2013 (Updated 11/27/13)



On November 2, Dia de los Muertos, or Day of the Dead, more than 150 people participated in the annual Peace and Unity March in Watsonville to commemorate the lives of community members who have been killed since 1994. That year, Watsonville youth organized the first Peace and Unity March to address ongoing violence in the community.

**Read more** on Indybay's **Health, Housing, and Public Services** page

### Frankenstein & Witches Say "SodaStream Is Scaaaaaaary!"

Queers Undermining Israeli Terrorism Push Cliff's Variety Store to Boycott SodaStream     Fri Nov 1 2013 (Updated 11/07/13)



SodaStream, manufactured in an illegal Israeli settlement in the West Bank, is a popular home seltzer maker. The company markets its product as a green, clean alternative to buying soda in plastic bottles. But Queers Undermining Israeli Terrorism (QUIT!) and others counter that stealing Palestinian land is not green or clean. As costume shoppers flocked to Cliff's Variety in the Castro on the Saturday before Halloween, Frankenstein and a gaggle of witches were on hand to educate customers about the impact of settlement industries on Palestinian life and alternatives to SodaStream.

**Read more** on Indybay's **Palestine** page

### Community Demands "Jailhouse for Gelhaus"

Santa Rosa Community Stands Up to Demand Justice for Killing of Andy Lopez     Sun Nov 3 2013 (Updated 11/25/13)

Thirteen-year-old Andy Lopez was killed by sheriff's deputy Erick Gelhaus



on October 22. Deputies claimed they only learned afterward that Andy Lopez was holding a toy gun. On October 28, friends and family of Andy Lopez held a Rosario where he was killed. On October 29, hundreds of community members marched to the Sonoma County sheriff's department, and on October 30 hundreds marched again. On November 5, a "Jailhouse for Gelhaus" march made itself heard at the District Attorney's office: "We demand Erick Gelhaus be immediately fired, arrested, and Indicted for the Murder of Andy Lopez."

📷 📹 📄 Read more on Indybay's Police State and Prisons, Racial Justice, En Español or North Bay / Marin pages

## Student Academic Workers Bring Many Voices When Bargaining with UC Managers

Marching and Singing Aid Negotiations at University of California Bargaining Session    Mon Nov 11 2013 (Updated 11/27/13)



University of California student academic workers from around the state who serve as union negotiators gathered at UC Santa Cruz to meet with UC managers during the second day of the northern California bargaining session. To bring more voices to the process, a march to the bargaining location in the Humanities building was held and the group attempted to coax managers out of hiding with a sing along.

📷 📹 🔊 📄 Read more on Indybay's Labor & Workers or Education & Student Activism pages

## Truckers Shut Down Port of Oakland

Port Of Oakland Truckers Shut Down Multiple Terminals, Deputies Ordered to Break Pickets    Tue Oct 22 2013



Oakland Port Truckers have formed the Port of Oakland Truckers Association (POTA) to organize for better conditions and compensation. On October 21, hundreds of independent truckers and over a hundred supporters turned out at 5am at the Port of Oakland in protest of escalating costs for truckers and deteriorating work conditions at the Port. The two largest terminals were shut down, and multiple smaller terminals were disrupted or shut down. Alameda County Sheriff's Deputies attacked picket lines, injuring at least two, and forced many picketers onto the sidewalk. Longshoremen refused to cross the picket line and went home for the day, despite losing pay after an unfavorable ruling from labor arbitrators. Port Truckers returned to the Port at 5:30pm to shut down the evening shift, and they continue to ask the public for support.

📷 📄 Read more on Indybay's Labor & Workers page

## Families and Supporters Demand "Fuck That! No More Killing!"

2013 National Day of Protest to Stop Police Brutality & Criminalization of a Generation    Sat Oct 19 2013 (Updated 10/20/13)



On the morning of **October 22nd**, supporters and members of some 50 families of those executed by California police will converge on Sacramento as part of the National Day of Protest to Stop Police Brutality, Repression, and the Criminalization of a Generation. They will demand proper investigations into their loved ones' deaths — not whitewashes by police and District Attorneys refusing to thoroughly investigate. After the rally In Sacramento, there will be two more rallies in Oakland along with events held in Fresno, Hayward, Redding, Los Angeles, San Diego, and

other cities in California and across the United States.

**Read more** on Indybay's **Police State and Prisons**, **Racial Justice**, **Central Valley**, **North Coast** or **California** pages

                                                                 **older stories >>**

| **Latest headlines from all sections of the site:**  |
|---|
| 01/07/14 New Year's Day March Resists Developer-Friendly "Take Back the Plaza" Campaign in SF    **police** \| **poverty** |
| 01/07/14 Banks and Realtors Seek to Block Implementation of Eminent Domain for Underwater Mortgages    **poverty** \| **government** |
| 01/01/14 Phrase Printed on Stickers Brings Back Memories of 1980s SCPD Assaults on Street People    **police** \| **santacruz** |
| 01/01/14 Workers Laid Off in 2011 Say They Will Continue to Fight Until They Win    **labor** \| **santacruz** |
| 12/31/13 Christian Palestinian Reflects on Life Under Israeli Occupation and Maintains Hope    **international** \| **palestine** |
| 12/30/13 Google Buses Blocked in Oakland, Apple Bus Blocked in SF to Protest Rising Costs of Living    **poverty** \| **labor** \| **globalization** |
| 12/26/13 Food Not Bombs Co-Founder Helps Organize Santa Cruz Christmas Meal    **poverty** \| **santacruz** |
| 12/19/13 Albany Residents Lived and Created Art in Autonomous Wild Space for Decades    **poverty** |
| 12/17/13 Environmental Groups, Indigenous Leaders Point Out "Fatal Flaws" of BDCP    **environment** \| **centralvalley** |
| 12/17/13 North Atlantic Right Whale May Be Just One of the Casualties of Harbor Expansions    **environment** \| **international** |
| 12/17/13 Nationwide Rallies Demand $15 an Hour Minimum Wage for Fast-Food Workers    **labor** \| **southbay** |

© 2000–2014 San Francisco Bay Area Independent Media Center. Unless otherwise stated by the author, all content is free for non-commercial reuse, reprint, and rebroadcast, on the net and elsewhere. Opinions are those of the contributors and are not necessarily endorsed by the SF Bay Area IMC. Disclaimer | Privacy | Contact