Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Katherine Harrison (CA State Bar No. 285561)
katherine.harrison@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. CV-13-1842-JST<br><br>**[PROPOSED] ORDER GRANTING SF BAY AREA INDEPENDENT MEDIA CENTER'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND MOTION TO STRIKE PLAINTIFF'S SECOND CLAIM FOR DEFAMATION**<br><br>Hearing Date: February 13, 2014<br>Time:　　　　2 p.m.<br>Judge:　　　　Hon. Jon S. Tigar<br>Courtroom:　　9 |

　　　The motion of Defendant SF Bay Area Independent Media Center ("Indybay") to dismiss the First Amended Complaint of Plaintiff Dionne Choyce and to strike Plaintiff's second claim for defamation came on for hearing on February 13, 2014.  Having considered the written submissions, evidence, and oral arguments presented by the parties, and good cause appearing,

　　　IT IS HEREBY ORDERED that Indybay's motion to dismiss Plaintiff's First Amended Complaint is hereby GRANTED without leave to amend.  Plaintiff's First Amended Complaint as against Indybay is dismissed with prejudice.

IT IS FURTHER ORDERED that Indybay's special motion to strike Plaintiff's second cause of action against it pursuant to California Code of Civil Procedure § 425.16 is GRANTED. Plaintiff's second cause of action, for defamation, is stricken as against Indybay on the ground that the claim arises from Indybay's acts in furtherance of free speech on a public issue or matter of public interest, and Plaintiff has not shown a probability of prevailing on those claims. Cal. Code of Civil Procedure § 425.16.

IT IS FURTHER ORDERED that Defendant Indybay shall be entitled to recover reasonable attorney's fees and costs from Plaintiff pursuant to California Code of Civil Porcedure § 425.16(c), the amount of which shall be determined upon the filing by Indybay of a noticed motion for fees and costs.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: _____

The Honorable Jon S. Tigar
United States District Judge