Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Katherine Harrison (CA State Bar No. 285561)
katherine.harrison@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE, | Case No. CV-13-1842-JST |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | CMC Date:   February 5, 2014 |
| SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10, | Time:            2 p.m.<br>Judge:           Hon. Jon S. Tigar<br>Courtroom:   9 |
| Defendants. | |

## **STIPULATION**

This Stipulation to continue the Case Management Conference is entered into between Plaintiff Dionne Choyce ("Plaintiff") and Defendants SF Bay Area Independent Media Center and Layer42.net, Inc. (collectively, "Defendants"), and is supported by the Declaration of Leila Knox ("Knox Decl.") filed herewith.

1    WHEREAS, a Case Management Conference is currently scheduled for February 5, 2014;

2    WHEREAS, defendant Layer42 filed a Motion to Dismiss and Motion to Strike with the
3 Court on January 6, 2014;

4    WHEREAS defendant SF Bay Area Independent Media Center filed a Motion to Dismiss
5 and Motion to Strike with the Court on January 9, 2014;

6    WHEREAS, the hearings on both Defendants' motions are set for February 13, 2014;

7    WHEREAS, in light of the pendency of Defendants' motions, and for the sake of judicial
8 efficiency;

9    NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel of
10 record, hereby agree and request that the Court vacate the Case Management Conference currently
11 scheduled for February 5, 2014, and continue said conference to three weeks after the Court's
12 ruling on Defendants' motions to dismiss and to strike. Furthermore, the parties agree and request
13 that the Joint Case Management Statement shall be due no later than 10 court days prior to the
14 continued Case Management Conference.

Dated: January 22, 2014          **SMITH PATTEN**
                                 Dow Patten

                                 By:     /s/
                                       Dow Patten

                                 Attorneys for Plaintiff
                                 DIONNE CHOYCE

Dated: January 22, 2014          **CASAS RILEY & SIMONIAN, LLP**
                                 Daniel Casas

                                 By:     /s/
                                       Daniel Casas

                                 Attorneys for Defendant
                                 LAYER42.NET, INC.

///

///

///

///

///

SF01DOCS\177399.2                          2

JOINT STIPULATION TO CONTINUE CMC                    CASE NO. CV-13-1842-JST

Dated: January 22, 2014          **BRYAN CAVE LLP**
                                 Leila Knox

                                 By:    /s/
                                      Leila Knox

                                 Attorneys for Defendant
                                 SF BAY AREA INDEPENDENT MEDIA CENTER

### ATTESTATION REGARDING AUTHORIZATION

The undersigned filing party attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 22, 2014          **BRYAN CAVE LLP**
                                 Leila Knox

                                 By:    /s/
                                      Leila Knox

                                 Attorneys for Defendant
                                 SF BAY AREA INDEPENDENT MEDIA CENTER