Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Katherine Harrison (CA State Bar No. 285561)
katherine.harrison@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE,<br><br>                     Plaintiff,<br><br>          v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>                     Defendants. | Case No. CV-13-1842-JST<br><br>**DECLARATION OF LEILA KNOX IN SUPPORT OF JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:   February 5, 2014<br>Time:             2 p.m.<br>Judge:           Hon. Jon S. Tigar<br>Courtroom:   9 |

I, Leila Knox, declares as follows:

1. I am an attorney duly licensed to practice law in the State of California, and I am an associate with the law firm of Bryan Cave LLP, attorneys for Defendant SF Bay Area Independent Media Center ("Indybay"). I make this declaration of my own personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

SF01DOCS\180127.2

KNOX DECL. ISO CONTINUANCE OF CMC                                                                            CASE NO. CV-13-1842-JST

2. On December 1, 2013, the Court continued the initial Case Management Conference to February 5, 2014, with a Joint Case Management Statement due 10 court days prior to the Conference.

3. On December 2, 2013, Indybay filed a motion with the Court explaining its position on service, and requesting that the Court set the date by which Indybay would respond to Plaintiff's Complaint (Dkt. No. 23). The Court granted Indybay's motion on December 4, 2013, extending Indybay's time to respond to the Complaint to January 6, 2014.

3. Also on December 2, 2013, the Court granted co-defendant Layer42.net, Inc.'s Motion to Strike and Motion to Dismiss, giving Plaintiff leave to amend his complaint.

4. On December 23, 2013, Plaintiff filed his amended complaint.

5. Defendants Layer42.net, Inc. and Indybay (collectively, "Defendants") separately filed motions to dismiss and to strike on January 6 and January 9, 2014, respectively, in response to Plaintiff's amended complaint.

6. Defendants both noticed the hearing on their motions to dismiss and to strike for February 13, 2014.

7. On January 21, 2014, I contacted counsel for Plaintiff, requesting that he stipulate to this extension of time. I also contacted counsel for co-defendant Layer42,net, Inc., who agreed to stipulate to this continuance. On January 22, I again contacted counsel for Plaintiff to request that he stipulate to this extension. Plaintiff's counsel agreed to this stipulation.

8. Counsel agree that given the pendency of the motions to dismiss and to strike, and for the sake of judicial efficiency, a continuance of the case management conference makes sense.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 22nd day of January, 2014.

/s/<br>Leila Knox