Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Katherine Harrison (CA State Bar No. 285561)
katherine.harrison@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE,<br><br>          Plaintiff,<br><br>     v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>          Defendants. | Case No. CV-13-1842-JST<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER**

By stipulation of the Parties, the Case Management Conference currently scheduled for February 5, 2014, at 2 p.m., is continued to three weeks after the Court rules on Defendants' motions to dismiss and to strike. The Parties shall file a Joint Case Management Statement no later than 10 court days before the continued Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this ____ day of January, 2014.

_____
THE HONORABLE JON S. TIGAR
United States District Judge