SMITH PATTEN
SPENCER SMITH, ESQ. (SBN:236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for
DIONNE CHOYCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE CHOYCE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation. CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>Defendants. | CASE NO. 3:13-cv-01842-JST<br><br>**DECLARATION OF DOW W. PATTEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT SF BAY AREA INDEPENDENT MEDIA CENTER MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) AND TO SPECIALLY STRIKE PLAINTIFF'S STATE LAW CAUSES OF ACTION PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE 425.16 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAME**<br><br>Date: February 13, 2014<br>Time: 2:00 p.m.<br>Location: Courtroom 9, 19th Floor, 350 Golden Gate Ave., San Francisco, CA |

I, Dow W. Patten, declare and state as follows:

1. I am counsel Plaintiff in the above-captioned action, and have personal knowledge of the facts set forth herein; if called as a witness I would testify competently thereto.

2. On October 31, 2013, third party process server, One Legal LLC, hand served the Complaint, and all documents related thereto, in this matter on Defendant Indybay at

1

2460 16th Street, 216, San Francisco, CA 94103. Thereafter, on or around November 4, 2013, these documents were served by One Legal LLC via U.S. Mail. Attached hereto as Exhibit "A" is a true and correct copy of these proof of service.

3. On December 2, 2013, Plaintiff's counsel transmitted further correspondence to Defendant Indybay's counsel again regarding the alleged defective service and attempting to meet and confer with Defendant Indybay's counsel regarding Indybay's defenses as Plaintiff did not wish to pursue any claims against any party who is not responsible for Plaintiff's damages. Plaintiff's counsel requested Defendant Indybay provide Plaintiff with any information it had regarding the collective, the authors of the defamatory articles or who reviewed Plaintiff's request to have the defamatory information removed. Plaintiff's counsel stated that after it received any such information Plaintiff would be happy to meet and confer concerning narrowing of the issues and the identification of Doe Defendants in this matter. Attached hereto as Exhibit "B" is a true and correct copy of this December 2, 2013 correspondence.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of January, 2014 at San Francisco, California

                                                _/s/ Dow W. Patten_
                                                     declarant

Exhibit "A"

```
 1 | Dow W. Patten, Bar No: 135931      (415) 402-0084
    | SMITH PATTEN
 2 | 353 Sacramento St., Suite 1120
    | San Francisco, CA 94111
 3 |
 4 | Representing: Plaintiff            File No.Deon Choyce
```

United States District Court, Northern District of California

Northern District of California - District - San Francisco

| | |
|---|---|
| CHOYCE | Case No: 3:13-cv-01842-JST |
| Plaintiff/Petitioner<br>vs.<br>SF Bay Area Independent Media Center, et al.<br>Defendant/Respondent | Proof of Service of:<br>See Attached List **By Fax**<br><br>Service on:<br>SF Bay Area Independent Media Center, a.k.a. IMC, SF Bay Area, a.k.a. SF Bay Area IMC; an unincorporated association<br><br>Hearing Date:<br>Hearing Time:<br>Div/Dept: |

PROOF OF SERVICE

OL# 7328424

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Dow W. Patten, 135931<br>SMITH PATTEN<br>353 Sacramento St., Suite 1120<br>San Francisco, CA 94111<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.:<br>(415) 402-0084<br><br>Ref. No. or File No.<br>Deon Choyce | | FOR COURT USE ONLY |
|---|---|---|---|
| Insert name of court, judicial district or branch court, if any:<br>United States District Court, Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | | | |
| PLAINTIFF:<br>CHOYCE | | | |
| DEFENDANT:<br>SF Bay Area Independent Media Center, et al. | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:13-cv-01842-JST |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

See Attached List

**By Fax**

2. Party Served: SF Bay Area Independent Media Center, a.k.a. IMC, SF Bay Area, a.k.a. SF Bay Area IMC; an unincorporated association

3. Person Served: Ben Terrall - Person authorized to accept service of process

   a. Left with: Ben Terrall- Person in Charge of Office

4. Date & Time of Delivery: 10/31/2013   3:20 PM

5. Address, City and State: 2940 16th Street 216
   San Francisco, CA 94103

6. Manner of Service: By leaving the copies with or in the presence of Ben Terrall, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $130.65

Registered California process server.
County: SAN FRANCISCO
Registration No.: 2012-0001180

Nate Freed One Legal - 194-Marin 504 Redwood Blvd #223 Novato, CA 94947 415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/5/2013 at Los Angeles, California.

Signature: _____
Nate Freed
OL# 7328424

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Dow W. Patten, 135931<br>SMITH PATTEN<br>353 Sacramento St., Suite 1120 | (415) 402-0084 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Deon Choyce | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court, Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | | |

| PLAINTIFF: |
|---|
| CHOYCE |
| DEFENDANT: |
| SF Bay Area Independent Media Center, et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:13-cv-01842-JST |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 11/4/2013, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

See Attached List   By Fax

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

SF Bay Area Independent Media Center, a.k.a. IMC, SF Bay Area, a.k.a. SF Bay Area IMC; an unincorporated association
Ben Terrall
2940 16th Street, 216

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $130.65

Sarah Jung
Nate Freed
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/5/2013 at Los Angeles, California.

