1  SMITH PATTEN
   SPENCER SMITH, ESQ. (SBN:236587)
2  DOW W. PATTEN, ESQ. (SBN: 135931)
   353 Sacramento St., Suite 1120
3  San Francisco, California 94111
   Telephone (415) 402-0084
4  Facsimile (415) 520-0104

5  Attorneys for
   DIONNE CHOYCE

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   DIONNE CHOYCE, an individual          )   CASE NO. 3:13-cv-01842-JST
10                                        )
                                          )
11                                        )   **PLAINTIFF'S OBJECTION TO**
                                          )   **DEFENDANT SF BAY AREA**
          Plaintiff,                      )   **INDEPENDENT MEDIA CENTER'S**
12                                        )   **REQUEST FOR JUDICIAL NOTICE**
                                          )
13     vs.                                )
                                          )
14                                        )   Date:        February 13, 2014
   SF BAY AREA INDEPENDENT MEDIA          )   Time:        2:00 p.m.
15 CENTER, a.k.a. IMC, SF BAY AREA, a.k.a.)   Location:    Courtroom 9, 19th Floor, 350
   SF BAY AREA IMC; an unincorporated     )                Golden Gate Ave., San Francisco,
16 association; LAYER42.NET, INC., a      )                CA
   California Corporation. CERNIO         )
17 TECHNOLOGY COOPERATIVE, an             )
   unincorporated association, and DOES 1-10, )
18                                        )
19                                        )
                                          )
20        Defendants.                     )
                                          )
21                                        )
   _____      )

22        Attorneys for Plaintiff, DIONNE CHOYCE, respectfully submit the following objections

23 to the Request For Judicial Notice In Support Of Defendants Sf Bay Area Independent Media

24 Center's  ("Indybay") Motion To Dismiss Plaintiff's First Amended Complaint Pursuant To

25 Federal Rule Of Civil Procedure 12(b)(6).

26        Defendant Indybay seeks judicial notice of the disclaimer which appears on the

27 homepage of the Indybay website which reads: "Opinions are those of the contributors and are

28 not necessarily endorsed by the SF Bay Area IMC."

                                          1

1   On a motion to dismiss, a court normally may not look to matters beyond the complaint

2   without converting the motion into one for summary judgment. *See Mack v. South Bay Beer*

3   *Distributors*, 798 F.2d 1279, 1282 (9th Cir. 1986), overruled on other grounds by *Astoria Fed.*

4   *Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104, 111 S. Ct. 2166, 115 L. Ed. 2D 96 (1991).

5   Furthermore, Federal Rule of Evidence 201 requires that the moving party show that the

6   judicially noticed fact must be one not subject to reasonable dispute because it is (1) "generally

7   known in the community," or (2) "capable of ready determination by resort to sources whose

8   accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)

9   Defendant Indybay alleges that since this document includes a printout from its website,

10   which is referenced in the complaint it is judicially noticeable. However, this disclaimer is not

11   contained within the four corners of the complaint and, more importantly, a disclaimer on a

12   website is not properly the subject of judicial notice. *Wood v. Motorola Mobility, Inc*., 2012 U.S.

13   Dist. LEXIS 34567 (N.D. Cal. 2012) (a disclaimer on Motorola's website is not properly the

14   subject of judicial notice as it is neither a matter generally known within the Court's territorial

15   jurisdiction; nor can it be accurately and readily determined from sources whose accuracy cannot

16   reasonably be questioned.)

17   Accordingly, Plaintiff requests the Court deny Defendant Indybay's  Request For Judicial

18   Notice In Support Of Defendants Sf Bay Area Independent Media Center's  Motion to Dismiss.

19

20   Respectfully submitted this 23rd day of January, 2014

SMITH PATTEN

21

22          */s/ Dow W. Patten*
Dow W. Patten

23   Spencer F. Smith
Attorneys for Plaintiff Choyce

24

25

26

27

28

2