Daniel L. Casas, Esq. (SBN 116528)
dcasas@legalteam.com
Anthony F. Basile, Esq. (SBN 247409)
abasile@legalteam.com
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX

Attorneys for Defendant
LAYER42.NET, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>Plaintiff<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10,<br><br>Defendants. | Case No.: CV-13-01842<br><br>**DECLARATION OF DANIEL L. CASAS, ESQ. IN SUPPORT OF LAYER42.NET, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**Date: February 13, 2014**<br>**Time: 2:00pm**<br>**Courtroom: 9 (19th Floor)**<br><br>**Action Filed: April 23, 2013** |

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Declaration of Daniel L. Casas, Esq. ISO Motion to Dismiss
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
1

I, Daniel L. Casas, declare:

1. I am an attorney licensed to practice before all courts of the State of California and before the United States District Court for the Northern District of California. I am a partner with the law firm of Casas Riley & Simonian, LLP, counsel of record for defendant LAYER42.NET, INC. (Layer42). I have personal knowledge of the matters set forth herein and if called upon, I could and would testify thereto. As to the following matters stated on information and belief, I believe them to be true.

2. Attached as **Exhibit A** is a true and correct copy of a Notice published by the U.S. Copyright Office during the October 2013 federal government shutdown, and retrieved online on January 22, 2014. According to the Notice, the Copyright Office continued to accept electronic applications for copyright registration during the government shutdown.

3. On or about December 13, 2013, my office sent plaintiff counsel a notice of unavailability running from December 24, 2013 through and including January 1, 2014. Attached as **Exhibit B** is a true and correct copy of the notice of unavailability.

4. My office filed its Motion for Recovery of Attorney's Fees on December 16, 2013, complying with the requirement of Local Rule 54-5.

5. Consistent with this Court's established briefing schedule for law and motion matters, Plaintiff's opposition to the motion for attorney's fees was due on December 30, 2013, 14 days after the motion was filed.

6. Realizing this opposition deadline fell in the middle of the holiday season, my office proposed a stipulation to plaintiff counsel Dow Patten, granting the parties an additional week to file their responsive briefs, as well as Layer42's deadline to respond to a potential first amended complaint. A true and correct copy of the proposal is attached as **Exhibit C**.

7. My office never received a response to the offer to extend time for the parties to file their briefs.

8. Plaintiff filed his First Amended Complaint on December 23, 2013, consistent with the requirement of this Court's December 2, 2013 Order.

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Declaration of Daniel L. Casas, Esq. ISO Motion to Dismiss
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
2

9. Consistent with Federal Rules of Civil Procedure Rule 15(a)(3), Layer42's deadline to respond to the First Amended Complaint was January 7, 2014, or four business days after counsel's earlier noticed period of unavailability.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 28, 2014 in Los Altos CA.

                                                ____/s/_____
                                                Daniel L. Casas

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Declaration of Daniel L. Casas, Esq. ISO Motion to Dismiss
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
3

# Exhibit A

 Notices



**Notice**

The U.S. Copyright Office is closed, and www.copyright.gov is not available due to the federal government shutdown effective 12:01 AM ET, Tuesday, October 1, 2013. The Public Information Office and the Technical Support Desk of the Copyright Office are also closed.

If you would like to file a copyright registration online, select the Continue to eCO button below. Filing your claim now will help ensure the earliest possible effective date of registration, although copyright registrations will not be processed until the Copyright Office reopens.

**Security**

For site security and to ensure that this service remains available to all users, this government computer system employs software programs to monitor network traffic to identify unauthorized attempts to upload or change information, deny service, otherwise cause damage or access non-public information. Unauthorized attempts to upload information or change information are strictly prohibited and may be punishable under the United States criminal code (18 U.S.C. 1030). Information regarding possible violations of law may be provided to law enforcement officials.

**Privacy: Copyright Public Records**

Personally identifying information, such as your address, telephone number, and email address, that is submitted on the registration application becomes part of the public record. Some information will be viewable in the Copyright Office's on-line databases that are available on the Internet. For this reason, you should provide only the information requested. Please do NOT provide any additional personal information that is not requested, such as your social security number or your driver's license number. (Read more on privacy.)

Continue to eCO

# Exhibit B

# Anthony Basile

| | |
|---|---|
| **From:** | Nicole Svoboda |
| **Sent:** | Friday, December 13, 2013 4:40 PM |
| **To:** | dow@smithpatten.com; spencer@smithpatten.com; gagnier@gamallp.com |
| **Cc:** | Dan Casas; Anthony Basile |
| **Subject:** | Choyce v. SF Bay Area Independent Media Center et al |
| **Attachments:** | Counsel (NOU)-121313.pdf |

Counsel,

Attached please find Mr. Casas' correspondences of today's date in regards to the above-referenced matter.

Please contact our office with any questions.

