1   Daniel L. Casas, Esq. (SBN 116528)
    Anthony F. Basile, Esq. (SBN 247409)
2   CASAS RILEY & SIMONIAN, LLP
    One First Street, Suite 2
3   Los Altos, CA 94022
    (650) 948-7200
4   (650) 948-7220 FAX

5   Attorneys for Defendant
    LAYER42.NET, INC.

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO

10

11  DIONNE CHOYCE, an individual,          Case No.: CV-13-01842

12              Plaintiff

13          v.                             **PROOF OF SERVICE**

14  SF BAY AREA INDEPENDENT MEDIA
    CENTER, aka IMC, SF BAY AREA, aka SF    **Date: February 13, 2014**
15  BAY AREA IMC, an unincorporated         **Time: 2:00pm**
    association; LAYER42.NET, INC., a       **Courtroom: 9 (19th Floor)**
16  California Corporation; CERNIO
    TECHNOLOGY COOPERATIVE, an              **Action Filed:  April 23, 2013**
17  unincorporated association; and Does 1-10,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

1

**PROOF OF SERVICE**

2

The undersigned hereby certifies that a true copy of the following documents were

3

served upon the persons listed on this document at the addresses indicated by CM/ECF

4

electronic notification or by enclosing the same in an envelope with postage fully paid and

5

by depositing said envelope in a United States Post Office depository this 28th day of

6

January, 2014.  I declare under penalty of perjury that the foregoing is true and correct.

7

    **1.  REPLY IN SUPPORT OF LAYER42's MOTION TO DISMISS/SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

8

9

    **2.  DECLARATION OF DANIEL L. CASAS, ESQ. IN SUPPORT OF LAYER42.NET, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

10

*Attorneys for SF Bay Area Independent Media Center*

11

*Attorneys for Plaintiff, Dionne Choyce*

12

Dow W. Patten, Esq.
SMITH PATTEN

Leila Christine Knox
Bryan Cave LLP

13

355 Sacramento St., Suite 1120
San Francisco, CA 94111
dow@smithpatten.com

560 Mission Street, 25th Floor
San Francisco, CA 94105
leila.knox@bryancave.com

14

15

16

Dated: January 28, 2014

17

         /s/ Nicole Svoboda

18

19

20

21

22

23

24

25

26

27

28

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200