Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Katherine Harrison (CA State Bar No. 285561)
katherine.harrison@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>　　　　Defendants. | Case No. CV-13-1842-JST<br><br>**SUPPLEMENTAL DECLARATION OF DAVID MORSE IN SUPPORT OF DEFENDANT SF BAY AREA INDEPENDENT MEDIA CENTER'S SPECIAL MOTION TO STRIKE PLAINTIFF'S STATE LAW CAUSE OF ACTION PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE, CODE OF CIVIL PROCEDURE § 425.16** |

I, David Morse, declare as follows:

1. I am a member of a small editorial collective known as SF Bay Area Independent Media Center ("Indybay"), and have been since 2004. Indybay is an unincorporated association that operates the www.indybay.org website. As a member of the Indybay editorial collective – which numbers 13 members, including myself – I assist with web design and coding, editorial policies, fundraising and general administration of the Indybay website. In my role, I have personal knowledge of the facts set forth in this declaration. I offer this supplemental declaration in response to Plaintiff's objections about my prior declaration, and could and would competently

1  testify to the facts set forth herein if called to do so.

2. The Indybay website, www.indybay.org, is an "open-publishing" non-commercial news website supported through donations and established in 2000. As an open-publishing news website, all of the content on the Indybay site is contributed by third-party users except for news items occasionally posted by collective members. As stated in a disclaimer that appears on the bottom of every page of the Indybay website, "Opinions are those of the contributors and are not necessarily endorsed by the SF Bay Area IMC."

3. Members of the editorial collective meet in person about once a month to discuss issues related to the Indybay website. Members of the collective also communicate with each other through the collective's email listserv.

4. When collective members post ourselves, we use our legal names or consistent aliases, which members of the collective recognize as belonging to another member. None of the collective members' legal names or aliases were used by the persons who posted the items on April 25 and May 24, 2012 that are the subject of the lawsuit filed by Plaintiff.

5. I did not author either of those two posts, nor did I make any changes – in terms of substance, grammar or punctuation – to the April 25 and May 24 posts or their titles. And those two posts do not read like anything I have seen any other member of the collective post.

6. When the collective learned about Plaintiff's complaint about these two posts, I investigated for the collective to determine if any members of the collective participated in creating or posting the April 25 and May 24 items. As part of that effort, I communicated directly with each and every member of the collective regarding the April 25 and May 24, 2012 posts that are the subject of Plaintiff's lawsuit. All said they had no involvement in the creation or posting of the April 25 and May 24 posts about Plaintiff, and did not edit or alter either post in any regard.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of January, 2014.

David Morse