Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Katherine Harrison (CA State Bar No. 285561)
katherine.harrison@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE,<br><br>             Plaintiff,<br><br>      v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>             Defendants. | Case No. CV-13-1842-JST<br><br>**REQUEST TO RESCHEDULE HEARING ON MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE FILED BY SF BAY AREA INDEPENDENT MEDIA CENTER**<br><br>Original Hearing Date: February 13, 2014<br>Time:                             2 p.m.<br>Judge:                            Hon. Jon S. Tigar<br>Courtroom:                    9 |

At the invitation of the Court, Defendant SF Bay Area Independent Media Center ("Indybay") asks the Court to reschedule the hearing on Indybay's motion to dismiss and its special motion to strike (the "Motions"). Katherine Harrison, the attorney who will present most of the argument on the Motions, has been licensed to practice law since December 2012, and has never presented argument before this Court. Any other argument would be presented by Leila Knox, who has also not presented in this Court, but has been licensed to practice law for more than four years.

Ms. Harrison and Ms. Knox are available for such argument on the following dates: March 13, 2014; March 20, 2014; and March 27, 2014.

Dated: February 4, 2014

Respectfully submitted,

**BRYAN CAVE LLP**

By: _____*/s/ Katherine Harrison*_____
       Katherine M. Harrison

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER