UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE CHOYCE,<br><br>               Plaintiff,<br><br>     v.<br><br>SF BAY AREA INDEPENDENT MEDIA<br>CENTER, et al.,<br><br>               Defendants. | Case No.  13-cv-01842-JST<br><br>**ORDER DENYING MOTION FOR<br>RECOVERY OF ATTORNEY'S FEES<br>WITHOUT PREJUDICE**<br>Re: ECF No. 25 |

The Court previously granted in part Defendant Layer42.net, Inc.'s ("Layer42") Anti-SLAPP Special Motion to strike, and dismissed the complaint with leave to amend.  Layer42 has now moved for an award of attorney's fees pursuant to the Anti-SLAPP statute.  ECF No. 25.

Layer42 has subsequently filed another Anti-SLAPP Special Motion to Strike against Plaintiff's amended complaint, as has Defendant San Francisco Bay Area Independent Media Center, and both motions are currently set for hearing.  ECF Nos. 29 & 31.  The Court recognizes that Layer42 may have understood itself to be obligated by Civil Local Rule 54-5(a) to bring its motion for fees within 14 days of the Court's previous order.  However, the Court will be in a much better position to determine the ultimate amount of "practical benefit [Layer42 derived] from bringing the motion," Mann v. Quality Old Time Serv., Inc., 139 Cal. App. 4th 328, 340 (2006) and the resultant "appropriate amount of fees and costs," ComputerXpress, Inc. v. Jackson, 93 Cal. App. 4th 993, 1020 (2001), after further motion practice is complete.

Therefore, the Motion for Attorney's Fees is dismissed without prejudice as premature. Notwithstanding the requirements of Civil Local Rule 54-5(a), Layer42 may file a renewed motion for attorney's fees within 14 days of the date that the Court either (1) enters an order establishing that the pleadings are settled, or (2) enters an order finally dismissing Layer42 as a defendant from this action.  In that renewed motion, Layer42 may seek an award of all attorney's fees to which it

United States District Court
Northern District of California

argues it has become entitled up to that point.

**IT IS SO ORDERED.**

Dated:  February 7, 2014

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California