Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Katherine Harrison (CA State Bar No. 285561)
katherine.harrison@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE,<br><br>             Plaintiff,<br><br>       v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>             Defendants. | Case No. CV-13-1842-JST<br><br>**MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:    March 26, 2014<br>Time:            2 p.m.<br>Judge:           Hon. Jon S. Tigar<br>Courtroom:   9 |

SF01DOCS\188201.1

MOTION TO CONTINUE CMC                                                                            CASE NO. CV-13-1842-JST

For the sake of judicial efficiency, as further detailed in the Declaration of Leila Knox, filed herewith, defendant SF Bay Area Independent Media Center ("Indybay") respectfully requests that the Court continue the Case Management Conference ("CMC") currently scheduled for March 26, 2014, at 2 p.m., to April 23, 2014, at 2 p.m., or any such other date that is convenient for the Court. Indybay further requests that the Court order that a Joint Case Management Statement be submitted no later than 10 court days before the continued CMC. Plaintiff's counsel declined to stipulate to move the CMC date and said Plaintiff will oppose this motion. Counsel for co-defendant Layer42.com, Inc., said his client would stipulate to this motion to continue the CMC.

Dated: March 7, 2014        **BRYAN CAVE LLP**
                            Leila Knox

                            By:    */s/ Leila Knox*
                                   Leila Knox

                            Attorneys for Defendant
                            SF BAY AREA INDEPENDENT MEDIA CENTER