Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Katherine Harrison (CA State Bar No. 285561)
katherine.harrison@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE,<br><br>         Plaintiff,<br><br>    v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>         Defendants. | Case No. CV-13-1842-JST<br><br>**DECLARATION OF LEILA KNOX IN SUPPORT OF MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:    March 26, 2014<br>Time:           2 p.m.<br>Judge:          Hon. Jon S. Tigar<br>Courtroom:   9 |

I, Leila Knox, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and I am an associate with the law firm of Bryan Cave LLP, attorneys for Defendant SF Bay Area Independent Media Center ("Indybay").  I make this declaration of my own personal knowledge.  If called as a witness, I could and would testify competently to the facts stated herein.

2. On January 9, 2013, Indybay filed its motions to dismiss and to specially strike Plaintiff's complaint, noticing the hearing on these motions for February 13, 2014. At that time, a Case Management Conference was scheduled for February 5, 2014. In light of the hearing on the pending motions, all three parties – Plaintiff, co-defendant Layer42.com, Inc. ("Layer42") and Indybay – stipulated to continue the Case Management Conference until after the February 13 hearing on the motions. The Court subsequently continued the Case Management Conference to March 26, 2014.

3. On February 3, 2014, following the filing of Plaintiff's opposition and Indybay's reply on Indybay's motions, the Court vacated the hearing on the motions, but stated that if any party advised the Court in writing that most or all of the argument would be conducted by an attorney who has been licensed to practice law for four years or less and had never presented in this Court, the hearing would be rescheduled. On February 5, 2014, the attorneys for Indybay submitted such a request, and the Court subsequently rescheduled the hearing on the motions for March 27, 2014.

4. Given the current schedule of events – the Case Management Conference on March 26 and the hearing on the motions on March 27 – the attorneys for Indybay contacted Plaintiff's attorneys to request another continuance of the Case Management Conference. On March 6, 2014, I spoke with Spencer Smith, one of the attorneys for Plaintiff, by telephone and explained that, as with the last Case Management Conference, holding the conference before the hearing on the motions was not an efficient use of either the Court's or the parties' time. I requested that Plaintiff stipulate to continue the conference until after the March 27 hearing. Mr. Smith declined, and stated that should Indybay file a motion to continue the Case Management Conference, Plaintiff would oppose such a motion.

5. Counsel for Indybay subsequently contacted counsel for Layer42 regarding this proposed continuance. Layer42's counsel stated Layer42 would stipulate to a motion to continue the Case Management Conference.

6. In light of the pending hearing and decision on the motions to dismiss and to strike, there does not seem to be any efficiency gained by holding the Case Management Conference the

day before that hearing.  Rather, setting a new date for the Case Management Conference – Indybay suggests the conference be scheduled for April 23, 2014 – would seem to be a better use of the Court's and parties' time and resources.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 7th day of March, 2014.

>  */s/ Leila Knox*
>  Leila Knox