UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE CHOYCE,<br><br>            Plaintiff,<br><br>      v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, et al.,<br><br>            Defendants. | Case No.  13-cv-01842-JST<br><br>**ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 49 |

Defendant SF Bay Area Independent Media Center ("SFBAIMC") has moved the Court to continue the case management conference scheduled for March 26, since potentially dispositive motions are scheduled to be heard on March 27, and the case is not yet at issue. SFBAIMC reports that "Plaintiff's counsel declined to stipulate to move the CMC date and said Plaintiff will oppose this motion." However, no opposition has been filed, and the deadline for filing one has passed. See Civ. L.R. 6-3(b), 7-11(b).

The Court hereby CONTINUES the CMC in this case to May 7, 2014, at 2 p.m. in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement is due 10 court days before that date.

**IT IS SO ORDERED.**

Dated:  March 12, 2014

JON S. TIGAR
United States District Judge