UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: March 27, 2014      Judge: Jon S. Tigar

Time: 17 minutes

Case No.    **3:13-cv-01842-JST**
Case Name    **Dionne Choyce v. SF Bay Area Independent Media Center, et al.**

Attorneys for Plaintiff:    Spencer F. Smith; Dow W. Patten
Attorneys for Defendants:    Leila C. Knox; Katherine M. Harrison; Roger R. Myers (for SF Bay Area Independent Media Center)
Meggan Casas; Anthony F. Basile (for Layer42.net, Inc.)

Deputy Clerk: William Noble      Court Reporter: James Pence

## PROCEEDINGS

- Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted / Special Motion to Strike (Anti-SLAPP) Plaintiff's First Amended Complaint (docket 29)
- Motions of Defendant SF Bay Area Independent Media Center to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(B)(6) and to Specially Strike Plaintiff's State Law Causes of Action Pursuant to California Code of Civil Procedure 425.16 (docket 31)

## RESULT OF HEARING

Motion hearing held.

Motions are under submission.

1