Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Katherine Harrison (CA State Bar No. 285561)
katherine.harrison@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE,<br><br>           Plaintiff,<br><br>   v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>           Defendants. | Case No. CV-13-1842-JST<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:   May 7, 2014<br>Time:           2 p.m.<br>Judge:         Hon. Jon S. Tigar<br>Courtroom:  9 |

**STIPULATION**

This Stipulation to continue the Case Management Conference is entered into between Plaintiff Dionne Choyce ("Plaintiff") and Defendants SF Bay Area Independent Media Center and Layer42.net, Inc. (collectively, "Defendants"), and is supported by the Declaration of Leila Knox ("Knox Decl.") filed herewith.

SF01DOCS\194982.1

JOINT STIPULATION TO CONTINUE CMC                                                              CASE NO. CV-13-1842-JST

1   WHEREAS, a Case Management Conference is currently scheduled for May 7, 2014 at
2   2p.m.;
3   WHEREAS, defendant Layer42 filed a Motion to Dismiss and Motion to Strike with the
4   Court on January 6, 2014;
5   WHEREAS defendant SF Bay Area Independent Media Center filed a Motion to Dismiss
6   and Motion to Strike with the Court on January 9, 2014;
7   WHEREAS, Defendants' motions were argued before the Court on March 27, 2014;
8   WHEREAS, in light of the pendency of Defendants' motions, and for the sake of judicial
9   efficiency;
10  NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel of
11  record, hereby agree and request that the Court vacate the Case Management Conference currently
12  scheduled for May 7, 2014, and continue said conference by two weeks to May 21, 2014 at 2 p.m.
13  Furthermore, the parties agree and request that the Joint Case Management Statement shall be due
14  no later than 10 court days prior to the continued Case Management Conference.

Dated: April 22, 2014          **SMITH PATTEN**
                               Dow Patten

                               By:  /s/
                                    Dow Patten

                               Attorneys for Plaintiff
                               DIONNE CHOYCE

Dated: April 22, 2014          **CASAS RILEY & SIMONIAN, LLP**
                               Daniel Casas

                               By:  /s/
                                    Daniel Casas

                               Attorneys for Defendant
                               LAYER42.NET, INC.

24  ///
25  ///
26  ///
27  ///
28  ///

SF01DOCS\194982.1                    2

JOINT STIPULATION TO CONTINUE CMC                           CASE NO. CV-13-1842-JST

Dated: April 22, 2014                **BRYAN CAVE LLP**
                                     Leila Knox

                                     By:   /s/
                                           Leila Knox

                                     Attorneys for Defendant
                                     SF BAY AREA INDEPENDENT MEDIA CENTER

## ATTESTATION REGARDING AUTHORIZATION

The undersigned filing party attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 22, 2014                **BRYAN CAVE LLP**
                                     Leila Knox

                                     By:   /s/
                                           Leila Knox

                                     Attorneys for Defendant
                                     SF BAY AREA INDEPENDENT MEDIA CENTER

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994