Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Katherine Harrison (CA State Bar No. 285561)
katherine.harrison@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE,<br><br>            Plaintiff,<br><br>     v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>            Defendants. | Case No. CV-13-1842-JST<br><br>**DECLARATION OF LEILA KNOX IN SUPPORT OF JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:     May 7, 2014<br>Time:              2 p.m.<br>Judge:            Hon. Jon S. Tigar<br>Courtroom:    9 |

I, Leila Knox, declares as follows:

1. I am an attorney duly licensed to practice law in the State of California, and I am an associate with the law firm of Bryan Cave LLP, attorneys for Defendant SF Bay Area Independent Media Center ("Indybay"). I make this declaration of my own personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. On December 1, 2013, the Court continued the initial Case Management Conference to February 5, 2014, with a Joint Case Management Statement due 10 court days prior to the Conference.

3. On December 2, 2013, the Court granted co-defendant Layer42.net, Inc.'s Motion to Strike and Motion to Dismiss, giving Plaintiff leave to amend his complaint. On December 23, 2013, Plaintiff filed his First Amended Complaint.

4. Defendants Layer42.net, Inc. and Indybay (collectively, "Defendants") separately filed motions to dismiss and to strike on January 6 and January 9, 2014, respectively, in response to Plaintiff's amended complaint. Defendants both noticed the hearing on their motions to dismiss and to strike for February 13, 2014.

5. On January 23, 2014, the Court continued the Case Management Conference scheduled for February 5, 2014 to March 26, 2014, per stipulation of the parties.

6. On February 3, 2014, by its own Order, the Court vacated the hearing on Defendants' motions. The Order specified, however, that upon notice to the Court that most or all of the argument for its side would be conducted by a lawyer who has been licensed to practice law four or fewer years, and who had not previously presented argument before the Court, the Court would reschedule the hearing.

7. On February 5, 2014, at the written request of counsel for Indybay submitted that same day, the Court rescheduled the hearing on the motions for March 27, 2014.

8. In light of the March 27, 2014 hearing date on Defendants' motions, Defendant Indybay moved the Court on March 7, 2014, to continue the March 26 Case Management Conference. On March 12, 2014, the Court ordered the Case Management Conference continued from March 26, 2014 to May 7, 2014, with the Joint Case Management Statement due 10 court days prior to the hearing.

9. The parties appeared and argued the motions in this Court on March 27, 2014. Given the continued pendency of the motions to dismiss and to strike, and for the sake of judicial efficiency, counsel requests a two-week continuance of the Case Management

1  Conference to May 21, 2014, with the Joint Case Management Statement due 10 court days prior
2  to the conference.
3        I declare under penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct.  Executed this 22nd day of April, 2014.

                                      /s/
                               Leila Knox

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994