1    Roger Myers (CA State Bar No. 146164)
     roger.myers@bryancave.com
2    Leila Knox (CA State Bar No. 245999)
     leila.knox@bryancave.com
3    Jessica Mar (CA State Bar No. 293304)
     jessica.mar@bryancave.com
4    **BRYAN CAVE LLP**
     560 Mission Street, 25th Floor
5    San Francisco, CA  94105-2994
     Telephone:      (415) 675-3400
6    Facsimile:      (415) 675-3434

7    Attorneys for Defendant
     SF BAY AREA INDEPENDENT MEDIA CENTER

8

9                       UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12

     DIONNE CHOYCE,                              Case No. CV-13-1842-JST
13
                  Plaintiff,                     **DEFENDANT SF BAY AREA
14                                               INDEPENDENT MEDIA CENTER'S
           v.                                    NOTICE OF SUBSTITUTION OF
15                                               COUNSEL**

     SF BAY AREA INDEPENDENT MEDIA
16   CENTER, a.k.a. IMC, SF BAY AREA, a.k.a.
     SF BAY AREA IMC; an unincorporated
17   association; LAYER42.NET, INC., a California
     Corporation, CERNIO TECHNOLOGY
18   COOPERATIVE, an unincorporated
     association, and DOES 1-10,
19
                  Defendants.
20

21

22

23

24

25

26

27

28

     SF01DOCS\201783.2

     SUBSTITUTION OF COUNSEL                              CASE NO. CV-13-1842-JST

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

1  **TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR**

2  **COUNSEL OF RECORD:**

3      **PLEASE TAKE NOTICE** that, effective immediately, Defendant SF BAY AREA

4  INDEPENDENT MEDIA CENTER ("Defendant") makes the following Notice of Substitution of

5  Counsel pursuant to Local Rule 5-1(c)(2)(B), which pertains to substitutions of counsel from the

6  same firm:

7      Former counsel of record:

8          Katherine Harrison, California State Bar No. 285561
           Bryan Cave LLP
9          560 Mission Street, 25th Floor
           San Francisco, California 94105
10         Email:      katherine.harrison@bryancave.com

11     New counsel of record:
           Jessica Mar, California Bar No. 293304
12         Bryan Cave LLP
           560 Mission Street, 25th Floor
13         San Francisco, CA 94105
           E-mail:      jessica.mar@bryancave.com

14

15  Roger Myers and Leila Knox of Bryan Cave LLP's San Francisco office also remain Defendant's

16  counsel of record.

17  Dated:  June 9, 2014                 BRYAN CAVE
                                          Roger Myers
18                                        Leila Knox
                                          Jessica Mar
19

20                                        By:    /s/ Jessica Mar
                                                          Jessica Mar
21

22                                        Attorneys for Defendant
                                          SF BAY AREA INDEPENDENT MEDIA CENTER
23

24

25

26

27

28

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

SF01DOCS\201783.2

SUBSTITUTION OF COUNSEL                                CASE NO. CV-13-1842-JST