Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Jessica Mar (CA State Bar No. 293304)
jessica.mar@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE, | Case No. CV-13-1842-JST |
| Plaintiff, | **[PROPOSED] ORDER OF JUDGMENT** |
| v. | |
| SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10, | |
| Defendants. | |

In accordance with this Court's Order entered June 2, 2014, the Court hereby orders, adjudges and decrees as follows:

1. The Court GRANTS with prejudice the motions of Defendants SF Bay Area Independent Media Center ("Indybay") and Layer42.net, Inc. ("Layer42") (collectively, "Defendants") to dismiss Plaintiff Dionne Choyce's copyright infringement claim under Federal Rule of Civil Procedure 12(b)(6), and Plaintiff's first cause of action for copyright infringement is hereby DISMISSED with prejudice.

2. In light of the dismissal of Plaintiff's federal copyright claim, the Court will not exercise supplemental jurisdiction over the remaining defamation and libel claims in this action, and on those grounds DISMISSES all state law claims without prejudice to refiling those claims in state court.

3. Given the dismissal of Plaintiff's state law claims, the Court does not reach and therefore DENIES Defendants' Rule 12(b)(6) motions to dismiss Plaintiff's second cause of action for defamation and their motions to strike that claim under the anti-SLAPP statute, Cal. Code Civ. Proc. § 425.16. Dismissal of Defendants' motions to dismiss the defamation claim and anti-SLAPP motions to strike that claim is without prejudice to bringing such motions in any state court proceeding.

IT IS SO ORDERED, ADJUDGED AND DECREED

Date:_____          _____
                               The Honorable Jon S. Tigar
                               United States District Judge

**APPROVED AS TO FORM**

Dated: June 17, 2014     **SMITH PATTEN**
                         Dow Patten

                         By:   /s/
                               Dow Patten

                         Attorneys for Plaintiff
                         DIONNE CHOYCE

Dated: June 17, 2014     **CASAS RILEY & SIMONIAN, LLP**
                         Daniel L. Casas

                         By:   /s/
                               Daniel L. Casas

                         Attorneys for Defendant
                         LAYER42.NET, INC.

Dated: June 17, 2014	**BRYAN CAVE LLP**
Leila Knox

By: ___/s/_____
Leila Knox

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

### ATTESTATION REGARDING AUTHORIZATION

The undersigned filing party attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 17, 2014	**BRYAN CAVE LLP**
Leila Knox

By: ___/s/_____
Leila Knox

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER