Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Jessica Mar (CA State Bar No. 293304)
jessica.mar@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

**FILED**

JUN 1 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE,<br><br>Plaintiff,<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>Defendants. | Case No. CV-13-1842-JST<br><br>[~~PROPOSED~~] **ORDER OF JUDGMENT** |

In accordance with this Court's Order entered June 2, 2014, the Court hereby orders, adjudges and decrees as follows:

1. The Court GRANTS with prejudice the motions of Defendants SF Bay Area Independent Media Center ("Indybay") and Layer42.net, Inc. ("Layer42") (collectively, "Defendants") to dismiss Plaintiff Dionne Choyce's copyright infringement claim under Federal Rule of Civil Procedure 12(b)(6), and Plaintiff's first cause of action for copyright infringement is hereby DISMISSED with prejudice.

SF01DOCS\201225.2

[~~PROPOSED~~] ORDER RE MOTIONS TO DISMISS AND MOTIONS TO STRIKE     CASE NO. CV-13-1842-JST

2. In light of the dismissal of Plaintiff's federal copyright claim, the Court will not exercise supplemental jurisdiction over the remaining defamation and libel claims in this action, and on those grounds DISMISSES all state law claims without prejudice to refiling those claims in state court.

3. Given the dismissal of Plaintiff's state law claims, the Court does not reach and therefore DENIES Defendants' Rule 12(b)(6) motions to dismiss Plaintiff's second cause of action for defamation and their motions to strike that claim under the anti-SLAPP statute, Cal. Code Civ. Proc. § 425.16. Dismissal of Defendants' motions to dismiss the defamation claim and anti-SLAPP motions to strike that claim is without prejudice to bringing such motions in any state court proceeding.

IT IS SO ORDERED, ADJUDGED AND DECREED

Date: 6/18/14

_____
The Honorable Jon S. Tigar
United States District Judge

**APPROVED AS TO FORM**

Dated: June 17, 2014        **SMITH PATTEN**
                            Dow Patten

                            By: /s/
                                Dow Patten

                            Attorneys for Plaintiff
                            DIONNE CHOYCE

Dated: June 17, 2014        **CASAS RILEY & SIMONIAN, LLP**
                            Daniel L. Casas

                            By: /s/
                                Daniel L. Casas

                            Attorneys for Defendant
                            LAYER42.NET, INC.

| | | |
|---|---|---|
| 1 | Dated: June 17, 2014 | BRYAN CAVE LLP<br>Leila Knox |
| 2 | | |
| 3 | | By: /s/<br>    Leila Knox |
| 4 | | |
| 5 | | Attorneys for Defendant<br>SF BAY AREA INDEPENDENT MEDIA CENTER |

## ATTESTATION REGARDING AUTHORIZATION

The undersigned filing party attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 17, 2014        BRYAN CAVE LLP
                            Leila Knox

                            By:   /s/
                                  Leila Knox

                            Attorneys for Defendant
                            SF BAY AREA INDEPENDENT MEDIA CENTER

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994