Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Jessica Mar (CA State Bar No. 293304)
jessica.mar@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE<br><br>Plaintiff,<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>Defendants. | CASE NO. CV-13-1842-JST<br><br>**DECLARATION OF ROGER MYERS IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO 17 U.S.C. § 505** |

I, Roger Myers, declare:

1. I am an attorney duly licensed to practice law in the State of California and in the U.S. District Court for the Northern District of California and am a partner with the law firm Bryan Cave LLP, attorneys for defendant SF Bay Area Independent Media Center ("Indybay").  I make this declaration of my own personal knowledge, including my knowledge of the firm's files

1  relating to this action. If called as a witness, I could and would testify competently to the facts
2  stated herein.

3      2.    After obtaining a B.A. in Journalism with great distinction from San Jose State
4  University in 1980, I spent five years as a newspaper reporter and editor before entering Boalt Hall
5  School of Law at U.C. Berkeley, from which I graduated Order of the Coif in 1988. Following
6  law school, I was a law clerk to the Hon. James R. Browning, United States Court of Appeals for
7  the Ninth Circuit in San Francisco, from 1988-89. I was admitted to practice law in California in
8  1990 and, since then, have focused my practice on representing media clients on intellectual
9  property and similar claims. For several years running, I have been named a Super Lawyer in
10 Media Law and one of the Leading Lawyers in media law by Chambers & Partners. In 2005, I
11 received the American Bar Association International Human Rights Award for establishing a
12 Media Support Center to help protect media from repression in Kazakhstan, and in 1998 received
13 the James Madison Freedom of Information Award for legal counsel from the Society of
14 Professional Journalists (Northern California Chapter). Prior to its merger with Bryan Cave LLP
15 at the beginning of 2012, I was co-chair of Holme Roberts & Owen LLP's Intellectual Property,
16 Technology, and Media practice group. I have also served as an adjunct professor in media law
17 and ethics at San Jose State.

18     3.    I have extensive experience defending publishers and authors against copyright and
19 pendant state law claims and have successfully defended numerous copyright infringement
20 lawsuits against media clients, including *Identity Arts v. Best Buy Enter. Serv., Inc.*, 2007 U.S.
21 Dist. LEXIS 32060 (N.D. Cal. April 18, 2007) (granting motion for judgment on the pleadings for
22 lack of substantial similarity); *Morgenstein v. ABC, Inc.*, 27 Media L. Rep. 1350, 1998 U.S. Dist.
23 LEXIS 14994 (N.D. Cal. Sept. 11, 1998) (granting motion to dismiss on fair use grounds); and
24 *Shepard v. Miler*, January 12, 2012 Order, No. Civ. 2:10-1863 WBS JFM (E.D. Cal. 2012).

25     4.    My current hourly rate is $545, and in 2013 was $525. This is lower than what
26 attorneys with comparable experience often charge, especially in intellectual property litigation.
27 For example, in *Rosenfeld v. U.S. Dept. of Justice*, 904 F. Supp. 2d 988 (N.D. Cal. 2012), Judge

Chen determined that a California attorney with 21 years of experience would command between $495 and $785 per hour, and an attorney with 28 years of experience would command an hourly billed rate between $640 and $875 per hour. *Id.* at 1002. Judge Chen found that $550 per hour was reasonable for David Greene, who at the time was my colleague at Bryan Cave and a counsel at the firm with 21 years of experience. *Id.* Nearly two years have passed since Judge Chen's order was issued, and not only is the fee that I am requesting less than what the court approved for Mr. Greene at the time, but I have practice law now for 24 years – three more years of experience than Mr. Greene had at the time of that decision. *Id.*

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 2, 2014

/s/
Roger Myers