1   Roger Myers (CA State Bar No. 146164)
    roger.myers@bryancave.com
2   Leila Knox (CA State Bar No. 245999)
    leila.knox@bryancave.com
3   Jessica Mar (CA State Bar No. 293304)
    jessica.mar@bryancave.com
4   **BRYAN CAVE LLP**
    560 Mission Street, 25th Floor
5   San Francisco, CA  94105-2994
    Telephone:     (415) 675-3400
6   Facsimile:      (415) 675-3434

7   Attorneys for Defendant
    SF BAY AREA INDEPENDENT MEDIA CENTER

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                             SAN FRANCISCO DIVISION

12

13   DIONNE CHOYCE,                          Case No. CV-13-1842-JST

14              Plaintiff,                    **[PROPOSED] ORDER AWARDING
                                              ATTORNEYS' FEES AND COSTS TO
15         v.                                 DEFENDANT SF BAY AREA
                                              INDEPENDENT MEDIA CENTER**
16
     SF BAY AREA INDEPENDENT MEDIA
17   CENTER, a.k.a. IMC, SF BAY AREA, a.k.a.  Hearing Date:  August 21, 2014
     SF BAY AREA IMC; an unincorporated       Time:           2 p.m.
18   association; LAYER42.NET, INC., a California  Judge:      Hon. Jon S. Tigar
     Corporation, CERNIO TECHNOLOGY          Courtroom:      9
19   COOPERATIVE, an unincorporated
     association, and DOES 1-10,
20
                Defendants.
21

22

23         The motion of Defendant SF Bay Area Independent Media Center ("Indybay") to

24   determine the amount of costs and reasonable attorneys' fees to be awarded to Defendant pursuant

25   to 17 U.S.C. § 505 came for hearing on August 21, 2014.  The Court, having considered the

26   papers and arguments presented thereon, and good cause appearing, finds the hourly rates of

27   Defendant's attorneys, as set forth in the declarations accompanying its motion, are reasonable,

28   and that the time spent by Defendant's attorneys defending Plaintiff Dionne Choyce's copyright

1   claim is also reasonable and well supported by the declarations and exhibits accompanying

2   Defendant's moving papers.  The Court further finds that all of the costs claimed in Defendant's

3   memorandum of costs are recoverable

4          Defendant SF Bay Area Independent Media Center shall be awarded its attorneys' fees in

5   the sum of $_____ and costs in the sum of $_____, for a total amount of

6   $_____, and that Plaintiff Dionne Choyce pay that sum to Defendant SF Bay Area

7   Independent Media Center no later than 30 days after notice of entry of this order.

8          IT IS SO ORDERED.

9   Dated:  _____, 2014            _____

10                                              The Honorable Jon S. Tigar
                                                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994

[Proposed]  Order Awarding Attorneys' Fees and Costs            Case No. CV-13-1842-JST