1  Daniel L. Casas, Esq. (SBN 116528)
   *dcasas@legalteam.com*
2  Anthony F. Basile, Esq. (SBN 247409)
   *abasile@legalteam.com*
3  CASAS RILEY & SIMONIAN, LLP
   One First Street, Suite 2
4  Los Altos, CA 94022
   (650) 948-7200
5  (650) 948-7220 FAX

6  Attorneys for Defendant
   LAYER42.NET, INC.
7

8            **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO**

11

12 | DIONNE CHOYCE, an individual,              | Case No.: CV-13-01842

13 |              Plaintiff                      |

14 |          v.                                 | **DECLARATION OF DANIEL L. CASAS, ESQ. IN SUPPORT OF LAYER42.NET, INC.'S MOTION FOR RECOVERY OF ATTORNEY'S FEES**

15 | SF BAY AREA INDEPENDENT MEDIA

16 | CENTER, aka IMC, SF BAY AREA, aka SF
   | BAY AREA IMC, an unincorporated
17 | association; LAYER42.NET, INC., a           | **Date: September 4, 2014**
   | California Corporation; CERNIO             | **Time: 2:00pm**
18 | TECHNOLOGY COOPERATIVE, an                  | **Courtroom: 9, 19th Floor**
   | unincorporated association; and Does 1-10,
19 |                                             | **Action Filed: April 23, 2013**
20 |              Defendants.

21

22

23

24

25

26

27

28

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Declaration of Daniel L. Casas, Esq. ISO Motion for Attorney's Fees
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
1

I, Daniel L. Casas, declare:

1.   I am an attorney licensed to practice before all courts of the State of California and before the United States District Court for the Northern District of California.  I am a partner with the law firm of Casas Riley & Simonian, LLP (CRS), counsel of record for defendant LAYER42.NET, INC. (Layer42).  I have personal knowledge of the matters set forth herein and if called upon, I could and would testify thereto.  As to the following matters stated on information and belief, I believe them to be true.

2.   Attached as **Exhibit A** is a true and correct redacted copy of the billing records documenting the time through June 25, 2014 that attorneys at CRS spent related to Layer42's successful motions to dismiss Plaintiff's copyright infringement claim pursuant to Federal Rules of Civil Procedure Rule 12(b)(6).

3.   CRS uses the computer software program Sage Timeslips to record its billing.  As CRS's regular business practice, each attorney enters his or her time into the networked program identifying the client and matter, time spent, and a brief description of the services provided.  CRS attorneys bill their time to the nearest one-tenth of an hour.  CRS attorneys enter their time into the software program at or near the time that the services were rendered.  The partner supervising each client matter reviews the billing statements before they are served on clients for adjustments as warranted under the circumstances.  I am the supervising partner in this matter.

4.   Four CRS attorneys billed time related to the motions to dismiss as reflected in **Exhibit A** as follows:

| Attorney | Hourly Billing Rate | Hours | Fees |
|---|---|---|---|
| Daniel L. Casas | $415.00 | 54.0 | $22,410.00 |
| Sam K. Kiamanesh | $315.00 | 2.6 | $819.00 |
| Anthony F. Basile | $295.00/$315.00 | 70.7 | $20,924.50 |
| Meggan C. Casas | $225.00 | 25 | $5,625.00 |

5.   I am a partner with CRS.  I earned my undergraduate degree from the California State University at Fresno in 1981, and my Juris Doctorate degree from the Santa Clara

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

University School of Law in 1984.  I was admitted to the Bar of the State of California in 1984, and have continuously been licensed and have maintained active status in good standing with the California State Bar since that time.  I am also admitted to practice before numerous Federal District Courts, including the United States District Court for the Northern District of California.  I have worked in the field of civil litigation since the inception of my practice.  My hourly billing rate in this matter is $415.00.

6.  Sam K. Kiamanesh is an associate with CRS.  Mr. Kiamanesh earned his undergraduate degree from the University of Toronto in 1997, and his Juris Doctorate degree from the Santa Clara University School of Law in 2000.  Mr. Kiamanesh was admitted to the Bar of the State of California in 2000, and has continuously been licensed and has maintained active status in good standing with the California State Bar since that time.  Mr. Kiamanesh's hourly billing rate in this matter is $315.00.

7.  Anthony F. Basile is an associate with CRS.  Mr. Basile earned his undergraduate degree from Stanford University in 2000, and his Juris Doctorate degree from the Santa Clara University School of Law in 2006.  Mr. Basile was admitted to the Bar of the State of California in 2006, and has continuously been licensed and has maintained active status in good standing with the California State Bar since that time.  Mr. Basile is admitted to practice before the United States District Court for the Northern District of California.  Mr. Basile has worked in the field of civil litigation since 2008.  Mr. Basile's hourly billing rate in this matter is $295.

8.  Meggan C. Casas is a former associate with CRS.  Ms. Casas earned her undergraduate degree from Santa Clara University in 2008, and her Juris Doctorate degree from the Santa Clara University School of Law in 2013.  Ms. Casas was admitted to the Bar of the State of California in 2013, and has continuously been licensed and has maintained active status in good standing with the California State Bar since that time.  Ms. Casas is admitted to practice before the United States District Court for the Northern District of California.  Ms. Casas's hourly billing rate in this matter is $225.

