IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>Plaintiff<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10,<br><br>Defendants. | Case No.: CV-13-01842<br><br>**[proposed] ORDER GRANTING MOTION FOR ATTORNEY'S FEES**<br><br>**Date: September 4, 2014**<br>**Time: 2:00pm**<br>**Courtroom: 9, 19th Floor** |

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

The motion of Defendant LAYER42.NET, INC. for an award of attorney's fees pursuant to 17 U.S.C. § 505 came on for hearing in Courtroom 9 of this Court on [DATE] at [TIME]. Daniel L. Casas, Esquire appeared on behalf of Defendant and moving party Layer42.Net, Inc. Dow Patten, Esquire appeared on behalf of Plaintiff Dionne Choyce.

Having read and considered the motion, the memoranda and declarations filed by the parties, and having heard argument of counsel, the Court finds as follows:

The Court concludes that the rates at which services are billed by Layer42.Net, Inc's counsel are reasonable, and that the time spent by Layer42.Net, Inc's attorneys defending Plaintiff Dionne Choyce's copyright claim is also reasonable and well supported by the declarations and exhibits accompanying Layer42.Net, Inc's moving papers.

The Court determines that the amount of $_____.__ is reasonable and constitutes the amount which Plaintiff DIONNE CHOYCE shall pay to counsel for Layer42.Net, Inc. no later than ___ days after notice of entry of this order.

IT IS SO ORDERED.

Dated: _____         _____

The Honorable Jon S. Tigar
United States District Court Judge

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Order
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
2