Daniel L. Casas, Esq. (SBN 116528)
dcasas@legalteam.com
Anthony F. Basile, Esq. (SBN 247409)
abasile@legalteam.com
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX

Attorneys for Defendant
LAYER42.NET, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>Plaintiff<br><br>v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10,<br><br>Defendants. | Case No.: CV-13-01842<br><br>**PROOF OF SERVICE**<br><br>**Date: September 4, 2014**<br>**Time: 2:00pm**<br>**Courtroom: 9, 19th Floor**<br><br>**Action Filed: April 23, 2013** |

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Proof of Service
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following documents were served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this 2nd day of July, 2014. I declare under penalty of perjury that the foregoing is true and correct.

**NOTICE OF MOTION AND MOTION FOR RECOVERY OF ATTORNEY'S FEES FOLLOWING DISMISSAL OF COPYRIGHT INFRINGEMENT CLAIM**

**DECLARATION OF DANIEL L. CASAS, ESQ. IN SUPPORT OF LAYER42.NET, INC.'S MOTION FOR RECOVERY OF ATTORNEY'S FEES**

**[proposed] ORDER GRANTING MOTION FOR ATTORNEY'S FEES**

| *Attorneys for Plaintiff, Dionne Choyce* | *Attorneys for SF Bay Area Independent Media Center* |
|---|---|
| Dow W. Patten, Esq.<br>SMITH PATTEN<br>355 Sacramento St., Suite 1120<br>San Francisco, CA 94111<br>dow@smithpatten.com | Leila Christine Knox<br>Bryan Cave LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>leila.knox@bryancave.com |

Dated: July 2, 2014

/s/ Nicole Svoboda

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Proof of Service
CHOYCE v. SF BAY AREA INDEPENDENT MEDIA CENTER, et al.
2