1 | SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
2 | 353 Sacramento St., Suite 1120
San Francisco, California 94111
3 | Telephone: (415) 402-0084
Facsimile: (415) 520-0104
4
5 | Attorneys for Plaintiff DIONNE CHOYCE

6 | BRYAN CAVE LLP
ROGER MYERS, ESQ. (SBN: 146164)
LEILA KNOX, ESQ. (SBN: 245999)
7 | JESSICA MAR, ESQ. (SBN: 293304)
560 Mission Street, 25th Floor
8 | San Francisco, California 94105-2994
Telephone: (415) 675-3400
9 | Facsimile: (415) 675-3434

10 | Attorneys for Defendant SF BAY AREA INDEPENDENT MEDIA CENTER

11 | CASAS RILEY & SIMONIAN, LLP
DANIEL L. CASAS, ESQ. (SBN: 116528)
12 | ANTHONY F. BASILE, ESQ. (SBN: 247409)
One First Street, Suite 2
13 | Los Altos, California 94022
Telephone: (650) 948-7200
14 | Facsimile: (650) 948-7220

15 | Attorneys for Defendant LAYER42.NET, INC.

16

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIONNE CHOYCE, an individual, | Case No.: CV-13-01842-JST |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' ATTORNEY'S FEES MOTIONS** |
| SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10. | Date: September 4, 2014
Time: 2:00 PM
Judge: Hon. Jon S. Tigar |
| Defendants. | |

1
STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' ATTORNEY'S FEES MOTIONS
(Case No.: CV-13-01842-JST)

WHEREAS, the deadline is July 16, 2014 for Plaintiff Dionne Choyce ("Plaintiff") to file his Oppositions to Defendant SF Bay Area Independent Media Center's Motion for Award of Attorneys' Fees Pursuant to 17 U.S.C. § 505 and Defendant Layer42.Net, Inc.'s ("Layer42.Net") Motion for Recovery of Attorney's Fees Following Dismissal of Copyright Infringement Claim (collectively, "Motions").

WHEREAS, the deadline is July 23, 2014 for Defendants SF Bay Area Independent Media Center and Layer42.Net to file their Reply briefs to Plaintiff's Opposition briefs.

WHEREAS, this Court continued the hearing for Defendants' Motions to September 4, 2014 (Dkt# 60).

WHEREAS, due to the Court's continuance, the parties have agreed to extend the deadlines for Plaintiff's Opposition Brief and Defendants' Reply briefs.

The parties therefore STIPULATE as follows:

The date by which Plaintiff must file his Opposition briefs to each Defendant's Motion is extended from July 16, 2014 to July 31, 2014.

The date by which Defendants SF Bay Area Independent Media Center and Layer42.Net must file their Reply briefs to Plaintiff's Opposition briefs is extended from July 23, 2014 to August 21, 2014.

Respectfully submitted,

Dated: July 14, 2014                SMITH PATTEN

                                    By:   /s/ DOW W. PATTEN

                                    SPENCER F. SMITH
                                    DOW W. PATTEN
                                    Attorneys for Plaintiff
                                    DIONNE CHOYCE

1
2
3  Dated: July 14, 2014                    BRYAN CAVE LLP
4                                   By:    /s/ Leila Knox
                                           ROGER MYERS
5                                          LEILA KNOX
                                           JESSICA MAR
6                                          Attorneys for Defendant
                                           SF BAY AREA INDEPENDENT
7                                          MEDIA CENTER

8  Dated: July 14, 2014                    CASAS RILEY & SIMONIAN, LLP
9                                   By:    /s/ Daniel L. Casas
                                           DANIEL L. CASAS
10                                         ANTHONY F. BASILE
                                           Attorneys for Defendant
11                                         LAYER42.NET, INC.
12
13                              **[PROPOSED] ORDER**

14  Having reviewed the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.
15
16  Dated: _____            _____
17                                        United States District Judge
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' ATTORNEY'S FEES MOTIONS
(Case No.: CV-13-01842-JST)