SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone: (415) 402-0084
Facsimile: (415) 520-0104

Attorneys for Plaintiff DIONNE CHOYCE

BRYAN CAVE LLP
ROGER MYERS, ESQ. (SBN: 146164)
LEILA KNOX, ESQ. (SBN: 245999)
JESSICA MAR, ESQ. (SBN: 293304)
560 Mission Street, 25th Floor
San Francisco, California 94105-2994
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

Attorneys for Defendant SF BAY AREA INDEPENDENT MEDIA CENTER

CASAS RILEY & SIMONIAN, LLP
DANIEL L. CASAS, ESQ. (SBN: 116528)
ANTHONY F. BASILE, ESQ. (SBN: 247409)
One First Street, Suite 2
Los Altos, California 94022
Telephone: (650) 948-7200
Facsimile: (650) 948-7220

Attorneys for Defendant LAYER42.NET, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10.<br><br>　　　　　Defendants. | Case No.: CV-13-01842-JST<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' ATTORNEY'S FEES MOTIONS**<br><br>Date: September 4, 2014<br>Time: 2:00 PM<br>Judge: Hon. Jon S. Tigar |

WHEREAS, the deadline is July 16, 2014 for Plaintiff Dionne Choyce ("Plaintiff") to file his Oppositions to Defendant SF Bay Area Independent Media Center's Motion for Award of Attorneys' Fees Pursuant to 17 U.S.C. § 505 and Defendant Layer42.Net, Inc.'s ("Layer42.Net") Motion for Recovery of Attorney's Fees Following Dismissal of Copyright Infringement Claim (collectively, "Motions").

WHEREAS, the deadline is July 23, 2014 for Defendants SF Bay Area Independent Media Center and Layer42.Net to file their Reply briefs to Plaintiff's Opposition briefs.

WHEREAS, this Court continued the hearing for Defendants' Motions to September 4, 2014 (Dkt# 60).

WHEREAS, due to the Court's continuance, the parties have agreed to extend the deadlines for Plaintiff's Opposition Brief and Defendants' Reply briefs.

The parties therefore STIPULATE as follows:

The date by which Plaintiff must file his Opposition briefs to each Defendant's Motion is extended from July 16, 2014 to July 31, 2014.

The date by which Defendants SF Bay Area Independent Media Center and Layer42.Net must file their Reply briefs to Plaintiff's Opposition briefs is extended from July 23, 2014 to ~~August 21, 2014~~. August 8, 2014.

Respectfully submitted,


Dated: July 14, 2014                    SMITH PATTEN

                              By:   _/s/ DOW W. PATTEN_____

                                    SPENCER F. SMITH
                                    DOW W. PATTEN
                                    Attorneys for Plaintiff
                                    DIONNE CHOYCE

STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' ATTORNEY'S FEES MOTIONS
(Case No.: CV-13-01842-JST)

Dated: July 14, 2014                     BRYAN CAVE LLP

                                         By:    /s/ Leila Knox
                                         ROGER MYERS
                                         LEILA KNOX
                                         JESSICA MAR
                                         Attorneys for Defendant
                                         SF BAY AREA INDEPENDENT
                                         MEDIA CENTER

Dated: July 14, 2014                     CASAS RILEY & SIMONIAN, LLP

                                         By:    /s/ Daniel L. Casas
                                         DANIEL L. CASAS
                                         ANTHONY F. BASILE
                                         Attorneys for Defendant
                                         LAYER42.NET, INC.

## [PROPOSED] ORDER

Having reviewed the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

Dated:  July 16, 2014

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
AS MODIFIED

Judge Jon S. Tigar

STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' ATTORNEY'S FEES MOTIONS
(Case No.: CV-13-01842-JST)