1  Daniel L. Casas, Esq. (SBN 116528)
   *dcasas@legalteam.com*
2  Anthony F. Basile, Esq. (SBN 247409)
   *abasile@legalteam.com*
3  CASAS RILEY & SIMONIAN, LLP
   One First Street, Suite 2
4  Los Altos, CA 94022
   (650) 948-7200
5  (650) 948-7220 FAX

6  Attorneys for Defendant
   LAYER42.NET, INC.
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| DIONNE CHOYCE, an individual, | Case No.: CV-13-01842 |
|---|---|
| Plaintiff | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10, | |
| Defendants. | |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that effective July 21, 2014, Casas Riley & Simonian, LLP will be relocating from One First Street, Suite 2, Los Altos, California 94022 to the following location:

Casas Riley & Simonian, LLP
55 North 3rd Street
Campbell, California 95008

Please direct all pleadings and correspondence in this matter to the new address

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Notice of Change of Address
Choyce v. SF Bay Area Independent Media Center, et al., CV1301842, Page 1

1  above.  No further notice will be given.

2

3

4

5  Dated:  July  17, 2014                    CASAS RILEY & SIMONIAN, LLP

6
                                             By:____/s/_____
7                                                Daniel L. Casas, Esq. (SBN 116528)
                                                 Anthony F. Basile, Esq. (SBN 247409)
8                                                Attorneys for Defendant
                                                 LAYER42.NET, INC.
9

10

11                              **CERTIFICATE OF SERVICE**

12   The undersigned hereby certifies that a true copy of this document was served upon the

13  persons listed on this document at the addresses indicated by CM/ECF electronic

14  notification or by enclosing the same in an envelope with postage fully paid and by

15  depositing said envelope in a United States Post Office depository this 17th  day of July,

16  2014.  I declare under penalty of perjury that the foregoing is true and correct.

17
       *Attorneys for Plaintiff, Dionne Choyce*       *Attorneys for SF Bay Area*
18                                                    *Independent Media Center*

19                                                    Leila Christine Knox
    Dow W. Patten, Esq.                               Bryan Cave LLP
20  SMITH PATTEN                                      560 Mission Street, 25th Floor
    355 Sacramento St., Suite 1120                    San Francisco, CA 94105
21  San Francisco, CA 94111                           leila.knox@bryancave.com
    dow@smithpatten.com
22

23

24

25  Dated: July 17, 2014                              ____/s/ Nicole Svoboda_____

26

27

28

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Notice of Change of Address
Choyce v. SF Bay Area Independent Media Center, et al., CV1301842, Page 2