SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone: (415) 402-0084
Facsimile: (415) 520-0104

Attorneys for Plaintiff
DIONNE CHOYCE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10.<br><br>　　　　　Defendants. | Case No.: CV-13-01842-JST<br><br>**DECLARATION OF DOW W. PATTEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT LAYER42'S MOTION FOR RECOVERY OF ATTORNEY'S FEES**<br><br>Date: September 4, 2014<br>Time: 2:00 PM<br>Judge: Hon. Jon S. Tigar |

I, DOW W. PATTEN, declare and state as follows:

1.　I am attorney of record for Plaintiff herein and have personal knowledge of the facts set forth herein; if called as a witness I would testify competently thereto.

2.　Attached hereto as Exhibit "A" is a true and correct copy of an e-mail from Anthony Basile of August 15, 2013 at 5:30 p.m. The email concerns Defendant's confirmation of receipt of the DMCA takedown notices and of Plaintiff's complaint.

3.　Attached hereto as Exhibit "B" is a true and correct copy of an e-mail from Dan Casas of August 20, 2013 at 9:20 a.m. concerning the posting and/or removing of content by Layer42.

4.       Attached hereto as Exhibit "C" is a true and correct copy of an e-mail from Anthony Basile of September 5, 2013 at 10:59 a.m. confirming that Indybay had removed the two articles at issue in this action.

5.       Attached hereto as Exhibit "D" is a true and correct copy of an e-mail I sent on September 11, 2013 at 5:17 p.m. asking for all parties to come to the table for a global settlement to ensure that the defamatory material and Plaintiff's visage would not be posted in the future. I never received a response to this email.

6.       Attached hereto as Exhibit "E" is a true and correct copy of a chain of emails from June 27, 2014 between myself and Defendant's counsel.

7.       Attached hereto as Exhibit "F" is a true and correct copy of a chain of emails from June 30, 2014 regarding the fee agreement between myself and Defendant's counsel. On June 30, 2014 I called Defendant's counsel and left a voice mail to confirm our agreement. I never received a response from Defendant's counsel.

8.       Attached hereto as Exhibit "G" is a true and correct copy of portions of the Transcript of Proceedings before the Honorable Jon S. Tigar from November 14, 2013.

9.       Attached hereto as Exhibit "H" is a summary of activities from Exhibit A to Mr. Casas's Declaration (Dkt #61-1). These activities contain mixed, block-billed, or insufficient entries which cannot be the basis for Defendant's attorneys' fees.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of July, 2014

                                                                                   */s/ Dow W. Patten*
                                                                                   Dow W. Patten