# EXHIBIT "A"

**Anthony Basile** <ABasile@legalteam.com>
To: "dow@smithpatten.com" <dow@smithpatten.com>
Cc: Dan Casas <DCasas@legalteam.com>

Thu, Aug 15, 2013 at 5:30 PM

Dow,

Thank you for speaking with me this afternoon. Our firm represents Layer42.Net, Inc. (Layer42), and we have received a copy of Dionne Choyce's Complaint against SF Bay Area IMC, Layer42, and Cernio Technology Cooperative.

I write to confirm my request for the following documents:

A copy of the proof of service of the Complaint on Layer42.

All DMCA takedown notices you or your firm served on Layer42 on behalf of Mr. Choyce, and all responses you received to those notices. If you served takedown notices on the other named defendants, I'd appreciate copies of those notices and any responses, as well.

I appreciate your willingness to share your thoughts on the case, and look forward to speaking with you again soon.

Regards,

Anthony

_____

ANTHONY F. BASILE

**CRS The Legalteam**

CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA 94022
tel 650 . 948 . 7200
fax 650 . 948 . 7220

www.legalteam.com

_____

Circular 230 Disclosure. To ensure compliance with Treasury Department regulations, we inform you that any U S tax advice contained in this communication (including any attachments) was not intended or written to be used and cannot be used, for the purpose of avoiding U S tax related penalties or promoting marketing or recommending to another party any tax-related matters addressed herein

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error

# EXHIBIT "B"

Dan Casas <DCasas@legalteam.com>          Tue, Aug 20, 2013 at 9:20 AM
To: Dow Patten <dow@smithpatten.com>
Cc: "spencer@smithpatten.com" <spencer@smithpatten.com>, Anthony Basile
<ABasile@legalteam.com>

Mr. Patten,

We are glad to cooperate if at all possible. At present, Layer42.net does not control the posting or
removing of content. It is a collocation firm which has contracts with its customers. I will speak with
Layer42 about whether it can terminate the contracts with these specific customers, under the
circumstances.

Regarding an extension to respond to the Complaint, are you saying now that you are not amenable to
an extension? If you are, then will you allow us 30 additional days to respond?

Dan

_____

DANIEL L. CASAS

CRS The Legalteam

CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA 94022
tel 650 . 948 . 7200
fax 650 . 948 . 7220

www.legalteam.com

_____

Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you
that any U.S. tax advice contained in this communication (including any attachments) was not intended
or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or
promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended
recipient, please delete it without further distribution and reply to the sender that you have received the
message in error.

From: dow.patten@gmail.com [mailto:dow.patten@gmail.com] On Behalf Of Dow Patten
Sent: Monday, August 19, 2013 6:06 PM
To: Dan Casas
Cc: spencer@smithpatten.com; Anthony Basile
Subject: Re: Choyce v. SF Bay Area IMC, et al.

Mr. Casas

Do you really think I would be asking your help if they had agents for service?

We were amenable to an extension, but we still don't have the content down, or any cooperation from your side.

I find your response very disappointing as your could have been settled pretty quickly if we had some cooperation from your side.

Regards,
Dow W. Patten

On Mon, Aug 19, 2013 at 5:36 PM, Dan Casas <DCasas@legalteam.com> wrote:

I'm not sure that I understand your reply. What are you expecting from us? I understand that our client, Layer42.net was served August 2. For one, I don't know who at Cernio or Indymedia should be served. They must have agents for service of process.

Dan

_____

DANIEL L. CASAS

CRS The Legalteam

CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA 94022
tel 650 . 948 . 7200
fax 650 . 948 . 7220

www.legalteam.com

_____

Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or

promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.


From: dow.patten@gmail.com [mailto:dow.patten@gmail.com] On Behalf Of Dow Patten
Sent: Monday, August 19, 2013 5:29 PM
To: Dan Casas
Cc: spencer@smithpatten.com; Anthony Basile
Subject: Re: Choyce v. SF Bay Area IMC, et al.


Mr. Casas,

We have had nothing from your side. Will you identify who to serve at the your client's clients Cernio or Indymedia or not?

Thank you,
Dow W. Patten


On Mon, Aug 19, 2013 at 5:25 PM, Dan Casas <DCasas@legalteam.com> wrote:

Mr. Patten,

Anthony is out of the office, and I apparently missed your call.

I understand that Anthony was waiting for a few questions to be answered (e.g., Did your client or your firm serve the other named defendants with DMCA takedown notices (for the photograph file posted without permission) or cease-and-desist letters (for the allegedly defamatory articles)? I also understand that you agreed we could have additional time to respond to the Complaint. Was there an agreed extension? We need to address the issues further with our client before responding to the lawsuit. Are you available later this week to discuss further?

Regards,

Dan

_____

DANIEL L. CASAS

CRS The Legalteam

CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA 94022
tel 650 . 948 . 7200
fax 650 . 948 . 7220

www.legalteam.com

_____

Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

From: dow.patten@gmail.com [mailto:dow.patten@gmail.com] On Behalf Of Dow Patten
Sent: Monday, August 19, 2013 5:02 PM
To: Anthony Basile
Cc: Dan Casas; spencer@smithpatten.com
Subject: Re: Choyce v. SF Bay Area IMC, et al.

Anthony,

So far, I have had nothing from your side on this matter.

We provided you with all the takedowns issued to and ignored by your client.

See attached.
Your client was served on 8/2/13. Your answer is due on Friday.

