SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone: (415) 402-0084
Facsimile: (415) 520-0104

Attorneys for Plaintiff
DIONNE CHOYCE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, aka IMC, SF BAY AREA, aka SF BAY AREA IMC, an unincorporated association; LAYER42.NET, INC., a California Corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association; and Does 1-10.<br><br>　　　　Defendants. | Case No.: CV-13-01842-JST<br><br>**DECLARATION OF DOW W. PATTEN IN OPPOSITION TO DEFENDANT SF BAY AREA INDEPENDENT MEDIA CENTER'S MOTION FOR AWARD OF ATTORNEY'S FEES**<br><br>Date: September 4, 2014<br>Time: 2:00 PM<br>Judge: Hon. Jon S. Tigar |

I, DOW W. PATTEN, declare and state as follows:

1.　I am attorney of record for Plaintiff herein and have personal knowledge of the facts set forth herein; if called as a witness I would testify competently thereto.

2.　Attached hereto as Exhibit "A" is a true and correct copy of an e-mail I sent on September 11, 2013 at 5:17 p.m. asking for all parties to come to the table for a global settlement to ensure that the defamatory material and Plaintiff's visage would not be posted in the future. I never received a response to this communication.

3. Attached hereto as Exhibit "B" is a true and correct copy of an e-mail from Anthony Basile of September 5, 2013 at 10:59 a.m. confirming that Indybay had removed the two articles at issue in this action.

4. Attached hereto as Exhibit "C" is a true and correct copy of an e-mail chain between myself and Defendant's counsel from July 1, 2014. Because the billing records were sent so late, I was unable to review the documents, confer with my client, and respond to Defendant's demand in such a short period of time.

5. Attached hereto as Exhibit "D" is a true and correct copy of portions of the Transcript of Proceedings before The Honorable Jon S. Tigar from November 14, 2013.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of July , 2014

                                                            _/s/ Dow W. Patten_
                                                            Dow W. Patten