1   Roger Myers (CA State Bar No. 146164)
    roger.myers@bryancave.com
2   Leila Knox (CA State Bar No. 245999)
    leila.knox@bryancave.com
3   Jessica Mar (CA State Bar No. 293304)
    jessica.mar@bryancave.com
4   **BRYAN CAVE LLP**
5   560 Mission Street, 25th Floor
    San Francisco, CA  94105-2994
6   Telephone:     (415) 675-3400
    Facsimile:      (415) 675-3434
7
8   Attorneys for Defendant
    SF BAY AREA INDEPENDENT MEDIA CENTER
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION
13

| 14 DIONNE CHOYCE | Case No. CV-13-1842-JST |
|---|---|
| 15            Plaintiff, | **SUPPLEMENTAL DECLARATION OF LEILA KNOX IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO 17 U.S.C. § 505** |
| 16     v. | |
| 17 SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10, | |
| 22            Defendants. | |

24          I, Leila Knox, declare:

25          1.      I am an attorney duly licensed to practice law in the State of California and in the

26   U.S. District Court for the Northern District of California and am an associate with the law firm

27   Bryan Cave LLP, attorneys for defendants SF Bay Area Independent Media Center ("Indybay").  I

28   make this supplemental declaration of my own personal knowledge, including my knowledge of

206633.1

Supp. Decl. of Leila Knox In Support of Mot. for Award of Atty Fees          Case No. CV-13-1842-JST

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

1   the firm's files relating to this action.  If called as a witness, I could and would testify competently

2   to the facts stated herein.

3        2.     The invoices included as Exhibits A-D to my original declaration in support of the

4   motion for award of attorneys' fees pursuant to 17 U.S.C. § 505 reflect time spent only on the

5   copyright portion of Indybay's motion to dismiss.  For those entries reflecting time worked on

6   both the copyright and defamation claims, I was conservative in my exercise of billing judgment

7   and erred on the side of caution to ensure Indybay was not requesting fees for time spent on the

8   defamation claim.

9        3.     To illustrate the reasonableness of fees spent on the copyright portion of this

10   motion, and by way of comparison, I reviewed billing records for this entire matter from the time

11   counsel for Indybay began drafting its motion to dismiss and anti-SLAPP motion to strike through

12   the hearing on the same (December 9, 2013 through March 27, 2014).  While Indybay is only

13   requesting fees in the amount of $26,002 for work done on the copyright portion of its motion to

14   dismiss for this period of time (representing 56.3 hours of attorney and paralegal time), the total

15   amount in fees incurred for both motions on both claims was more than $138,000 for the same

16   time period (representing 316 hours of attorney and paralegal time).  Therefore, the fees requested

17   represent less than 20% of the overall fees incurred in connection with the two motions on the

18   copyright and defamation claims.

19        4.     The last sentence in Paragraph 10 of my declaration submitted with Indybay's

20   opening brief on this motion contained one error.  The last part of that sentence should read, "in

21   connection with preparation for the hearing on the motion to dismiss."  To clarify, Indybay is not

22   requesting fees for time spent by partner Roger Myers in connection with preparation for the

23   March 27 hearing on the motion to dismiss.

24        5.     In preparation for the hearing on the motion to dismiss, I spent time reading the

25   relevant cases, outlining my argument and conducting moot court with my colleagues (Indybay

26   does not seek to recover fees for my colleagues' time conducting moot court).  I also spent time

27   researching arguments not specifically raised by Plaintiff in his briefing, such as the work-for-hire

28   doctrine which, although touched upon in the parties' briefing, was not explicitly claimed by

Plaintiff in his opposition to Indybay's motion to dismiss.  In anticipation that he would raise such

1   issues at the hearing, I wanted to be prepared to orally respond.  The time Indybay requests does

2   not include an additional two hours of my time for attendance at the hearing itself.

3         6.       I have spent 14 hours ($6,020 in fees at $430 per hour) researching and drafting

4   portions of the reply brief, editing other portions of the reply brief and preparing this declaration;

5   partner Roger Myers spent three hours ($1,635 in fees at $545 per hour) reviewing and editing the

6   reply brief; associate Jessica Mar spent 15 hours ($5,325 in fees at $355 per hour) researching and

7   drafting portions of the reply brief, proofreading the brief and preparing an amended proposed

8   order; and paralegal Yvonne Herron spent three hours ($750 in fees at $250 per hour) cite

9   checking the reply brief and performing other tasks in preparation for the filing of this brief.  I

10  expect to spend another six hours – reflecting $2,580 in fees – preparing for, traveling to and from,

11  and appearing at the hearing on this motion.

12        7.       The fees for the reply papers and the hearing bring the total amount of fees and

13  costs sought on this motion to $59,836.11 ($42,702 in fees and $824.11 in costs through July 2,

14  2014, $13,730 in fees on the reply papers, and $2,580 in fees for the hearing).

15        I declare under penalty of perjury that the foregoing is true and correct.

16  DATED:  August 8, 2014

17                                    _____/s/_____
                                              Leila Knox

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994