Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Jessica Mar (CA State Bar No. 293304)
jessica.mar@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. CV-13-1842-JST<br><br>**[AMENDED PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND COSTS TO DEFENDANT SF BAY AREA INDEPENDENT MEDIA CENTER**<br><br>Hearing Date: September 4, 2014<br>Time:　　　　2 p.m.<br>Judge:　　　 Hon. Jon S. Tigar<br>Courtroom:　 9 |

The motion of Defendant SF Bay Area Independent Media Center ("Indybay") to determine the amount of costs and reasonable attorneys' fees to be awarded to Defendant pursuant to 17 U.S.C. § 505 came for hearing on September 4, 2014.  The Court, having considered the papers and arguments presented thereon, and good cause appearing, finds the hourly rates of Defendant's attorneys, as set forth in the declarations accompanying its motion, are reasonable, and that the time spent by Defendant's attorneys defending again Plaintiff Dionne Choyce's

1  copyright claim is also reasonable and well supported by the declarations and exhibits
2  accompanying Defendant's moving papers.  The Court finds that Defendant's defense of this
3  action furthered the purposes of the Copyright Act and Indybay is entitled to recover attorneys'
4  fees for the work on the motion to dismiss attributable to the copyright claim, the hearing on the
5  motion to dismiss attributable to the copyright claim, and the preparation and hearing on the
6  attorneys' fees motion and reply.  The Court further finds that all of the costs claimed in
7  Defendant's motion are recoverable.

8      Defendant SF Bay Area Independent Media Center shall be awarded its attorneys' fees in
9  the sum of $59,012 and costs in the sum of $824.11, for a total amount of $59,836.11, and
10 Plaintiff Dionne Choyce shall pay that sum to Defendant SF Bay Area Independent Media Center
11 no later than 30 days after notice of entry of this order.

12     IT IS SO ORDERED.

13 Dated: _____, 2014                    _____
14                                              The Honorable Jon S. Tigar
                                                United States District Judge