Roger Myers (CA State Bar No. 146164)
roger.myers@bryancave.com
Leila Knox (CA State Bar No. 245999)
leila.knox@bryancave.com
Jessica Mar (CA State Bar No. 293304)
jessica.mar@bryancave.com
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434

Attorneys for Defendant
SF BAY AREA INDEPENDENT MEDIA CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIONNE CHOYCE<br><br>        Plaintiff,<br><br>    v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, a.k.a. IMC, SF BAY AREA, a.k.a. SF BAY AREA IMC; an unincorporated association; LAYER42.NET, INC., a California Corporation, CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association, and DOES 1-10,<br><br>        Defendants. | Case No. CV-13-1842-JST<br><br>**NOTICE OF ERRATA AND CORRECTION TO DEFENDANT SF BAY AREA INDEPENDENT MEDIA CENTER'S TABLE OF AUTHORITIES FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO 17 U.S.C. § 505** |

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

1   Defendant San Francisco Bay Area Independent Media Center hereby submits this Notice of

2   Errata regarding the Table of Authorities filed with the Memorandum of Points and Authorities in

3   Support of Award of Attorney's Fees Pursuant to 17 U.S. C. § 505, which was originally filed on

4   July 2, 2014 and was filed as Docket No. 59.   The page numbers in the original Table of

5   Authorities were incorrect.  A corrected Table of Authorities is included here.

6

7   DATED:  August 26, 2014                Respectfully submitted,

8                                          **BRAYAN CAVE LLP**

9

10                                         _____/s/_____

11                                             Jessica Mar
                                           Attorneys for Defendants
12                                         San Francisco Bay Area Independent Media Center

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

1

## **TABLE OF AUTHORITIES**

**Page**

2

**Cases**

3

*Asis Internet Servs. v. Optin Global, Inc.*,
    2010 WL 2035327 (N.D. Cal. 2010) ....................................................... 7, 8

4

*Blum v. Stenson*,
    465 U.S. 886 (1984) ........................................................................... 10

5

*Budget Cinema, Inc. v. Watertower Associates*,
    81 F.3d 729 (7th Cir. 1996) ................................................................... 7

6

*City of Burlington v. Dague*,
    505 U.S. 557 (1992) ........................................................................... 10

7

*Coles v. Wonder*,
    283 F.3d 798 (6th Cir. 2002) ................................................................. 9

8

*Cosmetic Ideas, Inc. v. IAC/Interactivecorp.*,
    606 F.3d 612 (9th Cir. 2010) ................................................................. 6

9

*Dennis v. Chang*,
    611 F.2d 1302 (9th Cir. 1980) .............................................................. 10

10

*Discovery Commn'cs v. Animal Planet, Inc.*,
    172 F. Supp. 2d 1282 (C.D. Cal. 2001) ................................................ 10

11

*Doran v. Corte Madera Inn Best W.*,
    360 F. Supp. 2d 1057 (N.D. Cal. 2005) ............................................... 10

12

*DuckHole Inc. v. NBCUniversal Media LLC*,
    2013 WL 5797204 (C.D. Cal. 2013) ................................................. 9, 13

13

*Earth Flag Ltd. v. Alamo Flag Co.*,
    154 F. Supp. 2d 663 (S.D.N.Y. 2011) .................................................... 9

14

*Entertainment Research Group, Inc. v. Genesis Creative Group, Inc.*,
    122 F.3d 1211 (9th Cir. 1997) ............................................................ 8, 9

15

*Fantasy, Inc. v. Fogerty*,
    94 F.3d 553 (9th Cir. 1996) ................................................................... 5

16

*Fogerty v. Fantasy, Inc.*,
    510 U.S. 517 (1994) ................................................................ 1, 5, 7, 9

17

*Gilbert v. New Line Productions, Inc.*,
    490 Fed. Appx. 34 (9th Cir. 2012) ...................................................... 6, 7

18

*Goldberg v. Cameron*,
    2011 WL 3515899 (N.D. Cal. 2011) ................................................. 1, 13

19

*Hensley v. Eckerhart*,
    461 U.S. 424 (1983) ............................................................................. 5

