# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

---

Date:  September 4, 2014                                      Judge:  Jon S. Tigar

Time: 51 minutes

Case No.        **3:13-cv-01842-JST**
Case Name       **Dionne Choyce v. SF Bay Area Independent Media Center, et al.**

Attorneys for Plaintiff:        Spencer F. Smith; Dow W. Patten

Attorneys for Defendants:       Leila C. Knox; Jessica E. Mar (for SF Bay Area Independent
                                     Media Center)
                                Daniel L. Casas (for Layer42.net, Inc.)

Deputy Clerk:  William Noble                                  Court Reporter:  Not reported

## PROCEEDINGS

- Motion for Award of Attorney Fees Pursuant to 17 U.S.C. § 505 (docket 59)
- Motion for Recovery of Attorney's Fees Following Dismissal of Copyright Infringement Claim (docket 61)

## RESULT OF HEARING

Motion hearing held.  The motions are under submission.