EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
Daniel L. Casas (SBN 116528)
Anthony F. Basile (SBN 247409)
CASAS RILEY SIMONIAN LLP
55 North 3rd Street
Campbell, CA 95008
TEL NO.: 650-948-720   FAX NO. *(optional)*: 650-948-720
E-MAIL ADDRESS *(Optional)*:
[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: Northern District of Cali
MAILING ADDRESS: 450 Golden Gate Avenue, 1
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Division

PLAINTIFF: DIONNE CHOYCE
DEFENDANT: SF BAY AREA INDEPENDENT MEDIA CENTER, ET AL.

CASE NUMBER: CV-13-1842-JST

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      ```
      DIONNE CHOYCE
      1915 Maryal Drive
      Sacramento, CA  95864
      ```

   b. Driver's license no. [last 4 digits] and state: [X] Unknown
   c. Social security no. [last 4 digits]: [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*: N/A

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   LAYER42.NET, INC., 1555 Plymouth Street, Mountain View, CA 94043
   Date: May 8, 2015
   Daniel L. Casas (SBN 116528)
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ /s/ Dan Casas
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 42,958
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 11/03/2014
   b. Renewal entered on *(date)*: N/A
9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date)*: MAY 12 2015
RICHARD W. WIEKING, Clerk, by THELMA NUDO, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: DIONNE CHOYCE | COURT CASE NO.: |
|---|---|
| DEFENDANT: SF BAY AREA INDEPENDENT MEDIA CENTER, ET AL. | CV-13-1842-JST |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

---

EJ-001 [Rev. July 1, 2014]      **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**      Page 2 of 2