EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number): |
|---|
| After recording, return to:<br>Leila Knox, SBN 245999; Jessica Mar, SBN 293304<br>Bryan Cave LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105 |
| TEL NO.: 415.675.3400   FAX NO. (optional): 415 675 3434 |
| E-MAIL ADDRESS (Optional): |
| [x] ATTORNEY FOR   [x] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: Northern District of California
MAILING ADDRESS: 450 Golden Gate Avenue, Box 36060
CITY AND ZIP CODE: San Francisco, CA 94102-3489
BRANCH NAME: San Francisco Division

PLAINTIFF: Dionne Choyce
DEFENDANT: SF Bay Area Independent Media Center, et al.

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

CASE NUMBER: CV-13-1842-JST

FOR RECORDER'S USE ONLY
FOR COURT USE ONLY

1. The [x] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────┐
      │ Dionne Choyce               │
      │ 1915 Maryal Drive           │
      │ Sacramento, CA 95864        │
      └─────────────────────────────┘
   b. Driver's license no. [last 4 digits] and state:   [x] Unknown
   c. Social security no. [last 4 digits]:   [x] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   SF Bay Area Independent Media Center
   San Francisco Bay Area Independent Media Center
   2940 16th Street, Suite 216, San Francisco, CA 94103

Date: July 22, 2015
Jessica Mar
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

▶ *Jessica Mar* (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $44,877.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): November 3, 2014
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on (date): July 23, 2015

RICHARD W. WIEKING, Clerk, by Thelma Nudo, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Dionne Choyce | COURT CASE NO.: |
|---|---|
| DEFENDANT: SF Bay Area Independent Media Center, et al. | CV-13-1842-JST |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.