Case 3:13-cv-01842-JST Document 187 Filed 11/01/16 Page 1 of 2

FILED

OCT 24 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>             Plaintiff-Appellant,<br><br> v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, AKA IMC, SF Bay Area, AKA SF Bay Area IMC, an unincorporated association; LAYER42.NET, INC., a California corporation; CERNIO TECHNOLOGY COOPERATIVE, an unincorporated association,<br><br>             Defendants-Appellees. | No. 14-17318<br><br>D.C. No. 3:13-cv-01842-JST<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

The court granted Appellees' requests for attorneys' fees on appeal and referred to the Appellate Commissioner the determination of an appropriate amount of fees and costs. *See* 17 U.S.C. § 505; 9th Cir. R. 39-1.9. The parties have not briefed the question of the amount of fees and costs.

Accordingly, Appellees' bills of taxable costs are due November 3, 2016. *See* 28 U.S.C. § 1920; Fed. R. App. P. 39(d)(1); 9th Cir. R. 39-1.4. Dionne Choyce's objection to the cost bill is due November 22, 2016. *See* Fed. R. App. P.

MH/Appellate Commissioner        1   4-17318

26(a), (c), 39(d)(2); 9th Cir. R. 39-1.5.  Appellees' replies are due December 2, 2016.  *See* Fed. R. App. P. 26(a), (c), 27(a)(4); 9th Cir. R. 39-1.5.

Unless a petition for rehearing is filed, Appellees' applications for attorneys' fees and non-taxable costs are due November 17, 2016.  *See* Fed. R. App. P. 40(a)(1); 9th Cir. R. 39-1.6.  Choyce's objection to the applications is due November 30, 2016.  *See* Fed. R. App. P. 26(a), (c), 27(a)(3)(A); 9th Cir. R. 39-1.7.  Appellees' replies are due December 12, 2016.  *See* Fed. R. App. P. 26(a), (c), 27(a)(4); 9th Cir. R. 39-1.7.

If the parties would like to discuss settlement of the question of the amount of attorneys' fees and non-taxable costs, they may jointly request a referral to the court's mediation unit by sending a letter to the court using CM/ECF (Type of Document: File Correspondence to the Court; Subject: request for mediation).  *See* Fed. R. App. P. 33; 9th Cir. R. 33-1.  Such a referral will stay briefing of the question of the amount of attorneys' fees and non-taxable costs pending the conclusion of the mediation.

The Clerk shall process the cost bill and shall forward to the Appellate Commissioner the parties' attorneys' fees and non-taxable costs briefing or request for mediation.  *See* Fed. R. App. P. 39(d)(3); 9th Cir. R. 39-1.5, 1.9.