EJ-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):<br>After recording, return to:<br>Daniel L. Casas (SBN 116528)<br>Anthony F. Basile (SBN 247409)<br>CASAS RILEY SIMONIAN LLP<br>55 North 3rd Street<br>Campbell, CA  95008<br>TEL NO.: 650-948-720  FAX NO. (optional): 650-948-720<br>E-MAIL ADDRESS (Optional):<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: Northern District of CA
MAILING ADDRESS: 450 Golden Gate Avenue, 1
CITY AND ZIP CODE: San Francisco, CA  94102
BRANCH NAME: San Francisco Division

PLAINTIFF: DIONNE CHOYCE

DEFENDANT: SF BAY AREA INDEPENDENT MEDIA CENTER, ET AL.

FOR RECORDER'S USE ONLY

CASE NUMBER: CV-13-1842-JST

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [X] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor  [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      ```
      DIONNE CHOYCE
      1915 Maryal Drive
      Sacramento, CA  95864
      ```

   b. Driver's license no. [last 4 digits] and state:  [X] Unknown
   c. Social security no. [last 4 digits]:  [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): N/A

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   LAYER42.NET, INC., (now known as SRDF, Inc.) c/o Casas Riley Simonian LLP, 55 North 3rd Street, Campbell, CA 95008
   Date: July 25, 2017
   Daniel L. Casas (SBN 116528)
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [X] Original abstract recorded in this county: Sacramento
   a. Date: 5/19/2015
   b. Instrument No.: 20150519

   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 73,350
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 11/03/2014; 12/15/16
   b. Renewal entered on (date): N/A
9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on (date): JUL 28 2017

SUSAN Y. SOONG
Clerk, by THELMA NUDO , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: DIONNE CHOYCE | COURT CASE NO.: |
|---|---|
| DEFENDANT: SF BAY AREA INDEPENDENT MEDIA CENTER, ET AL. | CV-13-1842-JST |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

---

EJ-001 [Rev. July 1, 2014] | **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** | Page 2 of 2