Sarah Jung

OL# 7328424

Attached List

Summons,

Complaint,

Standing Order for All Civil Cases Before District Judge Jon S. Tigar,

Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement,

ECF Registration Information Handout,

Notice-Welcome to the U.S. District Court,

Notice of Availability of Magistrate Judge to Exercise Jurisdiction,

Notice of Lawsuit and Request for Waiver of Service of Summons,

Waiver of Service of Summons,

Exhibit "B"



# SMITH
# PATTEN

353 Sacramento St. Suite 1120
San Francisco, CA 94111
v 415-402-0084
f 415-520-0104

*VIA FACSIMILE NO. 415-430-4349; 415-268-1999*

December 2, 2013

Leila C. Knox
Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, California 94105

Dear Ms. Knox:

This is in response to your email of today, December 2, 2013, which is attached below. Your email does not supply any of the information requested in my letter of November 27, 2013 and my letter of earlier today; i.e., where does your client maintain its office, and who is the "officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process" who "indybay" prefers to accept service. I do not understand why you continue to refuse to provide this basic information.

You claim to seek our assent to an extension of time to respond to the complaint; however, as your previous communications have made clear, you also claim that your client has not been served. We do not understand why you are taking this position, other than to delay and increase the costs of litigation.

We of course, are always happy to meet and confer concerning your client's defenses to this matter, including its publishing of defamatory information, its contracts, etc. We do not wish to pursue any claims against any party who is not responsible for our client's damage; however, nothing in your letter indicates that your client has a defense in this matter, as the unidentified authors appears to be a part of the "collective" that your client has asserted that it is. If you have information that would suggest that your client is not a "collective" and that the authors of the defamatory articles are not part of the "collective", and who reviewed our client's requests to have the defamatory information removed, please provide it to us and we will review it.

When we receive the foregoing information, we will be happy to meet and confer with you

concerning the narrowing of issues and the identification of Doe Defendants in this matter. We look forward to your prompt response.

Very truly yours,

Dow W. Patten

enclosure

RE: Choyce v. SF Bay Area Independent Media Center
1 message
Knox, Leila <Leila.Knox@bryancave.com>         Mon, Dec 2, 2013 at 1:14 PM
To: "dow.patten@gmail.com" <dow.patten@gmail.com>, "info@smithlawsf.com" <info@smithlawsf.com>
Cc: "Myers, Roger" <Roger.Myers@bryancave.com>

Dear Mr. Patten,

I am in receipt of your letter from earlier today regarding your attempted service of the complaint on our client, SF Bay Area Independent Media Center. A copy of your letter is attached to this email. As you have not indicated that you will agree to either of our proposals for moving from a dispute over the validity of service to addressing the merits of the complaint, we have no choice but to file a motion with the court today for an extension of time to respond to the complaint. Please let me know if you intend to oppose this motion.

I note that the court issued its order today granting Layer42's motion to dismiss and motion to strike the complaint. As you know, that means your client will be required to pay Layer42's attorneys' fees and costs related to its motion to strike, since an award of fees and costs to a prevailing defendant is mandatory under the anti-SLAPP statute. If Indybay is compelled to file its own motion to strike, your client will also be required to pay Indybay's attorneys' fees and costs. The anti-SLAPP statute will apply to your claim against Indybay for the same reasons it applied to your claim against Layer42, and your client will not be able to show a probability of success on the merits for the same reason it could not show a probability of success against Layer42 given that Indybay, like Layer42, is immune from liability under Section 230 of the Communications Decency Act. That is because, as is evident from Indybay's website, Indybay is an internet service provider that provides a forum for third parties – such as the third parties who authored and uploaded the stories at issue here – to post news stories. You can read more about Indybay's "open publishing" news model, which "allows anyone to instantaneously self-publish their work on http://bayarea.indymedia.org," here: https://www.indybay.org/newsitems/2002/08/04/1395001.php.

Rather than face the certainty of being required to pay a second award of attorneys' fees to Indybay, it would make more sense for your client to dismiss its lawsuit against our client. Once we file a motion to strike under the anti-SLAPP statute, it will be too late for your client to dismiss to avoid a second attorneys' fees award. See, e.g., eCash Technologies, Inc. v. Guagliardo, 127 F. Supp. 2d 1069, 1084 (C.D. Cal. 2000), aff'd, 35 F. App'x 498 (9th Cir. 2002).

If your client agrees to dismiss Indybay from this lawsuit in light of the court's ruling on Layer42's motions, we therefore need to know as soon as possible. In the meantime, please let me know whether you intend to oppose our motion for an extension of time to respond to the lawsuit, which we plan to file later today.


Sincerely,

Leila Knox

TRANSMISSION VERIFICATION REPORT

```
TIME    : 12/02/2013 16:55
NAME    : SMITH PATTEN
FAX     : 4155200104
TEL     : 4154020084
SER.#   : U62702J1N925790
```

```
DATE,TIME         12/02  16:54
FAX NO./NAME      14154304349
DURATION          00:01:15
PAGE(S)           04
RESULT            OK
MODE              STANDARD
                  ECM
```

TRANSMISSION VERIFICATION REPORT

```
TIME    : 12/02/2013 16:58
NAME    : SMITH PATTEN
FAX     : 4155200104
TEL     : 4154020084
SER.#   : U62702J1N925790
```

```
DATE,TIME           12/02  16:56
FAX NO./NAME        14152681999
DURATION            00:01:15
PAGE(S)             04
RESULT              OK
MODE                STANDARD
                    ECM
```