Regards,

Nicole

---

NICOLE SVOBODA
Legal Assistant

**CRS The Legalteam**
CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA  94022
tel   650 . 948 . 7200
fax  650 . 948 . 7220
www.legalteam.com

---

Please Note:

YEAR END HOLIDAY OFFICE CLOSURE

Our office will be closed for the holidays starting the evening of Monday, December 23, 2013, and will reopen Thursday, January 2, 2014. Please keep this in mind for year-end planning.

For urgent matters for any of our attorneys, please send an email, as they will be checked regularly during our absence.

Happy Holidays!

Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

December 13, 2013

*Via Email & U.S. Mail*

Dow Patten, Esq.  
Smith Patten, Esq.  
353 Sacramento Street, Suite 1120  
San Francisco, CA 94111  
dow@smithpatten.com  
spencer@smithpatten.com  

Ms. Christina Gagnier  
Gagnier Margossian LLP  
101 Townsend Street, Suite 312  
San Francisco, CA 94107  
gagnier@gamallp.com  

RE: *Choyce v. SF Bay Area Independent Media Center et al*  
**Northern District of California Case No. 3:13-cv-01842-JST**

Dear Counsel:

NOTICE IS HEREBY GIVEN that commencing December 24, 2013 and continuing through January 1, 2014, CASAS RILEY & SIMONIAN, LLP will be closed and unavailable for all purposes, including but not limited to receiving notice of any kind, appearing in Court, responding to ex parte applications, and attending depositions.

Regards,

CASAS RILEY & SIMONIAN, LLP

Daniel L. Casas  
dcasas@legalteam.com

DLC/ns

CASAS RILEY & SIMONIAN, LLP

Daniel L. Casas  
Sheila M. Riley  
Gregory C. Simonian  
Sam Kiamanesh  
Valerie S. Higgins  
Anthony F. Basile

One First Street, Suite 2  
Los Altos, CA 94022

tel 650.948.7200  
fax 650.948.7220

www.legalteam.com

# Exhibit C

# Anthony Basile

| | |
|---|---|
| From: | Anthony Basile |
| Sent: | Monday, December 16, 2013 4:49 PM |
| To: | 'Dow Patten' |
| Cc: | Dan Casas; Nicole Svoboda |
| Subject: | Choyce v. SF Bay Area IMC, et al. - proposed stipulation |
| Attachments: | Stip and Order to Extend Time 121613.doc |

Mr. Patten,

In light of the Local Rules' deadline for responses to motions and the upcoming holidays, we propose the attached stipulation and order concerning upcoming deadlines in the case. Please confirm whether you will so stipulate, and we will file with the Court.

Regards,

Anthony

---

ANTHONY F. BASILE

**CRS The Legalteam**
CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA  94022
tel  650 . 948 . 7200
fax  650 . 948 . 7220
www.legalteam.com

---

Please Note:

YEAR END HOLIDAY OFFICE CLOSURE

Our office will be closed for the holidays starting the evening of Monday, December 23, 2013, and will reopen Thursday, January 2, 2014. Please keep this in mind for year-end planning.

For urgent matters for any of our attorneys, please send an email, as they will be checked regularly during our absence.

Happy Holidays!

Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

1

Daniel L. Casas, Esq. (SBN 116528)
Anthony F. Basile, Esq. (SBN 247409)
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX

Attorneys for Defendant
LAYER42.NET, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>Plaintiff<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10,<br><br>Defendants. | Case No.: CV-13-01842<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Stipulation and Order to Extend Time
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
1

1  IT IS HEREBY STIPULATED by and between the parties through their attorneys of
2  record that defendant LAYER42.NET, INC. grants plaintiff DIONNE CHOYCE an additional
3  seven (7) days to oppose LAYER42.NET, INC.'s Motion for Recovery of Attorney Fees,
4  through and including Monday, January 6, 2014.

5  IT IS FURTHER STIPULATED by and between the parties through their attorneys of
6  record that plaintiff DIONNE CHOYCE grants LAYER42.NET, INC. an additional seven (7)
7  days to file and serve a reply in support of its Motion for Recovery of Attorney Fees,
8  through and including Monday, January 13, 2014.

9  IT IS FURTHER STIPULATED by and between the parties through their attorneys of
10 record that, in the event plaintiff DIONNE CHOYCE files and serves an amended
11 complaint, CHOYCE grants LAYER42.NET, INC. an extension of time through and
12 including Monday, January 13, 2014 for LAYER42.NET, INC. to respond to the amended
13 complaint.

SMITH PATTEN

Dated: December ___, 2013      By _____
                                  Spencer F. Smith, Esq.
                                  Dow W. Patten, Esq.
                                  Attorneys for Plaintiff,
                                  DIONNE CHOYCE

CASAS RILEY & SIMONIAN, LLP

Dated: December ___, 2013      By _____
                                  Daniel L. Casas, Esq.
                                  Anthony F. Basile, Esq.
                                  Attorneys for Defendant,
                                  LAYER42.NET, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December ___, 2013      _____
                                  JON S. TIGAR
                                  United States District Judge

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Stipulation and Order to Extend Time
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
2