9.  The billing rates identified for the attorneys above fall within the range of rates

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Declaration of Daniel L. Casas, Esq. ISO Motion for Attorney's Fees
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
3

1  charged in Santa Clara County for attorneys with comparable experience in similar practice

2  areas.

3       10. The billing records attached as **Exhibit A** capture all time that CRS attorneys

4  billed on behalf of Layer42 in the above-captioned action through June 25, 2014.  In that

5  time CRS attorneys billed a total of $106,012.66 in tasks related to Choyce's lawsuit.  In

6  calculating fees related to the motion to dismiss, I reviewed the attached exhibit and

7  consulted with the attorneys who recorded time to the account.  I have redacted and

8  excluded entries unrelated to the preparation of the motions to dismiss Plaintiff's cause of

9  action for copyright infringement.  However, I included work that was necessary both to the

10 motions to dismiss and other activities, such as Layer42's Special Motions to Strike

11 Plaintiff's state law claims, where the work was inextricably intertwined, with the

12 understanding that the ultimate Lodestar amount may be adjusted to limit an award to work

13 performed in preparing the motions to dismiss the federal copyright infringement claim.

14 After reviewing the billing records and consulting with the CRS attorneys involved in the

15 case, I have identified $49,778.50 in attorneys' fees related to the motions to dismiss the

16 federal copyright infringement claim.

17      11. I have further redacted certain descriptions of service in order to preserve the

18 attorney client privilege and attorney work product doctrine with respect to the work of CRS

19 in this matter and communications with our clients, and in submitting this declaration and

20 other support for the present motion, do not intend to waive such privileges and protections.

21      12. I anticipate that my office will expend an additional $7,500.00 in fees bringing the

22 current motion, which fees include preparing these moving papers, preparing reply papers,

23 and appearing at the hearing on the present motion.

24      13. On Wednesday, June 25, 2014, I telephoned and emailed plaintiff counsel Dow

25 Patten to initiate a meet and confer conference pursuant to Local Rule 54-5(a).  I asked

26 that Mr. Patten share his availability to discuss the motion.

27 //

28 //

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Declaration of Daniel L. Casas, Esq. ISO Motion for Attorney's Fees
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
4

14. Mr. Patten and I exchanged a handful of emails through and including Monday, June 30 concerning the fee motion and Plaintiff's remaining claims.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 2, 2014 in Los Altos CA.

_____/s/_____
Daniel L. Casas

Declaration of Daniel L. Casas, Esq. ISO Motion for Attorney's Fees
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.

# Exhibit A

**Casas Riley & Simonian, LLP**
One First Street, Suite 2
Los Altos, CA 94022
650.948.7200   FAX 650.948.7220
email: cgraviano@legalteam.com                                      Tax ID #94-2494577

Layer42 Networks, Inc.                                               August 25, 2013
1555 Plymouth Street
Mountain View, CA 94043

In Reference To: Choyce Litigation                                   LAYER/CHOYC/DLC

REDACTED

PROFESSIONAL SERVICES

|  |  | Hours | Amount |
|---|---|---|---|
| 8/2/2013 | Attention to e-mail from client regarding Complaint; attention to Complaint; draft e-mail to client regarding indemnification and defense | 0.90 | 283.50 |
| 8/7/2013 | Attention to motion to dismiss lawsuit based on federal statutes; draft e-mail to client regarding service of process | 0.30 | 94.50 |
|  | Receive and review civil complaint for copyright infringement and defamation | 0.60 | 177.00 |
|  | Research online case docket and case prosecution history; review trial court's order to show cause regarding sanctioning plaintiff for failure to serve complaint | 0.20 | 59.00 |
|  | Online investigation of plaintiff Dionne Choyce, Choyce Law Firm, and allegedly defamatory online postings | 1.00 | 295.00 |

Layer42 Networks, Inc.

LAYER/CHOYC/DLC

Page 2

|  |  | Hours | Amount |
|---|---|---|---|
| 8/7/2013 | Legal research regarding federal Rule 12(b)(6) motion to dismiss complaint for failure to state a cause of action, and applicable legal standard required to sustain motion | 1.00 | 295.00 |
|  | Legal research regarding affirmative defenses provided by 17 USC 512 (Online Copyright Liability Limitation Act) and 47 USC 230 (Communications Decency Act's immunity provision for providers of interactive computer services) | 2.00 | 590.00 |
| 8/8/2013 | Review online case docket to confirm whether plaintiff has filed a proof of service of summons and complaint | 0.10 | 29.50 |
| 8/12/2013 | Attention to lawsuit service status | 0.25 | 103.75 |

REDACTED

|  |  | Hours | Amount |
|---|---|---|---|
|  | Online research for filed 12(b)(6) motions asserting defenses under DMCA safe harbor provisions | 1.00 | 295.00 |
| 8/13/2013 | Legal research regarding procedure to bring motion to dismiss under Federal Rules of Civil Procedure, rule 12(b) | 1.50 | 442.50 |
|  | Telephone conversations with counsel for SF Bay Area IMC regarding potential service of complaint | 0.20 | 59.00 |
|  | Prepare email to client requesting information | 1.00 | 295.00 |