A case management conference is scheduled for 8/28. Please let us know if you would like to meet per Rules 16 and 26 this week.

Regards,
Dow W. Patten

On Fri, Aug 16, 2013 at 2:41 PM, Anthony Basile <ABasile@legalteam.com> wrote:

Dow,

A quick follow-up question: did Mr. Choyce or your firm issue takedown notices or cease-and-desist letters to defendants Cernio Technology Cooperative or SF Bay Area IMC? If so, may we have copies of such notices and any written responses?

Thank you,

Anthony

———————————————————————

ANTHONY F. BASILE

CRS The Legalteam

CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA 94022
tel   650 . 948 . 7200
fax  650 . 948 . 7220

www.legalteam.com

———————————————————————

Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

From: dow.patten@gmail.com [mailto:dow.patten@gmail.com] On Behalf Of Dow Patten
Sent: Thursday, August 15, 2013 6:54 PM
To: Anthony Basile
Cc: dow@smithpatten.com; Dan Casas
Subject: Re: Choyce v. SF Bay Area IMC, et al.

Anthony,

Our records indicate Layer 42 was served on August 5.  We do not have the proof back yet from the process server.

Attached are the takedowns issued to Layer 42.  Obviously there is a typo in the date of the February 22 takedown.  It should be 2013, not 2012 as the fax transmission sheet shows.  I do not have a fax transmission sheet for the December, 2012 notice.

I look forward to speaking with you soon.

Regards,

Dow W. Patten

On Thu, Aug 15, 2013 at 5:30 PM, Anthony Basile <ABasile@legalteam.com> wrote:

Dow,

Thank you for speaking with me this afternoon. Our firm represents Layer42.Net, Inc. (Layer42), and we have received a copy of Dionne Choyce's Complaint against SF Bay Area IMC, Layer42, and Cernio Technology Cooperative.

I write to confirm my request for the following documents:

A copy of the proof of service of the Complaint on Layer42.

All DMCA takedown notices you or your firm served on Layer42 on behalf of Mr. Choyce, and all responses you received to those notices. If you served takedown notices on the other named defendants, I'd appreciate copies of those notices and any responses, as well.

I appreciate your willingness to share your thoughts on the case, and look forward to speaking with you again soon.

Regards,

Anthony

_____

ANTHONY F. BASILE

CRS The Legalteam

CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA 94022
tel 650 . 948 . 7200
fax 650 . 948 . 7220

www.legalteam.com

_____

Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or

promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

--

--
Dow W. Patten, Esq.
SMITH PATTEN
353 Sacramento St., Suite 1120
San Francisco, CA 94111
v - 415-402-0084
f - 415-520-0104
dow@smithpatten.com

•••This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.•••

--

--
Dow W. Patten, Esq.
SMITH PATTEN
355 Sacramento St., Suite 1120
San Francisco, CA 94111
v - 415-402-0084
f - 415-520-0104
dow@smithpatten.com

•••This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.•••

--

--
Dow W. Patten, Esq.
SMITH PATTEN
355 Sacramento St., Suite 1120
San Francisco, CA 94111
v - 415-402-0084
f - 415-520-0104

dow@smithpatten.com

•••This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.•••

--

--
Dow W. Patten, Esq.
SMITH PATTEN
355 Sacramento St., Suite 1120
San Francisco, CA 94111
v - 415-402-0084
f - 415-520-0104
dow@smithpatten.com

•••This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.•••

# EXHIBIT "C"

**Anthony Basile** <ABasile@legalteam.com>                    Thu, Sep 5, 2013 at 10:59 AM
To: Dow Patten <dow@smithpatten.com>
Cc: Dan Casas <DCasas@legalteam.com>, Nicole Svoboda <NSvoboda@legalteam.com>

Mr Patten.

Indybay has now removed the two articles cited in Mr. Choyce's lawsuit. Please confirm your client will
dismiss his claims against Layer42.

Thank you,

Anthony

_____

ANTHONY F. BASILE

**CRS The Legalteam**

CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA 94022
tel  650 . 948 . 7200
fax  650 . 948 . 7220

www.legalteam.com

_____

Circular 230 Disclosure To ensure compliance with Treasury Department regulations we inform you that any U S tax advice contained in this
communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U S tax-
related penalties or promoting marketing or recommending to another party any tax-related matters addressed herein

This message (including attachments) is privileged and confidential If you are not the intended recipient please delete it without further
distribution and reply to the sender that you have received the message in error

# EXHIBIT "D"

From: **Dow Patten** <dow@smithpatten.com>
Date: Wed, Sep 11, 2013 at 5:17 PM
Subject: Re: Choyce v. SF IMC, et al.
To: Anthony Basile <ABasile@legalteam.com>
Cc: Dan Casas <DCasas@legalteam.com>, Nicole Svoboda <NSvoboda@legalteam.com>,
"spencer@smithpatten.com" <spencer@smithpatten.com>


Mr. Basile,

I have spoken with our client concerning settlement and dismissal. While we appreciate the fact that defamatory content is no longer available on the Internet concerning our client, we are of the belief that a global resolution to this matter would be best, and that we can resolve all claims and all parties at the same time. Of course, if Layer42.net needs another extension to respond to the complaint we can make sure that happens so that we can exhaust the possibility of informal resolution first to reduce costs for all parties.