20

*Historical Research v. Cabral*,
    80 F.3d 377 (9th Cir. 1996) ................................................................... 5

21

*Identity Arts v. Best Buy Enter. Serv., Inc.*,
    2007 U.S. Dist. LEXIS 32060 (N.D. Cal. April 18, 2007) ...................... 12

22

*In re Bluetooth Headset Products Liab. Litig.*,
    654 F.3d 935 (9th Cir. 2011) .............................................................. 10

23

24

25

26

27

28

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

*Kerr v. Screen Extras Guild, Inc.*,
526 F.2d 67 (9th Cir. 1975) ............................................................................................ 10

*Klamath Siskiyou Wildlands Ctr. v. United States BLM*,
589 F.3d 1027 (9th Cir. 2009) ........................................................................................... 5

*Kourtis v. Cameron*,
358 F. App'x 863 (9th Cir. 2009) ...................................................................................... 7

*Lawrence v. Sony Pictures Entm't, Inc.*,
534 F. App'x 651 (9th Cir. 2013) .................................................................................... 10

*Lexar Homes, Inc. v. Port*,
2013 WL 6498293 (E.D. Wash. 2013) ....................................................................... 9, 14

*Lieb v. Topstone Industries, Inc.*,
788 F.2d 151 (3rd Cir. 1986) ............................................................................................ 7

*Love v. Associated Newspapers, Ltd.*,
611 F.3d 601 (9th Cir. 2010) ............................................................................................ 8

*Mag Jewelry Co. v. Cherokee, Inc.*,
496 F.3d 108 (1st Cir. 2007) ............................................................................................. 8

*Maljack Prods., Inc. v. GoodTimes Home Video Corp.*,
81 F.3d 881 (9th Cir. 1996) .............................................................................. 1, 6, 8, 13

*Morgenstein v. ABC, Inc.*,
27 Media L. Rep. 1350, 1998 U.S. Dist. LEXIS 14994 (N.D. Cal. Sept. 11, 1998) ..... 12

*Pyatt v. Raymond*,
2012 WL 1668248 (S.D.N.Y. 2012) .......................................................................... 13, 14

*Religious Tech. Ctr. v. Lerma*,
908 F. Supp. 1362 (E.D. Va. 1995) .................................................................................. 8

*Rosenfeld v. United States DOJ*,
904 F. Supp. 2d 988 (N.D. Cal. 2012) ........................................................................... 13

*Ryan v. Editions Ltd. W., Inc.*,
2012 WL 6599798 (N.D. Cal. 2012) ............................................................................... 10

*Salinas v. Wachovia Mortgage*,
2011 WL 5513456 (E.D. Cal. 2011) .................................................................................. 6

*Scott v. Meyer*,
2010 WL 2569286 (C.D. Cal. 2010) ................................................................................. 9

*Shepard v. Miler*,
January 12, 2012 Order, No. Civ. 2:10-1863 WBS JFM (E.D. Cal. 2012) .................... 12

*Silvers v. Sony Pictures Entm't, Inc.*,
402 F.3d 881 (9th Cir. 2005) ............................................................................................ 6

*Sofa Entm't, Inc. v. Dodger Prods.*,
709 F.3d 1273 (9th Cir. 2013) .......................................................................................... 6

*Stern v. Does*,
978 F. Supp. 2d 1031 (C.D. Cal. 2011) ............................................................................ 8

*Trustees of Const. Indus. & Laborers Health & Welfare Trust v. Redland Ins. Co.*,
460 F.3d 1253 (9th Cir. 2006) ........................................................................................ 14

*Twentieth Century Fox Film Corp. v. Entertainment Distrib.*,
429 F.3d 869 (9th Cir. 2005) .......................................................................................... 14

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

1

**<u>Statutes</u>**

17 U.S.C. § 411(a) ................................................................................................ 6

17 U.S.C. § 501(b) ................................................................................................ 6

17 U.S.C. § 505 ................................................................................ 1, 4, 10, 14

28 U.S.C. § 1920 ............................................................................................... 14

42 U.S.C. § 1988 ............................................................................................... 10

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994