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                          Page  3

|  |  | Hours | Amount |
|---|---|---|---|

| 8/13/2013 | REDACTED | | |

|  | Review online case docket for proof of service of the complaint on any named defendants | 0.20 | 59.00 |

| 8/14/2013 | Emails with client | 0.60 | 249.00 |

|  | Attention to e-mails from client regarding lack of insurance coverage and tender of indemnity; attention to federal defenses to lawsuit; attention to prior correspondence with customer regarding lawsuit and indemnity | 0.70 | 220.50 |

|  | Receive and review client's email response to questions regarding Choyce litigation; prepare email with follow-up questions regarding same | 1.10 | 324.50 |

| 8/15/2013 | Attention to gathering background information related to lawsuit and take-down notices in general; emails with client | 0.75 | 311.25 |

|  | REDACTED | | |

|  | Further legal research regarding minimum showing necessary to prevail on a FRCP Rule 12 motion to dismiss for failure to state a cause of action | 1.00 | 295.00 |

|  | Conference with Dan Casas regarding potential responses to Choyce complaint | 0.60 | 177.00 |

|  | Telephone conversation with plaintiff counsel regarding service of civil complaint and impressions of case; prepare follow-up email to counsel requesting copies of takedown notices and proof of service | 0.60 | 177.00 |

Layer42 Networks, Inc.                                      LAYER/CHOYC/DLC

                                                           Page  4


|  | | Hours | Amount |
|---|---|---|---|
| 8/15/2013 | Further prepare email to client with questions regarding Choyce lawsuit | 0.50 | 147.50 |
| | Receive and review client email responses regarding Choyce lawsuit | 0.40 | 118.00 |

REDACTED

| 8/16/2013 | Attend to litigation defenses, takedown notices, etc. | 1.25 | 518.75 |
|---|---|---|---|
| | Attention to e-mail from Plaintiff's counsel regarding prior take down notices; attention to notice; attention to defenses | 0.70 | 220.50 |

REDACTED

Prepare emails to plaintiff counsel requesting                 0.20        59.00
additional information about notices allegedly given to
defendants

REDACTED

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                         Page 5

|            |                                                              | Hours | Amount |
|------------|--------------------------------------------------------------|-------|--------|
| 8/16/2013  | REDACTED                                                      |       |        |
| 8/19/2013  | Emails with and telephone call from Choyce attorney          | 0.40  | 166.00 |
|            | Attention to emails from Choyce counsel regarding Complaint  | 0.50  | 147.50 |
| 8/20/2013  | REDACTED                                                      |       |        |
| 8/22/2013  | Attention to possible 12b6 motion in Federal Court           | 0.75  | 311.25 |
|            | REDACTED                                                      |       |        |
|            | Telephone conversation with client regarding potential responses to Choyce complaint | 0.20 | 59.00 |

Layer42 Networks, Inc.                                   LAYER/CHOYC/DLC

                                                         Page 6

|  | | Hours | Amount |
|---|---|---|---|
| 8/22/2013 | Conference with Dan Casas and Sam Kiamanesh regarding response to Choyce complaint; prepare email to client summarizing options | 0.70 | 206.50 |

REDACTED

|  | | Hours | Amount |
|---|---|---|---|
|  | Prepare stipulation to extend time for Layer42 to respond to Complaint | 0.40 | 118.00 |

REDACTED

|  | | Hours | Amount |
|---|---|---|---|
|  | Prepare email to opposing counsel regarding stipulation to extend time to respond to Complaint | 0.10 | 29.50 |
|  | Begin to prepare 12(b)(6) motion to dismiss Complaint | 0.90 | 265.50 |

REDACTED

8/23/2013

REDACTED

Layer42 Networks, Inc.

LAYER/CHOYC/DLC

Page  7

REDACTED

# Casas Riley & Simonian, LLP

One First Street, Suite 2
Los Altos, CA 94022
650.948.7200  FAX 650.948.7220
email: cgraviano@legalteam.com

Tax ID #94-2494577

Layer42 Networks, Inc.                                          September 25, 2013
1555 Plymouth Street
Mountain View, CA 94043

In Reference To: Choyce Litigation                             LAYER/CHOYC/DLC

REDACTED

## PROFESSIONAL SERVICES

|  |  | Hours | Amount |
|---|---|---|---|
| 8/27/2013 | Emails with client | 0.25 | 103.75 |
| 8/28/2013 | Prepare for and attend mandatory case status hearing in District Court | 3.00 | 1,245.00 |
|  | Review court's order to show cause and rescheduled case management conference order to recommend appearance | 0.30 | 88.50 |
|  | Conference with Dan Casas regarding outcome of Case Management Conference and discussions with plaintiff counsel | 0.20 | 59.00 |
| 8/29/2013 | Prepare and email status report to client | 0.75 | 311.25 |