In order to do that, we believe it is in everyone's interest to have all parties at the table. As you know, we have had issues locating and serving Cernio and Indymedia. If you could provide us with whatever contact information your client has on these entities so that we can have these entities served appropriately, we can get everyone to the table and have a global resolution. Please let us know if you will share the information your client has concerning these entities as soon as possible.

Regards,
Dow W. Patten

# EXHIBIT "E"

---------- Forwarded message ----------
From: **Dan Casas** <DCasas@legalteam.com>
Date: Fri, Jun 27, 2014 at 4:02 PM
Subject: RE: Choyce v. Layer42, et al.
To: Dow Patten <dow@smithpatten.com>
Cc: Anthony Basile <ABasile@legalteam.com>, Nicole Svoboda <NSvoboda@legalteam.com>

Thanks, Dow. Unfortunately, I cannot wait past today to start drafting the motion which is due July 2. I'll talk with you Monday.

Dan

_____

DANIEL L. CASAS

**CRS The Legalteam**
CASAS RILEY & SIMONIAN. LLP

One First Street, Suite 2
Los Altos, CA 94022
tel 650 . 948 . 7200
fax 650 . 948 . 7220
www.legalteam.com

_____

Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** dow.patten@gmail.com [mailto:dow.patten@gmail.com] **On Behalf Of** Dow Patten
**Sent:** Friday, June 27, 2014 3:48 PM
**To:** Dan Casas
**Cc:** Dow Patten
**Subject:** Re: Choyce v. Layer42, et al.

Dan,
Our meeting with the client is rescheduled to Monday. I will call you as soon as I have an answer.
Regards,
Dow W. Patten

On Fri, Jun 27, 2014 at 8:54 AM, Dan Casas <DCasas@legalteam.com> wrote:
Sounds good. Thanks, Dow.

Dan

**From:** dow.patten@gmail.com [mailto:dow.patten@gmail.com] **On Behalf Of** Dow Patten
**Sent:** Friday, June 27, 2014 8:54 AM
**To:** Dan Casas
**Cc:** Dow Patten
**Subject:** Re: Choyce v. Layer42, et al.

Dan,

We are meeting with the client at 3:00 p.m. today, and will get back to you right after that.

Regards,
Dow W. Patten

On Wed, Jun 25, 2014 at 3:38 PM, Dan Casas <DCasas@legalteam.com> wrote:
Thanks, Dow. I'll need to hear quickly because we will have to prepare the motion.

Dan

**From:** dow.patten@gmail.com [mailto:dow.patten@gmail.com] **On Behalf Of** Dow Patten
**Sent:** Wednesday, June 25, 2014 2:42 PM
**To:** Dan Casas
**Cc:** Smith Patten
**Subject:** Re: Choyce v. Layer42, et al.

Dan,

Let me check with the client. I'm not sure whether I can get a response by tomorrow. I would ask you to hold off filing until I have a chance to speak with the client, since we may be able to resolve this quickly once we are able to get with him.

Regards,
Dow W. Patten

On Wed, Jun 25, 2014 at 1:51 PM, Dan Casas <DCasas@legalteam.com> wrote:
Federal law (17 USC § 505) provides that the court **in its discretion** may award attorney fees and costs to the prevailing party in a copyright infringement action. Because Judge Tigar dismissed your client's copyright infringement claim with prejudice, Layer42 is the prevailing parties for purposes of a fee award.

Regards,

Dan

_____

DANIEL L. CASAS

**CRS The Legalteam**
CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA 94022
tel 650 . 948 . 7200
fax 650 . 948 . 7220

www.legalteam.com

_____

Circular 230 Disclosure. To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

_____

**From:** dow.patten@gmail.com [mailto:dow.patten@gmail.com] **On Behalf Of** Dow Patten
**Sent:** Wednesday, June 25, 2014 1:48 PM
**To:** Dan Casas
**Cc:** Smith Patten
**Subject:** Re: Choyce v. Layer42, et al.

Dan,

Happy to consider it.  What is the basis of your claim for fees?

Regards
Dow W. Patten


On Wed, Jun 25, 2014 at 1:22 PM, Dan Casas <DCasas@legalteam.com> wrote:
Dow, in case we do not connect by phone. I have instructions to file a fee/cost motion on the copyright claim. If your client will dismiss all claims and release my client, then we can avoid the motion. Let me know by end of tomorrow if that is acceptable.

Inadmissible settlement discussions.

Thanks,

Dan

_____

DANIEL L. CASAS

**CRS The Legalteam**
CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA 94022
tel 650 . 948 . 7200
fax 650 . 948 . 7220
www.legalteam.com

_____

Circular 230 Disclosure. To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

--

# EXHIBIT "F"

**Dow Patten** <dow@smithpatten.com>Mon Jun 30 2014 at 5 05 PM

To: Dan Casas <DCasas@legalteam.com>
Cc: Smith Patten <spencer@smithpatten.com>
Dan,

We have spoken with the client. Plaintiff agrees to your proposal. Please send over a draft agreement.