REDACTED

Layer42 Networks, Inc.                                          LAYER/CHOYC/DLC

                                                               Page 2

|  |  | Hours | Amount |
|---|---|---|---|
| 8/29/2013 | Receive and review Court's Order [OSC vacated; next status hearing 912/4/2013; joint case management statement due 2 weeks prioor to status hearing] | 0.20 | 83.00 |
|  | Exchange emails with Dan Casas regarding Choyce's takedown notices to Cernio | 0.10 | 29.50 |
| 8/30/2013 | REDACTED |  |  |
| 9/3/2013 |  |  |  |
| 9/4/2013 |  |  |  |
| 9/5/2013 |  |  |  |
|  | Prepare email to Choyce counsel regarding removal of articles and demanding dismissal of action | 0.10 | 29.50 |

Layer42 Networks, Inc.                                      LAYER/CHOYC/DLC

                                                            Page  3


|            |                                                                              | Hours | Amount |
|------------|------------------------------------------------------------------------------|-------|--------|
| 9/5/2013   | REDACTED                                                                      |       |        |
| 9/6/2013   |                                                                              |       |        |
| 9/9/2013   | Emails regarding: take down of offending content and dismissal demand of Choyce | 0.75  | 311.25 |
|            | Prepare email to opposing counsel regarding article takedown                 | 0.10  | 29.50  |
| 9/11/2013  | REDACTED                                                                      |       |        |
|            | Receive and review plaintiff counsel's email responding to request for dismissal of claims | 0.20  | 59.00  |
| 9/12/2013  | Work on and email status report and alternatives to client                   | 0.50  | 207.50 |
|            | Attention to information regarding: copyright infringement claim and defenses | 1.25  | 518.75 |
|            | REDACTED                                                                      |       |        |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                          Page  4

|  |  | Hours | Amount |
|---|---|---|---|
| 9/12/2013 | Prepare report to client regarding ATTORNEY-CLIENT PRIVILEGED COMMUNICATION | 1.40 | 413.00 |
|  | REDACTED |  |  |
|  | Attention to indybay's copyright search for registration of Choyce's image file identified in Complaint | 0.20 | 59.00 |
| 9/16/2013 | REDACTED |  |  |
| 9/17/2013 | Attention to motion to dismiss; emails with client | 1.20 | 498.00 |
|  | Telephone conversation with Steve Rubin regarding declaration in support of motion to dismiss/special motion to strike | 0.30 | 88.50 |
|  | Review Northern District's local rules regarding timing requirements for hearing motion to dismiss/special motion to strike | 0.40 | 118.00 |
|  | Prepare memorandum of points and authorities in support of motion to dismiss/special motion to strike | 2.50 | 737.50 |
| 9/18/2013 | Consider research and argument regarding: copyright safe harbor against liability for a service provider | 1.25 | 518.75 |
|  | Prepare email to Steve Rubin regarding ATTORNEY-CLIENT PRIVILEGED COMMUNICATION | 0.20 | 59.00 |
|  | Prepare declaration of Dan Casas in support of motion to dismiss/special motion to strike (anti-SLAPP) | 1.50 | 442.50 |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

Page 5

|  | | Hours | Amount |
|---|---|---|---|
| 9/18/2013 | Prepare declaration of Steve Rubin in support of motion to dismiss/special motion to strike | 1.00 | 295.00 |
|  | Further prepare memorandum of points and authorities in support of  motion to dismiss/special motion to strike (anti-SLAPP) | 5.50 | 1,622.50 |
| 9/19/2013 | Work on Motion to Dismiss Choyce's Federal lawsuit | 3.60 | 1,494.00 |
|  | Further prepare motion to dismiss/special motion to strike | 1.50 | 442.50 |
|  | Prepare email to Steve Rubin regarding draft declaration in support of motion to dismiss/special motion to strike | 0.20 | 59.00 |
|  | Prepare draft proposed order regarding motion to dismiss/special motion to strike | 0.30 | 88.50 |
| 9/20/2013 | Finalize motion to dismiss/special motion to strike; receive and review executed Steve Rubin declaration | 0.60 | 177.00 |
| 9/24/2013 | Receive and review fax from Choyce counsel requesting telephone conference to discuss motion to dismiss/special motion to strike | 0.20 | 59.00 |
| 9/25/2013 | REDACTED |  |  |
|  | Telephone conference with Choyce counsel regarding motion to dismiss/special motion to strike | 0.30 | 88.50 |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

Page 6

| | | Hours | Amount |
|---|---|---|---|
| 9/25/2013 | Prepare report to client regarding motion to dismiss/special motion to strike, conference with Choyce counsel, and possibility of settlement of Choyce's claims | 1.50 | 442.50 |

REDACTED

9/25/2013

REDACTED

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                          Page  7


**Please reference the client matter on your check.  Payment is due within 30 days.**

# Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
650.948.7200   FAX 650.948.7220
email: cgraviano@legalteam.com

Tax ID #94-2494577

Layer42 Networks, Inc.                                    October 25, 2013
1555 Plymouth Street
Mountain View, CA 94043