Regards,
Dow W. Patten

On Fri, Jun 27, 2014 at 4:02 PM, Dan Casas <DCasas@legalteam.com> wrote:

> Thanks, Dow. Unfortunately, I cannot wait past today to start drafting the motion which is due
> July 2. I'll talk with you Monday.
>
>
> Dan
>
> _____
>
> DANIEL L. CASAS
>
>
> **CRS The Legalteam**
>
> CASAS RILEY & SIMONIAN, LLP
>
>
> One First Street, Suite 2
> Los Altos, CA 94022
> tel 650 . 948 . 7200
> fax 650 . 948 . 7220
>
> www legalteam com
>
>
> _____
>
> Circular 230 Disclosure To ensure compliance with Treasury Department regulations we inform you that any U S tax advice
> contained in this communication (including any attachments) was not intended or written to be used and cannot be used for
> the purpose of avoiding U S tax-related penalties or promoting marketing or recommending to another party any tax-related
> matters addressed herein.
>
> This message (including attachments) is privileged and confidential If you are not the intended recipient please delete it
> without further distribution and reply to the sender that you have received the message in error
>
> **From:** dow.patten@gmail.com [mailto:dow.patten@gmail.com] **On Behalf Of** Dow Patten
> **Sent:** Friday, June 27, 2014 3:48 PM
> **To:** Dan Casas
> **Cc:** Dow Patten
> **Subject:** Re: Choyce v. Layer42, et al.

Dan,

Our meeting with the client is rescheduled to Monday. I will call you as soon as I have an answer.

Regards,
Dow W. Patten

On Fri, Jun 27, 2014 at 8:54 AM, Dan Casas <DCasas@legalteam.com> wrote:

Sounds good. Thanks, Dow.

Dan

**From:** dow.patten@gmail.com [mailto:dow.patten@gmail.com] **On Behalf Of** Dow Patten
**Sent:** Friday, June 27, 2014 8:54 AM
**To:** Dan Casas
**Cc:** Dow Patten
**Subject:** Re: Choyce v. Layer42, et al.

Dan,

We are meeting with the client at 3:00 p.m. today, and will get back to you right after that.

Regards,
Dow W. Patten

On Wed, Jun 25, 2014 at 3:38 PM, Dan Casas <DCasas@legalteam.com> wrote:

Thanks, Dow. I'll need to hear quickly because we will have to prepare the motion.

Dan

**From:** dow.patten@gmail.com [mailto:dow.patten@gmail.com] **On Behalf Of** Dow Patten
**Sent:** Wednesday, June 25, 2014 2:42 PM
**To:** Dan Casas
**Cc:** Smith Patten
**Subject:** Re: Choyce v. Layer42, et al.

Dan,

Let me check with the client. I'm not sure whether I can get a response by tomorrow. I would ask you to hold off filing until I have a chance to speak with the client, since we may be able to resolve this quickly once we are able to get with him.

Regards,
Dow W. Patten

On Wed, Jun 25, 2014 at 1:51 PM, Dan Casas <DCasas@legalteam.com> wrote:

Federal law (17 USC § 505) provides that the court **in its discretion** may award attorney fees and costs to the prevailing party in a copyright infringement action. Because Judge Tigar dismissed your client's copyright infringement claim with prejudice, Layer42 is the prevailing parties for purposes of a fee award.

Regards,

Dan

_____

DANIEL L. CASAS

**CRS The Legalteam**

CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA 94022
tel 650 . 948 . 7200
fax 650 . 948 . 7220

www.legalteam.com

_____

Circular 230 Disclosure To ensure compliance with Treasury Department regulations we inform you that any U S tax advice contained in this communication (including any attachments) was not intended or written to be used and cannot be used, for the purpose of avoiding U S tax-related penalties or promoting, marketing or recommending to another party any tax related matters addressed herein.

This message (including attachments) is privileged and confidential If you are not the intended recipient please delete it without further distribution and reply to the sender that you have received the message in error

**From:** dow.patten@gmail.com [mailto:dow.patten@gmail.com] **On Behalf Of** Dow Patten
**Sent:** Wednesday, June 25, 2014 1:48 PM
**To:** Dan Casas
**Cc:** Smith Patten
**Subject:** Re: Choyce v. Layer42, et al.

Dan,

Happy to consider it. What is the basis of your claim for fees?

Regards

Dow W. Patten

On Wed, Jun 25, 2014 at 1:22 PM, Dan Casas <DCasas@legalteam.com> wrote:

Dow, in case we do not connect by phone. I have instructions to file a fee/cost motion on the copyright claim. If your client will dismiss all claims and release my client, then we can avoid the motion. Let me know by end of tomorrow if that is acceptable.

Inadmissible settlement discussions.

Thanks,

Dan

_____

DANIEL L. CASAS

**CRS The Legalteam**

CASAS RILEY & SIMONIAN, LLP

One First Street, Suite 2
Los Altos, CA 94022
tel 650 . 948 . 7200
fax 650 . 948 . 7220

www.legalteam.com

_____

Circular 230 Disclosure To ensure compliance with Treasury Department regulations we inform you that any U S tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used for the purpose of avoiding U S tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error

--
Dow W Patten, Esq.
SMITH PATTEN
355 Sacramento St., Suite 1120
San Francisco CA 94111
v - 415-402-6081
f - 415 520-0104
dow@smithpatten.com

*** This e-mail message may contain legally privileged and or confidential information If you are not the intended recipient(s) or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited If you have received this message in error please immediately notify the sender and delete this e-mail message from your computer ***

--

--
Dow W Patten, Esq
SMITH PATTEN
355 Sacramento St Suite 1120
San Francisco CA 94111
v 415-402-6081
f - 415 520-0104
dow@smithpatten com

*** This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer ***

--

Dow W. Patten Esq
SMITH PATTEN
555 Sacramento St. Suite 1120
San Francisco, CA 94111
v - 415.402.0084
f - 415.520.0104
dow@smithpatten.com