In Reference To: Choyce Litigation                        LAYER/CHOYC/DLC

REDACTED

PROFESSIONAL SERVICES

|  |  | Hours | Amount |
|---|---|---|---|
| 9/26/2013 | Telephone conversation with Steve Rubin regarding ATTORNEY-CLIENT PRIVILEGED COMMUNICATION | 0.60 | 177.00 |
| 9/30/2013 | REDACTED |  |  |
| 10/1/2013 |  |  |  |
| 10/3/2013 | Telephone conversation with opposing counsel regarding motion to dismiss/special motion to strike; prepare report to client regarding same | 0.30 | 88.50 |
| 10/4/2013 | Attention to status of motion to dismiss, negotiations with Choyce and client's decision to press on | 1.25 | 518.75 |

Layer42 Networks, Inc.                                           LAYER/CHOYC/DLC

                                                                 Page  2

| | | Hours | Amount |
|---|---|---|---|
| 10/7/2013 | REDACTED | | |
| 10/8/2013 | Receive and review Opposition to Motion to Dismiss | 1.50 | 622.50 |
| | Work on Reply Brief in support of Motion to Dismiss | 0.50 | 207.50 |
| | Receive and review Choyce's motion to strike motion to dismiss; exchange emails with client regarding same | 0.40 | 118.00 |
| | Receive and review Choyce's opposition to motion to dismiss/special motion to strike | 1.00 | 295.00 |
| | Receive and review corrected declaration of Dionne Choyce | 0.20 | 59.00 |
| | Attention to status of Copyright Office during federal government shutdown in light of Choyce's opposition | 0.20 | 59.00 |
| | Prepare report to client evaluating Choyce's opposition to motion to strike/special motion to dismiss | 0.40 | 118.00 |
| 10/9/2013 | REDACTED | | |
| | Draft reply brief in support of motion to dismiss/special motion to strike | 2.50 | 737.50 |

Layer42 Networks, Inc.

LAYER/CHOYC/DLC

Page  3

| | | Hours | Amount |
|---|---|---|---|
| 10/10/2013 | REDACTED | | |
| | Work on draft Reply brief | 1.40 | 581.00 |
| | Further prepare reply brief in support of  motion to dismiss/motion to strike | 1.50 | 442.50 |
| | Further legal research regarding motion to dismiss procedure | 0.50 | 147.50 |
| 10/15/2013 | Finalize for serving and filing Layer42's Reply Brief | 1.50 | 622.50 |
| | Finalize reply brief for filing | 0.40 | 118.00 |
| 10/17/2013 | REDACTED | | |
| 10/21/2013 | | | |
| 10/23/2013 | Receive court order; emails with client | 0.25 | 103.75 |
| 10/25/2013 | REDACTED | | |

Layer42 Networks, Inc.                    LAYER/CHOYC/DLC

Page  4

REDACTED

Layer42 Networks, Inc.                                          LAYER/CHOYC/DLC

                                                               Page  5

REDACTED

# Casas Riley & Simonian, LLP

One First Street, Suite 2
Los Altos, CA 94022

650.948.7200   FAX 650.948.7220
email: cgraviano@legalteam.com

Tax ID #94-2494577

Layer42 Networks, Inc.
1555 Plymouth Street
Mountain View, CA 94043

November 25, 2013

In Reference To: Choyce Litigation

LAYER/CHOYC/DLC

REDACTED

## PROFESSIONAL SERVICES

|  | Hours | Amount |
|---|---|---|
| 10/28/2013 | REDACTED |  |
| 10/29/2013 |  |  |
| 10/30/2013 |  |  |
| 11/6/2013 |  |  |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                          Page  2

|  |  | Hours | Amount |
|---|---|---|---|
| 11/6/2013 | REDACTED |  |  |
| 11/7/2013 | Receive and review plaintiff counsel's declaration regarding copyright registration | 0.10 | 29.50 |
| 11/11/2013 | Attention to opposition to motion to dismiss | 0.60 | 249.00 |
| 11/14/2013 | Prepare for and attend and argue at hearings on Layer42's motion to dismiss/anti-slapp and Choyce's motion to dismiss [RESULT: COURT TAKES UNDER SUBMISSION]; emails with client regarding: results | 4.25 | 1,763.75 |
|  | Conference with Dan Casas regarding hearing on motion to strike | 0.40 | 118.00 |
| 11/25/2013 | REDACTED |  |  |
| 11/19/2013 |  |  |  |

Layer42 Networks, Inc.

LAYER/CHOYC/DLC

Page  3

REDACTED

Please reference the client matter on your check.  Payment is due within 30 days.