*** This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer ***

--

--
Dow W. Patten Esq
SMITH PATTEN
555 Sacramento St. Suite 1120
San Francisco, CA 94111
v - 415.402.0084
f - 415.520.0104
dow@smithpatten.com

*** This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer ***

--

--
Dow W. Patten Esq
SMITH PATTEN
555 Sacramento St. Suite 1120
San Francisco, CA 94111
v - 415.402.0084
f - 415.520.0104
dow@smithpatten.com

*** This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are

hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer •••

# EXHIBIT "G"

1                   UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3  Before The Honorable Jon S. Tigar, Judge

4  DIONNE CHOYCE,                    )
                                     )
5            Plaintiff,              )
                                     )
6      vs.                           )  No. C 13-1842 (JST)
                                     )
7  SF BAY AREA INDEPENDENT MEDIA     )
   CENTER, et al.,                   )
8                                    )
             Defendants.             )
9  _____  )

10                                    San Francisco, California
                                      Thursday, November 14, 2013
11
     TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
12                              RECORDING

13
   APPEARANCES:
14
   For the Plaintiff:
15                                    Smith Patten
                                      353 Sacramento Street
16                                    Suite 1120
                                      San Francisco, California
17                                       94111
                                      (415) 402-0084
18                               BY:  DOW W. PATTEN, Esq.
                                      SPENCER F. SMITH, Esq.
19
   For the Defendant:
20                                    Casas, Riley & Simonian, LLP
                                      One First Street, Suite 2
21                                    Los Altos, California 94022
                                      (650) 948-7200
22                               BY:  DANIEL L. CASAS, Esq.

23 Transcribed by:                    Echo Reporting, Inc.
                                      Contracted Court Reporter/
24                                     Transcriber
                                      echoreporting@yahoo.com
25

*Echo Reporting, Inc.*

18

 1 to get an order out shortly.

 2          MR. SMITH:  Your Honor?

 3          THE COURT:  Yes.

 4          MR. SMITH:  This is Spencer Smith.  We had the

 5 copyright issue.

 6          THE COURT:  Oh, yes.

 7          MR. SMITH:  You touched on that.

 8          THE COURT:  Oh, yes, I had asked you some

 9 questions.  You have the floor.  I'm curious to know the

10 answers.

11          MR. SMITH:  Your Honor, one of the things you

12 touched on when you were prefacing the copyright claim was

13 whether or not leave to amend would be an exercise of

14 futility in light of the fact there would be no threat of

15 future harm.  There is a concern for future harm in that,

16 unconventionally, the Defendants put forward before the

17 Court our settlement negotiations, trying to get this

18 resolved, and one of the issues that came up was the picture

19 being taken down and then resurfacing later on on Layer42's

20 -- on their servers, and it was the picture.  Then it was

21 just a reference to the Choyce JPEG.  So there is a concern

22 for future harm because we don't have --

23          THE COURT:  It's far for me to imagine ever taking

24 someone's settlement negotiations into account.

25          MR. SMITH:  I'm sorry, your Honor?

*Echo Reporting, Inc.*

19

1          THE COURT: I'll give you leave if you want it.
2          MR. SMITH: Oh.
3          THE COURT: But I'm just saying it's hard for me
4 to imagine ever taking anybody's settlement negotiations
5 into account, and the fact that somebody -- I don't recall
6 the details of your settlement negotiations, but let me just
7 say this. If I knew -- let's say in a hypothetical
8 situation that I was on the other side of you in a lawsuit
9 and my clients had done something that your client didn't
10 like and my client had already stopped doing it and had no
11 interest in ever doing it again, there would be nothing
12 cheaper or easier for me to offer you in a settlement
13 negotiation than to promise you that they would never do it
14 again because they have no interest in never doing it again.
15          The fact that the subject came up in a settlement
16 negotiation wouldn't tell someone else as a judge that there
17 were a likelihood of future harm I don't think. Maybe I'm
18 missing the issue.
19          MR. SMITH: My point is, your Honor, when our
20 settlement negotiations broke off, we were trying just to
21 get all of the Defendants to be parties to it. And then we
22 turned around and this motion was filed.
23          THE COURT: Yes.
24          MR. SMITH: Our hope -- our hope was -- you're
25 exactly right. I would agree with you 100-percent that the

*Echo Reporting, Inc.*

```
                                                                  20
 1 easiest thing to do is to resolve it, but we need all of the
 2 Defendants here to do so.
 3           THE COURT:  I see.
 4           MR. SMITH:  And that's -- that's why --
 5           THE COURT:  It's their failure to refuse.  It's
 6 like a declaratory judgment case.
 7           MR. SMITH:  Well --
 8           THE COURT:  We will -- we will let that play
 9 itself out.
10           MR. SMITH:  Yeah.  I just think once we have all
11 the Defendants here, it probably will resolve itself, your
12 Honor.
13           THE COURT:  Very good.  Mr. Casas, anything on the
14 copyright question?
15           MR. CASAS:  I agree, your Honor, there's no future
16 harm, no future damage.  They may be concerned, but that's
17 not enough to establish a copyright claim.
18           THE COURT:  Yeah.  I think that a better practice,
19 though, for me as a judge is not to essentially render an
20 advisory opinion as to a complaint that hasn't yet been
21 filed.  You all can take my comments under advisement, and
22 we'll probably give the Plaintiff leave to amend, and they
23 can -- we'll leave them to the remedies.
24           Thank you.
25           ALL:  Thank you, your Honor.
```