# Casas Riley & Simonian, LLP

One First Street, Suite 2
Los Altos, CA 94022
650.948.7200 FAX 650.948.7220
email: cgraviano@legalteam.com                    Tax ID #94-2494577

Layer42 Networks, Inc.                            December 18, 2013
1555 Plymouth Street
Mountain View, CA 94043

In Reference To: Choyce Litigation                LAYER/CHOYC/DLC

REDACTED

## PROFESSIONAL SERVICES

|            |          | Hours | Amount |
|------------|----------|-------|--------|
|            | REDACTED |       |        |
| 11/26/2013 |          |       |        |
| 11/27/2013 |          |       |        |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                          Page 2

|  |  | Hours | Amount |
|---|---|---|---|
| 12/1/2013 | Attention to Court's minute order following order on motion to dismiss/motion to strike | 0.20 | 59.00 |
| 12/2/2013 | Receive and study Judge Tigar's ruling on 3 motions; prepare and send detailed emails with client | 1.25 | 518.75 |

REDACTED

|  |  | Hours | Amount |
|---|---|---|---|
|  | Receive and review indybay's motion for extension of time to respond to complaint | 0.30 | 88.50 |

REDACTED

12/6/2013

12/9/2013

Layer42 Networks, Inc.                                   LAYER/CHOYC/DLC

                                                         Page  3

|  |  | Hours | Amount |
|---|---|---|---|

12/9/2013  REDACTED

           Prepare response to Steve Rubin's email regarding▯        0.60      177.00
           ATTORNEY-CLIENT PRIVILEGED
           COMMUNICATION
           REDACTED




12/10/2013




12/11/2013

12/12/2013




12/13/2013

Layer42 Networks, Inc.

LAYER/CHOYC/DLC

Page  4

|  | Hours | Amount |
|---|---|---|
| 12/13/2013 | | |
| 12/16/2013 | | |
| 12/18/2013 | | |

REDACTED

Layer42 Networks, Inc.

LAYER/CHOYC/DLC

Page  5

Amount

REDACTED

12/10/201
12/18/201

Time Summary

REDACTED

Please reference the client matter on your check.  Payment is due within 30 days.

**Casas Riley & Simonian, LLP**
One First Street, Suite 2
Los Altos, CA 94022
650.948.7200  FAX 650.948.7220
email: cgraviano@legalteam.com                                    Tax ID #94-2494577

Layer42 Networks, Inc.                                           January 25, 2014
1555 Plymouth Street
Mountain View, CA 94043

In Reference To: Choyce Litigation                               LAYER/CHOYC/DLC

CURRENT BALANCE DUE                                              $19,897.00

PROFESSIONAL SERVICES

|  |  | Hours | Amount |
|---|---|---|---|
| 12/23/2013 | Receive and brief review of Choyce's amended complaint; email amended complaint to client | 0.75 | 311.25 |
|  | Initial receipt and review of First Amended Complaint; prepare email memo to Dan Casas regarding same | 0.40 | 118.00 |
|  | Make side-by-side comparison of Complaint and First Amended Complaint | 1.00 | 295.00 |
|  | Research procedure and grounds for sanctions under Rule 11 for meritless or harassing pleadings or other filings | 0.20 | 59.00 |
| 12/24/2013 | Legal research regarding time to respond to amended pleading (FRCP Rule 15) and court's discretion in granting leave to further amend subsequent proposed pleadings | 0.20 | 59.00 |
| 12/30/2013 | Attention to First Amended Complaint; emails with client regarding ATTORNEY-CLIENT PRIVILEGED COMMUNICATION | 1.50 | 622.50 |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                          Page 2

|  |  | Hours | Amount |
|---|---|---|---|
| 1/2/2014 | Attention to Choyce's amended complaint; work on draft motions to dismiss copyright claim and SLAPP motion against state law claims | 1.25 | 518.75 |
|  | REDACTED |  | 0 |
|  | Research and begin drafting Motion to Dismiss and Anti-SLAPP motion in response to First Amended Complaint | 7.00 | 1,575.00 |
|  | REDACTED |  |  |
| 1/3/2014 | Work on draft motion to dismiss copyright infringement claim and motion to strike state law defamation claim | 2.20 | 913.00 |
|  | Draft and revise Motion to Dismiss and Anti-SLAPP motion in response to First Amended Complaint | 7.00 | 1,575.00 |
| 1/4/2014 | Work on draft motion for dismissal of copyright infringement claim and anti-SLAPP motion to strike state law defamation claim | 2.75 | 1,141.25 |
| 1/5/2014 | Work on and finalize draft motions to dismiss and to specially strike claims in FAC | 2.25 | 933.75 |
| 1/6/2014 | Finalize and file two motions, email filed court papers to client | 1.25 | 518.75 |
|  | Research regarding complaint amendments | 0.50 | 112.50 |
|  | Finalize motion to dismiss/special motion to strike for filing and service | 3.80 | 1,121.00 |