*Echo Reporting, Inc.*

# EXHIBIT "H"

| LAYER 42 ATTORNEY HOURS WHICH ARE INSUFFICIENTLY DESCRIBED | | | |
|---|---|---|---|
| DATE | DESCRIPTION OF ACTIVITY | HOURS | BILLED |
| 8/2/201 3 | Attention to e-mail from client regarding Complaint attention to Complaint; draft e-mail to client regarding indemnification and defense | 0.90 | $283.50 |
| 08/07/13 | Attention to motion to dismiss lawsuit based on federal statutes; draft e-mail to client regarding service of process | 0.30 | $94.50 |
| 08/07/13 | Receive and review civil complaint for copyright infringement and defamation | 0.60 | $177.00 |
| 08/07/13 | Research online case docket and case prosecution history review trial court's order to show cause regarding sanctioning plaintiff for failure to serve complaint | 0.20 | $59.00 |
| 08/07/13 | Online investigation of plaintiff Dionne Choyce, Choyce Law Firm, and allegedly defamatory online postings | 1.00 | $295.00 |
| 08/08/13 | Review online case docket to confirm whether plaintiff has filed a proof of service of summons and complaint | 0.10 | $29.50 |
| 08/12/13 | Attention to lawsuit service status | 0.25 | $103.75 |
| 08/13/13 | Telephone conversations with counsel for SF Bay Area IMC regarding potential service of complaint | 0.20 | $59.00 |
| 08/13/13 | Prepare email to client requesting information | 1.00 | $295.00 |
| 08/13/13 | Review online case docket for proof of service of the complaint on any named defendants | .2 | $59.00 |
| 08/14/14 | Emails with client | .6 | $249.00 |
| 08/14/14 | Attention to e-mails from client regarding Lack of insurance coverage and tender of indemnity; attention to federal defenses to lawsuit; attention to prior correspondence with customer regarding lawsuit and indemnity | .7 | $220.50 |
| 08/14/14 | Receive and review client's email response to questions regarding Choyce litigation; prepare email with follow•up questions regarding same | 1.1 | $324.50 |
| 08/15/13 | Attention to gathering background information related to lawsuit and take-down notices in general; emails with client | .75 | $311.25 |
| 08/15/13 | Conference with Dan Casas regarding potential responses to Choyce complaint | 0.60 | $177.00 |
| 08/15/13 | Telephone conversation with plaintiff counsel regarding service of civil complaint and impressions of case; prepare follow•up email to counsel requesting copies of takedown notices and proof of service | .6 | $177.00 |
| 08/15/13 | Further prepare email to client with questions regarding Choyce lawsuit | .5 | $147.50 |
| 08/15/13 | Receive and review client email responses regarding Choyce lawsuit | .4 | $118.00 |

| | | | |
|---|---|---|---|
| 08/16/13 | Attend to litigation defenses, takedown notices, etc | 1.25 | $518.75 |
| 08/16/13 | Attention to e-mail from Plaintiff's counsel regarding prior take down notices; attention to notice; attention to defenses | .7 | $220.50 |
| 08/19/13 | Attention to emails from Choyce counsel regarding Complain | .5 | $147.50 |
| 08/19/13 | Attention emails with and telephone call from Choyce attorney | .4 | $166.00 |
| 08/22/13 | Telephone conversation with client regarding potential responses to Choyce complaint | .2 | $59.00 |
| 08/22/13 | Conference with Dan Casas and Sam Kiamanesh regarding response to Choyce complaint; prepare email to client summarizing options | .7 | $206.50 |
| 08/22/13 | Prepare stipulation to extend time for Layer42 to respond to Complaint | .4 | $118.00 |
| | Prepare email to opposing counsel regarding stipulation to extend time to respond to Complaint | .1 | $29.50 |
| 08/27/13 | Emails with client | .25 | $103.75 |
| 08/28/13 | Prepare for and attend mandatory case status hearing in District Court | 3 | $1,245.00 |
| 08/28/13 | Review court's order to show cause and rescheduled case management conference order to recommend appearance | .3 | $88.50 |
| 08/28/13 | Conference with Dan Casas regarding outcome of Case Management Conference and discussions with plaintiff counsel | .2 | $59.00 |
| 08/29/13 | Prepare and email status report to client | .75 | $311.25 |
| 08/29/13 | Receive and review Court's Order | .2 | $83.00 |
| 09/11/13 | Receive and review plaintiff counsel's email responding to request for dismissal of claims | .2 | $59.00 |
| 09/12/13 | Work on and email status report and alternatives to client | .5 | $207.50 |
| 09/12/13 | Prepare report to client regarding REDACTED | 1.40 | $413.00 |
| 09/17/13 | Telephone conversation with Steve Rubin regarding declaration in support of motion to dismiss/special motion to strike | .3 | $88.50 |
| 09/17/13 | Review Northern District's local rules regarding timing requirements for hearing motion to dismiss/special motion to strike | .4 | $118.00 |
| 09/17/13 | Prepare memorandum of points and authorities in support of motion to dismiss/special motion to strike | 2.5 | $737.50 |
| 09/18/13 | Prepare email to Steve Rubin re REDACTED | .2 | $59.00 |
| 09/18/13 | Prepare declaration of Dan Casas in support of motion to dismiss/special motion to strike {anti-SLAPP) | 1.5 | $442.50 |
| 09/18/13 | Prepare declaration of Steve Rubin in support of motion to dismiss/special motion to strike | 1 | $295.00 |
| 09/18/13 | Further prepare memorandum of points and authorities in support | 5.50 | $1,622.50 |