Layer42 Networks, Inc.                                          LAYER/CHOYC/DLC

Page  3

| | | Hours | Amount |
|---|---|---|---|
| 1/6/2014 | Research limits on leave to amend under FRCP Rule 15 | 0.40 | 118.00 |
| 1/7/2014 | Attention to Indybay's response to complaint and order extending deadline | 0.25 | 103.75 |
| | Attention to deadlines to respond to amended complaint (Rule 15) | 0.20 | 59.00 |
| 1/9/2014 | Receive and read Indybay's motion to dismiss/motion to specially strike Choyce's Complaint | 1.40 | 581.00 |
| | Receive and review indybay's motion to dismiss/special motion to strike | 0.60 | 177.00 |
| 1/14/2014 | REDACTED | | |
| 1/17/2014 | Receive Court notice regarding: order for transcript (by Choyce) | 0.20 | NO CHARGE |
| | Receive and review Choyce's request for transcript of hearing on motion to dismiss/special motion to strike | 0.10 | 29.50 |
| 1/21/2014 | REDACTED | | |
| | Telephone conversations with counsel for indybay regarding stipulation to continue case management conference | 0.30 | 88.50 |
| | REDACTED | | |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                          Page  4

|  |  | Hours | Amount |
|---|---|---|---|
| 1/22/2014 | Attend to continuance of status hearing in Federal Court | 0.25 | 103.75 |
|  | Receive and review indybay's proposed stipulation to continue case management conference; stipulate to same | 0.30 | 88.50 |
|  | Receive and review plaintiff's opposition to motion to dismiss/motion to strike and proposed Second Amended Complaint (2.0); begin to outline reply (.5) | 2.50 | 737.50 |
| 1/23/2014 | Receive and email to client confirmation of continued status hearing | 0.25 | 103.75 |
| 1/24/2014 | Review Choyce's Opposition to IndyBay's motion to dismiss/motion to strike, with attention to references to Layer42, including statement that Layer42 removed content from IndyBay's website | 1.50 | 622.50 |
|  | Work on draft Reply to Choyce's Opposition to 12b6 Motion/anti-SLAPP Motion | 1.75 | 726.25 |
|  | Draft reply in support of  motion to dismiss/motion to strike | 5.50 | 1,622.50 |

REDACTED

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                         Page  5

REDACTED

# Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
650.948.7200  FAX 650.948.7220
email: cgraviano@legalteam.com

Tax ID #94-2494577

Layer42 Networks, Inc.
1555 Plymouth Street
Mountain View, CA 94043

February 25, 2014

In Reference To: Choyce Litigation

LAYER/CHOYC/DLC

REDACTED

### PROFESSIONAL SERVICES

|  | Hours | Amount |
|---|---|---|
| 1/27/2014 Finalize Reply to Choyce's Opposition to Second Motion to Dismiss/anti-SLAPP motion | 2.20 | 913.00 |
| Further prepare reply in support of motion to dismiss/motion to strike | 0.30 | 88.50 |
| 1/28/2014 Email Reply brief to client | 0.20 | NO CHARGE |
| 1/30/2014 Receive and review Indybay's Reply brief | 1.00 | 415.00 |
| Receive and review IndyBay's reply in support of motion to dismiss/special motion to strike | 0.60 | 177.00 |
| 2/3/2014 Receive and review court's order vacating hearing on motions to dismiss/special motions to strike | 0.30 | 88.50 |
| 2/5/2014 Attention to Layer42's request for reinstatement of motion hearing | 0.20 | 59.00 |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

Page  2

|  |  | Hours | Amount |
|---|---|---|---|
| 2/6/2014 | Review Court's order resetting hearing on motions to dismiss/strike Choyce's claims; prepare and send detailed email from client; emails with client; telephone call to IndyBay counsel | 0.70 | 290.50 |

REDACTED

Layer42 Networks, Inc.

LAYER/CHOYC/DLC

Page  3

Amount

REDACTED

# Casas Riley & Simonian, LLP

One First Street, Suite 2
Los Altos, CA 94022
650.948.7200   FAX 650.948.7220
email: cgraviano@legalteam.com                     Tax ID #94-2494577


Layer42 Networks, Inc.                             March 25, 2014
1555 Plymouth Street
Mountain View, CA 94043


In Reference To: Choyce Litigation                 LAYER/CHOYC/DLC

REDACTED

### PROFESSIONAL SERVICES

|           |                                                                                                                     | Hours | Amount |
|-----------|---------------------------------------------------------------------------------------------------------------------|-------|--------|
| 3/7/2014  | Review email from indybay counsel regarding motion to continue Case management conference; prepare email to counsel confirming stipulation to same | 0.20  | 59.00  |
| 3/11/2014 | Further attention to Choyce's demand to prepare joint case management statement and indybay's motion to continue case management conference | 0.10  | 29.50  |
| 3/12/2014 | Receive federal court order moving status hearing to May 7; emails with client | 0.25  | 103.75 |

REDACTED

|           |                                                                                  | Hours | Amount |
|-----------|----------------------------------------------------------------------------------|-------|--------|
|           | Receive and review court's orders granting indybay's Motion and continuing case management conference | 0.20  | 59.00  |

REDACTED

Layer42 Networks, Inc.                                      LAYER/CHOYC/DLC

                                                           Page  2

|            |                                              | Hours | Amount |
|------------|----------------------------------------------|-------|--------|
|            | REDACTED                                     |       |        |
| 3/12/2014  |                                              |       |        |
| 3/13/2014  |                                              |       |        |
| 3/25/2014  | Review moving papers for hearing on motion to dismiss | 1.00 | 225.00 |