| | | | |
|---|---|---|---|
| | of motion to dismiss/special motion to strike (anti-SLAPP) | | |
| 09/19/13 | Work on Motion to Dismiss Choyce's Federal lawsuit | 3.60 | $1,494.00 |
| 09/19/13 | Further prepare motion to dismiss/special motion to strike | 1.5 | $442.50 |
| 09/19/13 | Prepare email to Steve Rubin regarding draft declaration in support of motion to dismiss/special motion to strike | .2 | $59.00 |
| 09/19/13 | Prepare draft proposed order regarding motion to dismiss/special motion to strike | .3 | $88.50 |
| 09/20/13 | Finalize motion to dismiss/special motion to strike; receive and review executed Steve Rubin declaration | .6 | $177.00 |
| 09/24/13 | Receive and review fax from Choyce counsel requesting telephone conference to discuss motion to dismiss/special motion to strike | .2 | $59.00 |
| 09/25/13 | Telephone conference with Choyce counsel regarding motion to dismiss/special motion to strike | .3 | $88.50 |
| 09/25/13 | Prepare report to client regarding motion to dismiss/special motion to strike, conference with Choyce counsel, and possibility of settlement of Choyce's claims | 1.5 | $442.50 |
| 09/26/13 | Telephone conversation with Steve Rubin regarding REDACTED | .6 | $177.00 |
| 10/03/13 | Telephone conversation with opposing counsel regarding motion to dismiss/special mot on to strike; prepare report to client regarding same | .3 | $88.50 |
| 10/04/13 | Attention to status of motion to dismiss, negotiations with Choyce and client's decision to press on | 1.25 | $518.75 |
| 10/08/13 | Receive and review Opposition to Motion to Dismiss | 1.5 | $622.50 |
| 10/08/13 | Work on Reply Brief in support of Motion to Dismiss | .5 | $207.50 |
| 10/08/13 | Receive and review Choyce's motion to strike motion to dismiss; exchange emails with client regarding same | .4 | $118.00 |
| 10/08/13 | Receive and review Choyce's opposition to motion to dismiss/special motion to strike | 1 | $295.00 |
| 10/08/13 | Receive and review corrected declaration of Dionne Choyce | .2 | $59.00 |
| 10/08/13 | Prepare report to client evaluating Choyce's opposition to motion to strike/special motion to dismiss | .4 | $118.00 |
| 10/09/13 | Draft reply brief in support of motion to dismiss/special motion to strike | 2.5 | $737.50 |
| 10/10/13 | Work on draft Reply brief | 1.4 | $581.00 |
| 10/10/13 | Further prepare reply brief in support of motion to dismiss/motion to strike | 1.5 | $442.50 |
| 10/10/13 | Further legal research regarding motion to dismiss procedure | .5 | $147.50 |
| 10/15/13 | Finalize for serving and filing Layer42's Reply Brief | 1.5 | $622.50 |
| 10/15/13 | Finalize reply brief for filing | .4 | $118.00 |

| 10/23/13 | Receive court order; emails with client | .25 | $103.75 |
|---|---|---|---|
| 11/11/13 | Attention to opposition to motion to dismiss | .6 | $249.00 |
| 11/14/13 | Prepare for and attend and argue at hearings on Layer42's motion to dismiss/ anti-slapp and Choyce's motion to dismiss [RESULT: COURT TAKES UNDER SUBMISSION]; emails with client regarding: results | 4.25 | $1,763.75 |
| 11/14/13 | Conference with Dan Casas regarding hearing on motion to strike | .4 | $118.00 |
| 12/01/13 | Attention to Court's minute order following order on motion to dismiss/ motion to strike | .2 | $59.00 |
| 12/02/13 | Receive and study Judge Tigar's ruling on 3 motions; prepare and send detailed emails with client | 1.25 | $518.75 |
| 12/02/13 | Receive and review indybay's motion for extension of time to respond to complaint | .3 | $88.50 |
| 12/09/13 | Prepare response to Steve Rubin's email regarding REDACTED | .6 | $177.00 |
| 01/02/14 | Attention to Choyce's amended complaint; work on draft motion to dismiss copyright claim and SLAPP motion against state law claims | 1.25 | $518.75 |
| 01/02/14 | Research and begin drafting Motion to Dismiss and Anti-SLAPP motion in response to First Amended complaint | 7 | $1,575.00 |
| 01/03/14 | Work on draft motion to dismiss copyright infringement claim and motion to strike state law defamation claim | 2.2 | $913.00 |
| 01/03/14 | Draft and revise Motion to Dismiss and Anti-SLAPP motion in response to First Amended Complaint | 7 | $1,575.00 |
| 01/04/14 | Work on draft motion for dismissal of copyright infringement claim and anti-SLAPP motion to strike state law defamation claim | 2.75 | $1,141.25 |
| 01/05/14 | Work on and finalize draft motions to dismiss and to specially strike claims in FAC | 2.25 | $933.75 |
| 01/06/14 | Finalize and file two motions; email filed court papers to client | 1.25 | $518.75 |
| 01/06/14 | Finalize motion to dismiss/special motion to strike for filing and service | 3.8 | $1,212.00 |
| 01/07/14 | Attention to lndybay's response to complaint and order extending deadline | .25 | $103.75 |
| 01/09/14 | Receive and read lndybay's motion to dismiss/motion to spec!ally strike Choyce's Complaint | 1.4 | $581.00 |
| 01/09/14 | Receive and review indybay's motion to dismiss/special motion to strike | .6 | $177.00 |
| 01/17/14 | Receive and review Choyce's request for transcript of hearing on motion to dismiss/special motion to strike | .1 | $29.50 |
| 01/21/14 | Telephone conversations with counsel for indybay regarding | .3 | $88.50 |