REDACTED

# Casas Riley & Simonian, LLP

One First Street, Suite 2
Los Altos, CA 94022

650.948.7200  FAX 650.948.7220
email: cgraviano@legalteam.com

Tax ID #94-2494577

Layer42 Networks, Inc.
1555 Plymouth Street
Mountain View, CA 94043

April 25, 2014

In Reference To: Choyce Litigation

LAYER/CHOYC/DLC

REDACTED

## PROFESSIONAL SERVICES

|  |  | Hours | Amount |
|---|---|---|---|
| 3/26/2014 | Prepare for hearing on motion to dismiss first amended complaint | 2.00 | 450.00 |
|  | Attention to defendants' moving papers to prepare for hearing on motions to dismiss/special motions to strike | 0.40 | 118.00 |
| 3/27/2014 | Prepare for hearing on motion to dismiss | 3.00 | 675.00 |
|  | Attend hearing on motion to dismiss | 4.50 | 1,012.50 |
|  | Attend hearing on Layer42's and Indybay's motions to dismiss/special motions to strike | 5.00 | 1,475.00 |
| 4/21/2014 | Receive and review proposal from Indybay counsel to stipulate to continued case management conference; prepare emails to counsel confirming same | 0.20 | 59.00 |
| 4/24/2014 | Receive and review court's minute order continuing case management conference | 0.10 | 29.50 |

Layer42 Networks, Inc.

LAYER/CHOYC/DLC

Page  2

|  | Hours | Amount |
|---|---|---|
| REDACTED | | |

# Casas Riley & Simonian, LLP

One First Street, Suite 2
Los Altos, CA 94022

650.948.7200   FAX 650.948.7220
email: cgraviano@legalteam.com

Tax ID #94-2494577

Layer42 Networks, Inc.
1555 Plymouth Street
Mountain View, CA 94043

May 25, 2014

In Reference To: Choyce Litigation

LAYER/CHOYC/DLC

REDACTED

# Casas Riley & Simonian, LLP

One First Street, Suite 2
Los Altos, CA 94022

650.948.7200   FAX 650.948.7220
email: cgraviano@legalteam.com

Tax ID #94-2494577

Layer42 Networks, Inc.
1555 Plymouth Street
Mountain View, CA 94043

June 25, 2014

In Reference To: Choyce Litigation

LAYER/CHOYC/DLC

### CURRENT BALANCE DUE

$2,482.75

### PROFESSIONAL SERVICES

|  |  | Hours | Amount |
|---|---|---|---|
| 6/2/2014 | Receive and review Court Order [RULING: GRANTS MOTION TO DISMISS FEDERAL COPYRIGHT CLAIM AND REFUSES TO ADDRESS STATE LAW CLAIMS AND SLAPP MOTIONS] | 0.75 | 311.25 |
|  | Receive and review Judge Tigar's order dismissing with prejudice plaintiff's copyright infringement claim, dismissing without prejudice state law claims, and denying without prejudice defendants' anti-slapp motions; prepare email to client regarding same | 1.20 | 378.00 |
| 6/4/2014 | Telephone call with indybay counsel regarding order for judgment; review federal statutes for availability of attorney fees and costs to prevailing party on copyright infringement claim | 0.40 | 126.00 |
| 6/6/2014 | Receive and review indybay's proposed order of judgment | 0.20 | 63.00 |

Layer42 Networks, Inc.                                        LAYER/CHOYC/DLC

                                                             Page 2

|  |  | Hours | Amount |
|---|---|---|---|
| 6/9/2014 | Finish analysis of pursuing fees/costs on copyright defense; detailed email to client | 0.75 | 311.25 |
|  | Receive notice from Court regarding substitution of counsel of record | 0.25 | NO CHARGE |
|  | Prepare email to client regarding possible motion for recovery of attorney fees in copyright infringement action | 0.40 | 126.00 |
|  | Attention to indybay's substitution of attorney filing | 0.20 | 63.00 |
| 6/12/2014 | Follow up with indybay counsel regarding proposed order of judgment | 0.20 | 63.00 |
| 6/16/2014 | REDACTED |  |  |
|  | Attend to client's options for attorney fees and costs motion after Judgment | 0.40 | 166.00 |
| 6/17/2014 | Receive and review filed proposed Order of Judgment | 0.10 | 31.50 |
| 6/19/2014 | Receive and review final Order of Judgment; email same to client | 0.40 | 126.00 |
|  | Further legal research regarding scope of recoverable fees after prevailing in copyright infringement action | 0.20 | 63.00 |
| 6/23/2014 | Attend to possible fee/cost motion against Choyce; emails with client | 0.60 | 249.00 |
| 6/24/2014 | Email from client; telephone call to Choyce's lawyer (left message to call) | 0.25 | 103.75 |

Layer42 Networks, Inc.                                    LAYER/CHOYC/DLC

                                                          Page  3

|  | | Hours | Amount |
|---|---|---|---|
| 6/25/2014 | Telephone call and emails to Choyce's lawyer regarding settlement offer; emails with client | 0.50 | 207.50 |
|  | Attention to email exchange with client regarding | 0.10 | 31.50 |

ATTORNEY-CLIENT PRIVILEGED
COMMUNICATION

REDACTED