| | | | |
|---|---|---|---|
| | stipulation to continue case management | | |
| 01/22/14 | Attend to continuance of status hearing in Federal Court | .25 | $103.75 |
| 01/22/14 | Receive and review indybay'.s proposed stipulation to continue case management conference; stipulate to same | .3 | $88.50 |
| 01/22/14 | Receive and review plaintiff s opposition to motion to dismiss/motion to strike and proposed Second Amended Complaint (2.0); begin to outline reply (.5) | 2.5 | $737.50 |
| 01/23/14 | Receive and email to Client confirmation of continued status hearing | .25 | $103.75 |
| 01/24/14 | Review Choyce's Opposition to lndyBay's motion to dismiss/motion to strike, with attention to references to Layer42,including statement that Layer42 removed content from lndyBay's website | 1.50 | $622.50 |
| 01/24/14 | Work on draft Reply to Choyce's Opposition to 12b6 Motion/anti•SLAPP Motion | 1.75 | $726.25 |
| 01/24/14 | Draft reply in support of motion to dismiss/motion to strike | 5.50 | $1,622.50 |
| 01/27/14 | Finalize Reply to Choyce's Opposition to Second Motion to Dismiss/anti-SLAPP motion | 2.2 | $913.00 |
| 01/27/14 | Further prepare reply in support of motion to dismiss/ motion to strike | .3 | $88.50 |
| 01/30/14 | Receive and review lndybay's Reply brief | 1 | $415.00 |
| 01/30/14 | Receive and review lndyBay's reply in support of motion to dismiss/special motion to strike | .6 | $177.00 |
| 02/03/14 | Receive and review court's order vacating hearing on motions to dismiss/special motions to strike | .3 | $88.50 |
| 02/05/14 | Attention to Layer42's request for reinstatement of motion hearing | .2 | $59.00 |
| 02/06/14 | Review Court's order resetting hearing on motions to dismiss/strike Choyce's claims; prepare and send detailed email from client; emails with client; telephone call to lndyBay counsel | .7 | $290.50 |
| 03/07/14 | Review email from indybay counsel regarding motion to continue Case management conference; prepare email to counsel confirming stipulation to same | .2 | $59.00 |
| 03/11/14 | Further attention to Choyce's demand to prepare joint case management statement and indybay's motion to continue case management conference | .1 | $29.50 |
| 03/12/14 | Received federal court order moving status hearing to May 7; email with client | .25 | $103.75 |
| 03/12/14 | Receive and review court's orders granting indybay's Motion and continuing case management conference | .2 | $59.00 |
| 03/25/14 | Review moving papers for hearing on motion to dismiss | 1 | $225.00 |

| 03/26/14 | Prepare for hearing on motion to dismiss first amended complaint | 2 | $450.00 |
|---|---|---|---|
| 03/26/14 | Attention to defendant's moving papers to prepare for hearing on motion to dismiss / special motions to strike | .40 | $118.00 |
| 03/27/14 | Prepare for hearing on motion to dismiss | 3 | $675.00 |
| 03/27/14 | Attend hearing on motion to dismiss | 4.5 | $1,012.50 |
| 03/27/14 | Attend hearing on Layer42's and Indybay's motions to dismiss/special motions to strike | 5 | $1,475.00 |
| 04/21/14 | Receive and review proposal from lndybay counsel to stipulate to continued case management conference; prepare emails to counsel confirming same | .2 | $59.00 |
| 04/24/14 | Receive and review court's minute order continuing case management conference | .1 | $29.50 |
| 06/02/14 | Receive and review Court Order [RULING: GRANTS MOTION TO DISMISS FEDERAL COPYRIGHT CLAIM AND REFUSES TO ADDRESS STATE LAW CLAIMS AND SLAPP MOTIONS) | .75 | $311.25 |
| 06/02/14 | Receive and review Judge Tigar's order dismissing with prejudice plaintiffs copyright infringement claim, dismissing without prejudice state law claims, and denying without prejudice defendants' anti-slapp motions; prepare email to client regarding same | 1.2 | $378.00 |
| 06/04/14 | Telephone call with indybay counsel regarding order for judgment review federal statutes for availability of attorney fees and costs to prevailing party on copyright infringement claim | .4 | $126.00 |
| 06/06/14 | Receive and review indybay's proposed order of judgment | .2 | $63.00 |
| 06/12/14 | Follow up with indybay counsel regarding proposed order of judgment | .2 | $63.00 |
| 06/17/14 | Receive and review filed proposed Order of Judgment | .1 | $31.50 |
| 06/19/14 | Receive and review final Order of Judgment; email same to client | .4 | $126.00 |
| 06/24/14 | Email from client; telephone call to Choyce's lawyer (left message to call) | .25 | $103.75 |
| 06/25/14 | Attention to email exchange with client regarding REDACTED | .1 | $31.50 |
| | TOTAL | 130.5 | $40,991.75 |